FILED
JAN - 9 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J & J Fernandez Ventures, L.P., a California Limited Partnership, and JMJV Management Corporation as Tax Matters Partner and General Partner, | § | |
| Plaintiffs, | § | Case No. 06-27 T |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**NONGOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiffs confirm that: (1) neither of them has a parent corporation, and (2) no publicly held corporation owns 10% or more of either Petitioner's stock.

Respectfully submitted,

By: Todd Welty

M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.

901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

DATE: JANUARY 6, 2006