FILED
JAN - 9 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

J & J Fernandez Ventures, L.P., a California Limited Partnership, and JMJV Management Corporation as Tax Matters Partner and General Partner,

Plaintiffs,

v.

United States of America,

Defendant.

Case No. ______

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Plaintiffs hereby state, upon information and belief, that the above-captioned case is directly related to *J & J Fernandez Ventures, L.P. v. United States*, Fed. Cl. No. 05-26T, currently before Judge Baskir. The same parties are involved in both cases. Additionally, both cases involve challenges by the government to the taxpayer's adjusted basis in certain shares of corporate stock sold during the tax years at issue, and taxpayer's basis in all of such shares was determined with reference to the same series of events and transactions.

Based upon these facts, Plaintiffs believe that consolidation of the above-captioned case with Case No. 05-26T is likely to conserve judicial resources and promote an efficient determination of the action.

Respectfully submitted,

By: ______________________
M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street
Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFFS

DATE: January 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006, I caused a copy of Plaintiffs' Notice of Directly Related Case to be sent via certified mail, return receipt request, to the following:

Grover Hartt, Esq.
U.S. Department of Justice --Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Respectfully submitted,

By: 

M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street
Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFFS