**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**J&J FERNANDEZ VENTURES, LP, §**
**JMJV MANAGEMENT CORP., §**
**§**
**Plaintiffs, §**
**§ NO. 06-27T (Judge Baskir)**
**v. §**
**§**
**UNITED STATES OF AMERICA, §**
**§**
**Defendant. §**

**UNITED STATES' NOTICE OF APPEARANCE**

Please enter the appearance of the following individual as attorney of record for the United States:

GROVER HARTT, III
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (Fax)

Respectfully Submitted:

*/s/ Grover Hart, III*

GROVER HARTT, III
Attorney of Record
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (Fax)
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Fed. Claims Section
CYNTHIA E. MESSERSMITH
CHRISTOPHER R. EGAN
DAVID R. HOUSE
Of Counsel

Date Signed: March 14, 2006

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing NOTICE OF APPEARANCE has been made on March 14, 2006, by mailing a copy thereof to:

M. Todd Welty
901 Main Street, Suite 3700
Dallas, Texas 75202

*/s/ Grover Hartt, III*
GROVER HARTT, III