# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J & J Fernandez Ventures, L.P., a California Limited Partnership, and JMJV Management Corporation as General Partner and Tax Matters Partner, | § | |
| Plaintiffs, | § | Case No. 06-27T Judge Lawrence M. Baskir |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

Plaintiffs J & J Fernandez Ventures, L.P., a California limited partnership and JMJV Management Corporation, a California corporation ("Plaintiffs") file this Motion for Extension of Time to File the Joint Preliminary Status Report, which is currently due on Monday, May 1, 2006, until this Court's resolution of the Plaintiffs' Unopposed Motion to Consolidate, filed on April 25, 2006. The United States ("Government") does not oppose this Motion.

In support of this Motion, Plaintiffs will show the Court as follows:

1. Currently pending before this Court are 1) *J & J Fernandez Ventures, L.P. v. United States*, case no. 05-26T, filed on January 7, 2005

and 2) *J & J Fernandez Ventures, L.P. v. United States*, case no. 06-27T, filed on January 9, 2006.

2. Pursuant to the Rules of the Court of Federal Claims ("RCFC") 42(a), Plaintiffs filed an Unopposed Motion to Consolidate the above two cases on April 25, 2006.

3. If Plaintiffs' Unopposed Motion to Consolidate were granted by this Court, the two cases will be consolidated for all purposes, including motion for summary judgment, discovery, trial and appeal.

4. The Joint Preliminary Status Report in this case, case no. 06-27T, is currently due on Monday, May 1, 2006.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Court extend the deadline for filing the Joint Preliminary Status Report until the Court's resolution of Plaintiffs' Unopposed Motion to Consolidate. Plaintiffs request all such further and additional relief to which they may be entitled.

Respectfully submitted,

By: ______________________

M. Todd Welty
Texas State Bar No. 00788642
Josh O. Ungerman
Texas State Bar No. 20393150

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com
jungerman@meadowsowens.com

ATTORNEYS-IN-CHARGE FOR PLAINTIFFS

APRIL 26, 2006

## CERTIFICATE OF CONFERENCE

I certify that on or about April 25, 2006, my office contacted Defendant's Counsel, Grover Hartt, regarding the relief sought in this Motion. Mr. Hartt stated that he is not opposed to this Motion.

By: ______________________
M. Todd Welty

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I served a true and correct copy of the foregoing pleading via Federal Express in accordance with the Rules of the Court of Federal Claims to the following counsel of record:

Grover Hartt, III
United States Department of Justice—Tax Division
717 N. Harwood, Ste. 400
Dallas, TX 75201

By: Todd Welty
M. Todd Welty