# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J & J Fernandez Ventures, L.P., a California Limited Partnership, and JMJV Management Corporation as General Partner and Tax Matters Partner, Plaintiffs, | § | Case No. 06-27T |
| v. | § | Judge Lawrence M. Baskir |
| United States of America, Defendant. | § | |

## PROPOSED ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE AND INCORPORATE MEMORANDUM OF LAW

On this day the Court entertained Plaintiffs' Motion to Consolidate and Incorporate Memorandum of Law. The Court, having considered the Motion, FINDS this Motion should be GRANTED. Therefore, it is hereby ORDERED that *J & J Fernandez Ventures, L.P. v. United States*, case no. 06-27T be consolidated for all purposes, including motion for summary judgment, discovery, trial and appeal, with *J & J Fernandez Ventures, L.P. v. United States*, case no. 05-26T.

DATE:_______________

_______________________________
HON. LAWRENCE M. BASKIR