**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **J & J Fernandez Ventures, L.P., a California Limited Partnership, and JMJV Management Corporation as General Partner and Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | **Case No. 06-27T** **Judge Lawrence M. Baskir** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFFS' SUPPLEMENTAL UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT**

Plaintiffs J & J Fernandez Ventures, L.P., a California limited partnership and JMJV Management Corporation, a California corporation ("Plaintiffs") file this Motion for Extension of Time to File the Joint Preliminary Status Report, which is currently due on Monday, May 1, 2006, until May 8, 2006.

In support of this Motion, Plaintiffs will show the Court as follows:

1. Currently pending before this Court are 1) *J & J Fernandez Ventures, L.P. v. United States*, case no. 05-26T, filed on January 7, 2005 and 2) *J & J Fernandez Ventures, L.P. v. United States*, case no. 06-27T, filed on January 9, 2006.

2. Pursuant to the Rules of the Court of Federal Claims ("RCFC") 42(a), Plaintiffs filed an Unopposed Motion to Consolidate the above two cases on April 25, 2006.

3. On Thursday April 27, 2006, Plaintiffs' counsel was advised by the Court's clerk that the Court wanted to review the Joint Preliminary Status Report prior to ruling on the Unopposed Motion to Consolidate.

4. Alison Chen, one of the attorneys assisting in this case, is expecting a child and was confined to bed rest on April 27, 2006. Ms. Chen was coordinating the Joint Preliminary Status Report with Defendant's counsel.

5. The Joint Preliminary Status Report in this case, case no. 06-27T, is currently due on Monday, May 1, 2006.

6. Plaintiffs request the new due date to file the Joint Preliminary Status Report be May 8, 2006.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Court extend the deadline for filing the Joint Preliminary Status Report until May 8,2006.

Respectfully submitted,

By: __________________________

M. Todd Welty
Texas State Bar No. 00788642
Josh O. Ungerman
Texas State Bar No. 20393150

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com
jungerman@meadowsowens.com

ATTORNEYS-IN-CHARGE FOR PLAINTIFFS

APRIL 26, 2006

## CERTIFICATE OF CONFERENCE

I certify that on or about April 28, 2006, I contacted Defendant's Counsel, Grover Hartt, regarding the relief sought in this Motion. Mr. Hartt stated that he is not opposed to this Motion.

By: __________________________

M. Todd Welty

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I served a true and correct copy of the foregoing pleading via Federal Express in accordance with the Rules of the Court of Federal Claims to the following counsel of record:

Grover Hartt, III
United States Department of Justice—Tax Division
717 N. Harwood, Ste. 400
Dallas, TX 75201

By: ______________________
M. Todd Welty