# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J & J Fernandez Ventures, L.P., a California Limited Partnership, and JMJV Management Corporation as General Partner and Tax Matters Partner, | § | |
| Plaintiffs, | § | Case No. 06-27T |
| v. | § | Judge Lawrence M. Baskir |
| United States of America, | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT

On this ________ day of ___________________, 2006, the Court considered Plaintiffs' Unopposed Motion for Extension of Time to File the Joint Preliminary Status Report. The Court, having considered the Motion, FINDS this Motion should be GRANTED. Therefore, it is hereby ORDERED that the deadline for the filing the Joint Preliminary Status Report is reset to May 8, 2006.

_____________________________________
THE HONORABLE LAWRENCE M. BASKIR
UNITED STATES COURT OF FEDERAL CLAIMS