# In the United States Court of Federal Claims

Case No. 06-27T
(Filed: May 1, 2006)

*****************************************************
J&J FERNANDEZ VENTURES, L.P., *
A California Limited Partnership, et al., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

On April 28, 2006, Plaintiffs filed an unopposed Motion for an Extension of Time to file the Joint Preliminary Status Report (JPSR) after the Court's resolution of the Plaintiff's unopposed Motion to Consolidate this Case with *J&J Fernandez Ventures*, Case No. 05-26T. After the Plaintiffs' attorney was advised by the Court's clerk that the Court wanted to review the JPSR prior to the ruling on the unopposed Motion to Consolidate, the Plaintiffs filed an unopposed Supplemental Motion for an Extension of Time to file the JPSR no later than May 8, 2006.

Plaintiffs' first unopposed Motion for an Extension of Time (Docket No. 11) is hereby DENIED;

Plaintiffs' unopposed Motion to Consolidate (Docket No. 12) is DEFERRED until the Court reviews the JPSR; and

Plaintiffs' Supplemental Motion for a 7-day Extension of Time until May 8, 2006, to file the JPSR (Docket No. 13) is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge