# In the United States Court of Federal Claims

Case No. 06-27T
(Filed: May 5, 2006)

****************************************************
J&J FERNANDEZ VENTURES, L.P., *
A California Limited Partnership, et al., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

The Court intends to schedule a telephonic preliminary status conference (on the record) during the month of June. Available dates are June 1-5, 12-19 and 27-30, 2006.

Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than May 19, 2006**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge