# In the United States Court of Federal Claims

Case Nos. 06-27T and 05-26T
(Filed: May 16, 2006)

*****************************************************
J&J FERNANDEZ VENTURES, L.P., *
A California Limited Partnership, et al., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

This Order confirms the **Preliminary Status Conference (on the record) in *J.J. Fernandez Ventures v. USA*, Case No. 06-27T, is scheduled for 10:00 a.m., on Tuesday, June 13, 2006.**

**Following this Preliminary Status Conference, there will be a short break, and then the Court will proceed with Oral Argument (on the record) in *J.J. Fernandez Ventures v. USA*, Case No. 05-26T.**

Both sessions will be held in the same U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff and Defendant will be appearing in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge