# In the United States Court of Federal Claims

Case Nos. 06-27T and 05-26T
(Filed: May 22, 2006)

****************************************************
J&J FERNANDEZ VENTURES, L.P., *
A California Limited Partnership, et al., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

In Case No. 05-26T, the Defendant filed on May 19, 2006, a "Notice of Additional Notice of Final Partnership Administrative Adjustment [FPAA] Issued to Plaintiffs in This Case." In the Notice, the Defendant explained that the IRS has issued a third FPAA relevant to the above-captioned cases, directly challenging the Plaintiffs' partnership tax return for 1999. Defendant anticipates that before July 12, 2006, Plaintiffs will file a Complaint in the U.S. Court of Federal Claims to challenge this most recent FPAA. The new case would involve the same parties as the current case, and may involve overlapping factual and legal issues.

**Accordingly, the parties shall file a Joint Status Report no later than June 2, 2006, explaining how the third Complaint will likely affect 1) consolidation of the first two cases (numbers 05-26T and 06-27T), and 2) the pending cross-motions for summary judgment.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge