**U.S. Department Of Justice**

*Tax Division*

EJO'C:LPH:GHartt:CREgan
DJ 154-2410
CMN 2006101771

*717 N. Harwood*
*Suite 400*
*Dallas, Texas 75201*

*Main Line (214) 880-9721*
*Attorney's Direct Line*
*(214) 880-9733*
*Fax (214) 880-9741/9774*

March 10, 2006

**VIA FEDERAL EXPRESS**

M. Todd Welty, Esq.
Meadows, Owens, Collier, Reed,
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

Re: J&J Fernandez Ventures, LP v. United States of America
<u>Civil No. 06-27T (United States Court of Federal Claims)</u>

Dear Mr. Welty:

The IRS has informed us that the partners of J&J Fernandez Ventures, LP have not complied with the deposit requirements in 26 U.S.C. § 6226(e) for tax years 2001-2003. In particular, the IRS has determined that Joseph and Joan Fernandez have deposited only half of their required deposit.

Please contact me to make arrangements for Mr. and Mrs. Fernandez to make an additional deposit.

Sincerely yours,

Grover Hartt, III

GROVER HARTT, III
Assistant Chief, Civil Trial Section
Southwestern Region

EXHIBIT
tabbies
A

F256-A4a1 F

MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www meadowsowens com

M. TODD WELTY, P.C. - Partner
DIRECT DIAL (214)749-2459
twelty@meadowsowens com

FAX (214) 747-3732
WATS (800) 451-0093

March 14, 2006

*Via Facsimile 214-880-9741*
*& U.S. First Class Mail*

Grover Hartt, Esq.
United States Department of Justice
Tax Division
717 N. Harwood, Ste 400
Dallas, TX 75201

**Re:** *J & J Fernandez Ventures L.P. v. United States of America*, **Civil Number 06-27T**

Dear Mr. Hartt:

I am in receipt of your letter dated March 10, 2006 (a copy is attached for your reference) regarding the deposit made by the partners of J & J Fernandez L P Please promptly provide me with a copy of the IRS's computations regarding the deposit We will verify the computations and make an additional deposit if necessary.

Very truly yours,

M. TODD WELTY, P.C.

By: [signature]
M. Todd Welty, Esq.

MTW/kb/334607
Enclosure

cc. Mr. Joseph M Fernandez
Josh O. Ungerman *(Firm)*
Alison L Chen *(Firm)*

EXHIBIT
tabbies
B

MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www meadowsowens com

M. TODD WELTY, P.C. - Partner
DIRECT DIAL (214)749-2459
twelty@meadowsowens com

FAX (214) 747-3732
WATS (800) 451-0093

March 29, 2006

***Via Facsimile 214-880-9741***

Grover Hartt, Esq.
United States Department of Justice
Tax Division
717 N. Harwood, Ste. 400
Dallas, TX 75201

**Re:** ***J & J Fernandez Ventures L.P. v. United States of America***
**Civil Number 06-27T**

Dear Grover:

I am writing this letter to follow-up on my previous request for the IRS's calculation of the jurisdictional deposit requirement in the above referenced matter. Your letter dated March 10, 2006 indicated that the IRS believed the deposit was only half of that required; however, we have yet to receive a copy of the IRS's calculations. Please forward them to me as soon as possible so that we may resolve this issue.

Very truly yours,

M. TODD WELTY, P.C.

By: [signature]
M. Todd Welty, Esq.

MTW/kb/334607

cc. Mr. Joseph M Fernandez
Josh O. Ungerman *(Firm)*
Alison L. Chen *(Firm)*

EXHIBIT
tabbies
C