**MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700

DAVID E. COLMENERO, P.C.
Partner

FAX (214) 747-3732
WATS (800) 451-0093
dcolmenero@meadowsowens com

May 26, 2006

*Via Federal Express Overnight Delivery*

Stella Pullin, Operations Manager
Internal Revenue Service
3651 South Interregional Highway
Austin, TX 78741

**Re: Cash Deposits under IRC §§ 6226(e) and 6603 relating to J & J Fernandez Ventures, L.P., EIN 33-0883605, for Joseph Fernandez, SSN 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, Joan V. Fernandez, SSN 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, and Fernandez Family Trust, EIN 91-6495988**

Dear Ms. Pullin:

This letter supplements our January 5, 2005 letter to you, whereby we made certain deposits on behalf of the above referenced persons, among others, for purposes of establishing jurisdiction in connection with filing a petition for the readjustment of partnership items in the U.S. Court of Federal Claims in accordance with IRC § 6226(e). A copy of the January 5th letter is enclosed as Exhibit A.

Enclosed also is check number 7444 drawn on the Union Bank of California, N.A. in the amount of $233,048.00, which is hereby tendered as an additional deposit under IRC §§ 6226(e) and 6603 for the 2003 federal income tax year. This deposit is made on behalf of Joseph and Joan Fernandez, as co-grantors of the Fernandez Family Trust, which represents a grantor trust for federal income tax purposes.

Taxpayers are remitting this additional deposit at the request of the U.S. Government. The enclosed deposit supplements the deposit previously made on behalf of Mr. and Mrs. Fernandez for the federal income tax year ended December 31, 2003, pursuant to the Notice of Final Partnership Administrative Adjustment issued by the Internal Revenue Service on October 13, 2005.

EXHIBIT
tabbles
E

Please date-stamp the copies of this letter and the checks enclosed with the original documents, and return the file-stamped copies to me using the enclosed self-addressed stamped envelope. If you have any questions, please do not hesitate to contact me at (214) 749-2462.

Very truly yours,

DAVID E. COLMENERO, P.C.

David E. Colmenero, President

DEC:APD/lw/338351
F258/A401

Enclosures

cc: Mr. Joseph Fernandez
Mr. Christopher Egan
Mr. Todd Welty
Mr. Anthony Daddino

**THE FERNANDEZ FAMILY TRUST**
**U/T/A DTD 04/13/99**
**JOSEPH M. FERNANDEZ , TRUSTEE**
**JOAN V. FERNANDEZ , TRUSTEE**
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7444

5/23/2006

Details on Back.

PAY TO THE ORDER OF United States Treasury $ **233,048.00

Two Hundred Thirty-Three Thousand Forty-Eight and 00/100************************************************************ DOLLARS

Security Features Included

MEMO Section 6226(e) deposit
#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 & #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 Tax Year 2003

McKean Financial, Inc
Susan G. McKean, Pres.
AUTHORIZED SIGNATURE

[redacted]

FedEx Ship Track/History Address Book Preferences FastShip Reports My Profile

<< Log out Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | STELLA PULLIN<br>INTERNAL REVENUE SERVICE<br>OPERATIONS MANAGER<br>3651 S. INTERREGIONAL HWY.<br>AUSTIN, TX 78741<br>US<br>555-555-5555 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:**<br>**Bill transportation to:**<br>**Courtesy Rate Quote** | FedEx Envelope<br>Drop Off<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>110985525<br>110985525<br>*15.16 |
| **From:** | EILEEN COCKERHAM<br>MEADOWS OWENS ETAL<br>901 MAIN ST., STE. 3700<br>DALLAS, TX 75202<br>US<br>2147443700 | **Discounted variable %**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 0.00<br><br><br>Express |
| **Tracking no:** | 790936831482 | | |
| **Your reference:** | F258/A401 | | |
| **Ship date:** | May 26 2006 | | |
| **Service Type:** | Priority Overnight | | |

Print Return t

## Please Note

*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.

**Exhibit A**

MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowsowens.com

ANTHONY P. DADDINO
Associate

FAX (214) 747-3732
WATS (800) 451-0093
adaddino@meadowsowens.com

January 5, 2005

*Via Federal Express Overnight Delivery*

COPY

Stella Pullin, Operations Manager
Internal Revenue Service
3651 South Interregional Highway
Austin, TX 78741

RECEIVED
927 JAN 06 2006 IRS-AUSC
AUSTIN, TEXAS
Acknowledgement of Receipt Only

RE: **Cash Deposits under IRC §§ 6226(e) and 6603 for J & J Fernandez Ventures, L.P., EIN 33-0883605, Joseph M. Fernandez Descendants' Trust f/b/o Dean M. Fernandez, EIN 91-6500141, Joseph M. Fernandez Descendants' Trust f/b/o Nichole M. Fernandez, EIN 91-6522308, Joan V. Fernandez Descendants' Trust f/b/o Dean M. Fernandez, EIN 91-6500142, Joan V. Fernandez Descendants' Trust f/b/o Nichole M. Fernandez, EIN 91-6522309, Joseph Fernandez, SSN 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, Joan V. Fernandez, SSN 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, JMJV Management Corporation, EIN 33-0883604, and Fernandez Family Trust, EIN 91-6495988 (collectively, "Taxpayers")**

Dear Ms. Pullin:

Enclosed please find twenty (20) checks, numbered 7174 through 7193, for the taxable years ended December 31st of 2001, 2002, 2003, and 2004, which are hereby tendered as deposits under § 6226(e) and § 6603 of the Internal Revenue Code of 1986, as amended (the "Code"). The amount of each check represents the amount of tax due from each Taxpayer pursuant to the Notice of Final Partnership Administrative Adjustment issued by the Internal Revenue Service on October 13, 2005 (the "FPAA"). These deposits are being made to establish jurisdiction for filing a petition for readjustment of partnership items in the Court of Federal Claims in accordance with IRC § 6226(e).

1. The following deposits are hereby made on behalf of Joseph and Joan Fernandez, as co-grantors of the Fernandez Family Trust, a grantor trust for federal income tax purposes and sole shareholder of JMJV Management Corporation, a Subchapter S corporation for federal income tax purposes, both of which are

partners of J & J Fernandez Ventures, L.P. and, with respect to JMJV Management Corporation, tax matters partner:

a. Check # 7174 in the amount of **$591,481.00** for the taxable year ended December 31, 2001.

b. Check # 7175 in the amount of **$1,317,498.00** for the taxable year ended December 31, 2002.

c. Check # 7176 in the amount of **$308,144.00** for the taxable year ended December 31, 2003.

d. Check # 7177 in the amount of **$150,905.00** for the taxable year ended December 31, 2004.

2. The following deposits are hereby made on behalf of Joseph M. Fernandez Descendants' Trust f/b/o Dean M. Fernandez, which is a partner of J & J Fernandez Ventures, L.P.:

a. Check # 7178 in the amount of **$278,565.00** for the taxable year ended December 31, 2001.

b. Check # 7179 in the amount of **$302,332.00** for the taxable year ended December 31, 2002.

c. Check # 7180 in the amount of **$80,542.00** for the taxable year ended December 31, 2003.

d. Check # 7181 in the amount of **$23,765.00** for the taxable year ended December 31, 2004.

3. The following deposits are hereby made on behalf of Joseph M. Fernandez Descendants' Trust f/b/o Nichole M. Fernandez, which is a partner of J & J Fernandez Ventures, L.P.:

a. Check # 7182 in the amount of **$278,565.00** for the taxable year ended December 31, 2001.

b. Check # 7183 in the amount of **$302,332.00** for the taxable year ended December 31, 2002.

c. Check # 7184 in the amount of **$80,538.00** for the taxable year ended December 31, 2003.

d. Check # 7185 in the amount of **$23,760.00** for the taxable year ended December 31, 2004.

4. The following deposits are hereby made on behalf of Joan V. Fernandez Descendants' Trust f/b/o Dean M. Fernandez, which is a partner of J & J Fernandez Ventures, L.P.:

   a. Check # 7186 in the amount of **$278,565.00** for the taxable year ended December 31, 2001.

   b. Check # 7187 in the amount of **$302,332.00** for the taxable year ended December 31, 2002.

   c. Check # 7188 in the amount of **$81,387.00** for the taxable year ended December 31, 2003.

   d. Check # 7189 in the amount of **$23,235.00** for the taxable year ended December 31, 2004.

5. The following deposits are hereby made on behalf of Joan V. Fernandez Descendants' Trust f/b/o Nichole M. Fernandez, which is a partner of J & J Fernandez Ventures, L.P.:

   a. Check # 7190 in the amount of **$278,565.00** for taxable year ended December 31, 2001.

   b. Check # 7191 in the amount of **$302,332.00** for the taxable year ended December 31, 2002.

   c. Check # 7192 in the amount of **$79,950.00** for the taxable year ended December 31, 2003.

   d. Check # 7193 in the amount of **$23,274.00** for the taxable year ended December 31, 2004.

Solely for purposes of complying with IRC § 6603, and without conceding liability for any amount of tax, penalty or additions thereto, Taxpayers hereby submit the following additional information in accordance with Rev. Proc. 2005-18, 2005 I.R.B. 798:

1. As set forth above, Taxpayers have identified the type of tax and applicable tax years for which the deposits are being made, as well as the estimated amount of the disputable tax.

2. Taxpayers have reasonably estimated the amount of the disputable tax based upon the FPAA issued by the IRS on October 13, 2005 for the taxable years ended December 31st of 2001, 2002, and 2003, a copy of which is attached hereto as Exhibit A. In making their estimations, Taxpayers determined the amount by which their tax liability would be increased for all affected taxable years if the treatment of partnership items on the Taxpayers' returns were made consistent with the treatment of partnership items on the partnership return as adjusted by the FPAA. By the FPAA, the IRS purports to increase J & J Fernandez Ventures, L.P.'s taxable gain recognized on the sale of corporate stock during the taxable years at issue on the basis that the partnership failed to substantiate its adjusted basis therein.

3. The basis for the dispute lies in Taxpayer's belief that J & J Fernandez Ventures, L.P. properly reported and substantiated its basis in the corporate stock sold during every taxable year at issue, and therefore properly computed and reported its taxable gain on the sale of such stock for those taxable years. The partnership had a reasonable basis for the tax treatment of the items described above because it was advised by highly competent tax, accounting, and legal professionals that the treatment was more likely than not proper. Taxpayers also challenge the validity and timeliness of the FPAA, as well as the IRS's failure to follow TEFRA procedures.

Please date-stamp the copies of this letter and the checks enclosed with the original documents, and return such file-stamped copies to me using the enclosed self-addressed stamped envelope. If you have any questions, please do not hesitate to contact me at (214) 749-2464.

Respectfully submitted,

Anthony P. Daddino

APD/lw/331391

Enclosures

cc: Mr. Joseph Fernandez
Mr. Todd Welty
Mr. Josh Ungerman

THE FERNANDEZ FAMILY T[illegible]ST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ , TRUSTEE
JOAN V. FERNANDEZ , TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF [illegible]FORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7174

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **591,481.00

Five Hundred Ninety-One Thousand Four Hundred Eighty-One and 00/100******************************************** DOLLARS

MEMO Joseph M & Joan V Fernandez
#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 & #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 yr. 2001-1040

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ , TRUSTEE
JOAN V. FERNANDEZ , TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7175

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **1,317,498.00

One Million Three Hundred Seventeen Thousand Four Hundred Ninety-Eight and 00/100*************************** DOLLARS

MEMO Joseph M & Joan V Fernandez
#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 & #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 yr. 2002-1040

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ , TRUSTEE
JOAN V. FERNANDEZ , TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7176

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **308,144.00

Three Hundred Eight Thousand One Hundred Forty-Four and 00/100**************************************************** DOLLARS

MEMO Joseph M & Joan V Fernandez
#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 & #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 yr. 2003-1040

AUTHORIZED SIGNATURE

[redacted]

THE FERNANDEZ FAMILY ' IST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF 'FORNIA, N.A.
LA JOLLA, C. .038-1031
16-49/1220

7177

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **150,905.00

One Hundred Fifty Thousand Nine Hundred Five and 00/100****************************** DOLLARS

MEMO Joseph M & Joan V Fernandez
#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 & #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 yr. 2004-1040

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7178

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **278,565.00

Two Hundred Seventy-Eight Thousand Five Hundred Sixty-Five and 00/100****************************** DOLLARS

MEMO Joseph M Fernandez Descendants' Trust
fbo Dean Fernandez
#91-6500141 yr. 2001-1041

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7179

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **302,332.00

Three Hundred Two Thousand Three Hundred Thirty-Two and 00/100****************************** DOLLARS

MEMO Joseph M Fernandez Descendants' Trust
fbo Dean Fernandez
#91-6500141 yr. 2002-1041

AUTHORIZED SIGNATURE

[redacted]

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7180

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **80,542.00

Eighty Thousand Five Hundred Forty-Two and 00/100*************************************************************************** DOLLARS

MEMO Joseph M Fernandez Descendants' Trust
fbo Dean Fernandez
#91-6500141 yr. 2003-1041

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7181

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **23,765.00

Twenty-Three Thousand Seven Hundred Sixty-Five and 00/100************************************************************** DOLLARS

MEMO Joseph M Fernandez Descendants' Trust
fbo Dean Fernandez
#91-6500141 yr. 2004-1041

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7182

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **278,565.00

Two Hundred Seventy-Eight Thousand Five Hundred Sixty-Five and 00/100********************************************** DOLLARS

MEMO Joseph M Fernandez Descendants' Trust
fbo Nichole Fernandez
#91-6522308 yr. 2001-1041

AUTHORIZED SIGNATURE

[redacted]

THE FERNANDEZ FAMILY T ST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF C ORNIA, N.A.
LA JOLLA, CA 8-1031
16-49/1220

7183

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **302,332.00

Three Hundred Two Thousand Three Hundred Thirty-Two and 00/100*************************************************** DOLLARS

MEMO Joseph M Fernandez Descendants' Trust
#91-6522308 yr. 2002-1041 fbo Nichole Fernandez

AUTHORIZED SIGNATURE

[redacted] [redacted] [redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7184

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **80,538.00

Eighty Thousand Five Hundred Thirty-Eight and 00/100************************************************************************** DOLLARS

MEMO Joseph M Fernandez Descendants' Trust
#91-6522308 yr. 2003-1041 fbo Nichole Fernandez

AUTHORIZED SIGNATURE

[redacted] [redacted] [redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7185

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **23,760.00

Twenty-Three Thousand Seven Hundred Sixty and 00/100********************************************************************** DOLLARS

MEMO Joseph M Fernandez Descendants' Trust
#91-6522308 yr. 2004-1041 fbo Nichole Fernandez

AUTHORIZED SIGNATURE

[redacted] [redacted] [redacted]

THE FERNANDEZ FAMILY T ST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF C FORNIA, N.A.
LA JOLLA, C. 038-1031
16-49/1220

7186

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **278,565.00

Two Hundred Seventy-Eight Thousand Five Hundred Sixty-Five and 00/100****************************************** DOLLARS

MEMO Joan V Fernandez Descendants' Trust fbo Dean Fernandez
#91-6500142 yr. 2001-1041

McKean Financial, Inc. Pres
Susan G. McKean, Pres.
AUTHORIZED SIGNATURE

[redacted] [redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7187

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **302,332.00

Three Hundred Two Thousand Three Hundred Thirty-Two and 00/100************************************************ DOLLARS

MEMO Joan V Fernandez Descendants' Trust fbo Dean Fernandez
#91-6500142 yr. 2002 - 1041

McKean Financial, Inc. Pres
Susan G. McKean, Pres.
AUTHORIZED SIGNATURE

[redacted] [redacted] [redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7188

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **81,387.00

Eighty-One Thousand Three Hundred Eighty-Seven and 00/100****************************************************** DOLLAR

MEMO Joan V Fernandez Descendants' Trust fbo Dean Fernandez
#91-6500142 yr. 2003-1041

McKean Financial, Inc. Pres
AUTHORIZED SIGNATURE

[redacted] [redacted] [redacted]

THE FERNANDEZ FAMILY ' )ST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ , TRUSTEE
JOAN V. FERNANDEZ , TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF 'FORNIA, N.A.
LA JOLLA, C. )38-1031
16-49/1220

7189

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **23,235.00

Twenty-Three Thousand Two Hundred Thirty-Five and 00/100*************************************************************** DOLLARS

MEMO Joan V Fernandez Descendants' Trust
#91-6500142 yr. 2004-1041 fbo Dean Fernandez

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ , TRUSTEE
JOAN V. FERNANDEZ , TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7190

1/4/2006

PAY TO THE ORDER OF ~~United States Treasury~~ $ **278,565.00

~~Two Hundred Seventy-Eight Thousand Five Hundred Sixty-Five and 00/100~~********************************************** DOLLARS

MEMO Joan V Fernandez Descendants' Trust
#91-6522309 yr. 2001-1041 fbo Nichole Fernandez

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ , TRUSTEE
JOAN V. FERNANDEZ , TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7191

1/4/2006

PAY TO THE ORDER OF ~~United States Treasury~~ $ **302,332.00

~~Three Hundred Two Thousand Three Hundred Thirty-Two and 00/100~~****************************************************** DOLLAR

MEMO Joan V Fernandez Descendants' Trust
fbo Nichole Fernandez
#91-6522309 yr. 2002-1041

AUTHORIZED SIGNATURE

[redacted]

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ , TRUSTEE
JOAN V. FERNANDEZ , TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7192

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **79,950.00

Seventy-Nine Thousand Nine Hundred Fifty and 00/100******************************************************************** DOLLARS

MEMO Joan V Fernandez Descendants' Trust
#91-6522309 yr. 2003-1041 fbo Nichole Fernandez

AUTHORIZED SIGNATURE

[redacted]

---

THE FERNANDEZ FAMILY TRUST
U/T/A DTD 04/13/99
JOSEPH M. FERNANDEZ , TRUSTEE
JOAN V. FERNANDEZ , TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

UNION BANK OF CALIFORNIA, N.A.
LA JOLLA, CA 92038-1031
16-49/1220

7193

1/4/2006

PAY TO THE ORDER OF United States Treasury $ **23,274.00

Twenty-Three Thousand Two Hundred Seventy-Four and 00/100************************************************************ DOLLARS

MEMO Joan V Fernandez Descendants' Trust
#91-6522309 yr. 2004-1041 fbo Nichole Fernandez

AUTHORIZED SIGNATURE

[redacted]

Notice 2000-44 Case

Internal Revenue Service
P.O. Box 66781 Stop 4020 STL
Attn: Penny Schupmann
St. Louis, MO 63166

Department of the Treasury

Refer To: Penny Schupmann

Name of Partnership: J&J Fernandez Ventures, LP

Partnership Identifying Number: 33-0883605

Tax Year Ended: December 31, 2001, December 31, 2002
And December 31, 2003

Date: OCT 13 2005

J&J Fernandez Ventures, LP
Attn: The Tax Matters Partner
c/o Mc Kean Financial, Inc.
P.O. Box 1031
La Jolla, CA 92038-1031

Date FPAA Mailed to the Tax Matters Partner:
OCT 13 2005

Person to Contact: Penny Schupmann
Employee Number: 43-15317

Contact Telephone Number: 314-612-4367
(not a toll free number)

Contact Hours: 8:00 AM to 4:30 PM

# NOTICE OF FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENT

The law requires us to send a Notice of Final Partnership Administrative Adjustment (FPAA) to the partnership named above, for the tax year shown above, and to each partner who is entitled to receive this notice.

We are proposing adjustments to the partnership items of the partnership and the tax year shown above. We will send the examination report outlining these adjustments to the Tax Matters Partner (TMP) of the partnership. (The TMP is the partner designated by the partnership to deal with the IRS.) He/she is also authorized to act for the partners who are not entitled to receive this notice. Any partner who wants a copy of the examination report should request it from the TMP. If the TMP is unable to provide you with a copy of the examination report, please contact the person named in the heading of this letter.

Taxable Years Ending Before August 6, 1997:

The adjustments to the partnership items reported on the partnership tax return may cause an increase or decrease to the tax liability on your individual return. Form 870-P, *Agreement to Assessment and Collection of Deficiency in Tax for Partnership Adjustments*, is a summary of the proposed adjustments to the partnership return. You can compute your share of the proposed adjustments by multiplying each adjusted partnership item by your percentage interest for that partnership item.

Taxable Years Ending After August 5, 1997:

The adjustments to the partnership items reported on the partnership tax return may cause an increase or decrease in the tax liability on your individual return. The adjustments may include partnership level determinations regarding penalties and additions to tax that relate to adjustments to partnership items. Form 870-PT, *Agreement for Partnership Items and Partnership Level Determinations as to Penalties, Additions to Tax, and Additional Amounts*, is a summary of the proposed adjustments to the partnership return. You can compute your share of the proposed adjustments by multiplying each adjusted partnership item by your percentage interest for that partnership item.

EXHIBIT
tabbles
A

You have three options available to you:

**1. If you agree with the adjustments:**

Sign and return the enclosed Form 870-P/Form 870-PT. When you sign Form 870-P/Form 870-PT, you are agreeing to pay any additional tax and interest resulting from the adjustments to the partnership return. For tax years ending after August 5, 1997, you are also agreeing to any partnership level determination as to penalties, additions to tax and additional amounts that relate to adjustments to partnership items, if any. In addition, you are waiving your rights to participate in any administrative or judicial proceeding affecting partnership items and in partnership level determinations as to penalties, additions to tax and additional amounts that relate to adjustments to partnership items for the tax year in question. This is a binding settlement only if you sign and return Form 870-P/Form 870-PT and we sign on behalf of the Commissioner of Internal Revenue Service. When we sign the agreement form, the one-year extension of the period of limitations on assessments will begin under Internal Revenue Code section 6229(f). Once the agreement is signed by both parties, you may not file a claim to change the items in question or claim a refund/credit based on a readjustment.

Note: If you are the TMP of the partnership, see the section of this letter entitled, *"For the Tax Matters Partner of the Partnership"*.

**2. If you do not agree with the adjustments:**

If you are the TMP of the partnership and want to contest the adjustments in court, you must file a petition within 90 days from the date this letter. During this 90-day period, no other partner may file a petition for judicial review. You can file your petition for readjustment of partnership items with:

1. the United States Tax Court;
2. the United States Court of Federal Claims; or
3. the District Court of the United States, in the district of the partnership's principal place of business.

A petition filed by the TMP precludes all other actions. If the TMP doesn't file a petition by the 90th day from the date the FPAA was mailed, any partner or any 5 percent group entitled to receive this notice may petition one of these courts. A "5 percent group" includes any group of partners who together have an interest of five percent or more in profits of the partnership. The petition must be filed after the 90th day, but on or before the 150th day from the date the FPAA was mailed to the TMP. If more that one petition is filed in Tax Court, the first petition will go forward. All other petitions (even those filed earlier in one of the other courts) will be dismissed. If no one files a petition in Tax Court, the first petition filed in one of the other courts will go forward and subsequent petitions will be dismissed.

Petitions filed with the United States Tax Court must be mailed to:

**United States Tax Court**
**400 Second Street, NW**
**Washington, DC 20217**

Attach a copy of this letter to the petition. The time in which you must file a petition with the court is fixed by law and the court can't consider your case if your petition is filed late. If this letter is addressed to both a husband and wife and both want to petition the Tax Court, both must sign the petition or each must file a separate signed petition.

When a partner (including each member of a 5 percent group that files a petition) files a petition in either the appropriate District Court of the Court of Federal Claims, the partner filing the petition must deposit the amount that the partner's tax liability would be increased if the treatment of the partnership

items on the partner's return were made consistent with the treatment of partnership items under the FPAA. If you reported the partnership items the way the partnership reported them on its return, you can generally determine the amount to deposit by taking your pro rata share of the partnership adjustments into account in recomputing your tax. You must deposit the appropriate amount with the IRS on or before the day you file your petition.

**3. If you do nothing:**

If a petition for readjustment is not filed in any of the courts listed in this letter, the FPAA becomes final, and we will bill you for any additional tax plus interest that you may owe under the FPAA. You will not be permitted to contest the treatment of the partnership items of the partnership under the FPAA in any refund claim or suit. The law allows the Service to bill you 150 days from the mailing date of the FPAA to the TMP.

However, if a petition is filed in the Tax Court, and the Tax Court upholds the adjustments in whole or in part, we will not bill you until the Tax Court decision is final.

You may wish to contact the TMP of the partnership or your tax advisor to discuss this matter.

If you have any questions, please write to the person whose name and address are shown in the heading of this letter. If you write, attach a copy of this letter to help identify your account. Also, include your telephone number and the most convenient time for us to call you in case we need additional information.

If you prefer, you may call the IRS contact person at the telephone number shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you.

Thank you for your cooperation.

Sincerely,

for Kevin Harris,
Technical Services
Territory Manager

Enclosures:
Form 870-P/Form 870-PT
Copy of this letter

FOR THE TAX MATTERS PARTNER OF THE PARTNERSHIP

If you are the Tax Matters Partner (TMP), you are entitled to make an agreement to bind non-notice partners to the treatment of the partnership items as shown on the enclosed schedule of adjustments. You must add the following statement above the signature blocks on the Form 870-P or Form 870-PT:

"The undersigned Tax Matters Partner is signing this offer on behalf of himself (herself) and all other partners whom he (she) has the authority to bind; a final agreement resulting from the co-signature of the Commissioner of Internal Revenue will be binding on all such other partners."

As the TMP, you may submit a petition, as described above for the partnership on behalf of all partners.

If you have any questions, you can call the IRS contact person at the telephone number shown in the heading of this letter. Thank you for your cooperation.