# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **J&J FERNANDEZ VENTURES, LP,** | § | |
| **JMJV MANAGEMENT CORP.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-27T (Judge Baskir)** |
| **v.** | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

## UNITED STATES' UNOPPOSED MOTION TO SUPPLEMENT RECORD

The United States respectfully requests permission to supplement the record in this case with the following documents:

a. Gov. Ex. 8 – J&J Fernendez, LP's 2001 Form 1065;

b. Gov. Ex. 9 – J&J Fernandez, LP's 2002 Form 1065;

c. Gov. Ex. 10 – J&J Fernandez, LP's 2003 Form 1065; and

d. Gov. Ex. 11 – Notice of Final Partnership Administrative Adjustment, Issued to J&J Fernandez, LP for Tax Year Ending Dec. 16, 1999.

Supplemental exhibits 8-10 relate to the 2001-2003 FPAA proceedings at issue in Case No. 06-27T. If, for summary judgment purposes, the Court consolidates Case No. 05-26T with Case No. 06-27T,

the Court will need to consider those exhibits to fully evaluate the relevant tax assessments.

Supplemental exhibit 11 lists the partnership adjustments proposed by the IRS's 1999 FPAA. This exhibit may be necessary for the Court to evaluate the effect of the 1999 FPAA on the limitations issues argued in the parties' cross-motions for summary judgment. The 1999 FPAA was discussed by both parties in their Joint Status Report filed on June 2, 2006.

Respectfully Submitted:

*/s/ Grover Hartt, III*

GROVER HARTT, III
Attorney of Record
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (Fax)
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Fed. Claims Section
CYNTHIA E. MESSERSMITH
CHRISTOPHER R. EGAN
Of Counsel

**CERTIFICATE OF CONFERENCE**

Counsel for the United States provided a copy of this motion to counsel for the Plaintiffs on June 8, 2006. Counsel for the Plaintiffs stated that the Plaintiffs are not opposed to the relief requested by this motion.

/s/ *Grover Hartt, III*
GROVER HARTT, III

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing MOTION TO SUPPLEMENT RECORD has been made on June 8, 2006, by mailing a copy thereof to:

M. Todd Welty
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ *Grover Hartt, III*
GROVER HARTT, III