Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

OMB No. 1545-0099

**2001**

For calendar year 2001, or tax year beginning ______, and ending ______

EXTENSION GRANTED TO 10/15/02

NOT SELECTED FOR SPECIAL ISSUE

29265300 188 1 1

A Principal business activity: INVESTMENTS

B Principal product or service: INVESTMENTS

C Business code number: 523900

Name of partnership: J & J FERNANDEZ VENTURES, L.P.

Number, street: c/o McKean Financial, Inc.

City or town: P.O. Box 1031, La Jolla, CA 92038-1031

D Employer identification number: 33-0883605

E Date business started

F Total assets: $58,761,491.

ACCEPTED AS FILED — MAR 1 3 2003 — BY CLASSIFICATION

G Check applicable boxes: (1) ☐ Initial ... (4) ☒ Address change (5) ☐ Amended return

H Check accounting method: (1) ☐ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 6

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

RECEIVED OCT 2 0 2002 OGDEN, UT — IRS-OSC 175

**Income**

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| 1b | Less returns and allowances | 1b | |
| 1c | | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) SEE STATEMENT 1 | 4 | 371,592. |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | 6 | |
| 7 | Other income (loss) (attach schedule) | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 371,592. |

**Deductions (see instructions for limitations)**

| Line | Description | | Amount |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses SEE STATEMENT 2 | 14 | 800. |
| 15 | Interest | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| 16b | Less depreciation reported on Schedule A and elsewhere on return | 16b | |
| 16c | | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach schedule) SEE STATEMENT 3 | 20 | 87,287. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 88,087. |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | 22 | 283,505. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of general partner or limited liability company member ▶ 10/02/02 Date

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] Date 10-3-02 Check if self-employed ▶ ☒ Preparer's SSN or PTIN 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

Firm's name (or yours if self-employed), address, and ZIP code ▶ LAWRENCE S. POSTER, CPA, P. O. BOX 3131, RANCHO SANTA FE, CA 92067 EIN ▶ Phone no. (858)759-6870

For Paperwork Reduction Act Notice, see separate instructions.

GOVERNMENT EXHIBIT 8

## Schedule A Cost of Goods Sold (see page 18 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No

If "Yes," attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership b ☒ Domestic limited partnership<br>c ☐ Domestic limited liability company d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; **and**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2001, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 8 of the instructions | | X |
| 12 | Enter the number of Forms 8865 attached to this return ▶ | | |

### Designation of Tax Matters Partner (see page 20 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ JMJV MANAGEMENT CORPORATION

Identifying number of TMP ▶ 33-0883604

Address of designated TMP ▶ 1914 PALOMAR OAKS WAY, #150
CARLSBAD, CA 92008

## Schedule K Partners' Shares of Income, Credits, Deductions, etc.

| Section | (a) Distributive share items | | Line | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | | 1 | 283,505. |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) SEE STATEMENT 4 | | 2 | <360.> |
| | 3a Gross income from other rental activities | 3a <101.> | | |
| | b Expenses from other rental activities (attach schedule) | 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a SEE STATEMENT 5 | | 3c | <101.> |
| | 4 Portfolio income (loss): a Interest income SEE STATEMENT 6 | | 4a | 302,846. |
| | b Ordinary dividends SEE STATEMENT 7 | | 4b | 378,159. |
| | c Royalty income | | 4c | 1. |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 4d | 3,269,969. |
| | e (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 4e(1) | 3,326,833. |
| | (2) 28% rate gain (loss) ▶ (3) Qualified 5-year gain ▶ | | | |
| | f Other portfolio income (loss) (attach schedule) SEE STATEMENT 8 | | 4f | 200. |
| | 5 Guaranteed payments to partners | | 5 | |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | | 6 | 6,705. |
| | 7 Other income (loss) (attach schedule) SEE STATEMENT 9 | | 7 | <7,473.> |
| Deductions | 8 Charitable contributions (attach schedule) SEE STATEMENT 10 | | 8 | 13. |
| | 9 Section 179 expense deduction (attach Form 4562) | | 9 | |
| | 10 Deductions related to portfolio income (itemize) SEE STATEMENT 11 | | 10 | 338,970. |
| | 11 Other deductions (attach schedule) | | 11 | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From partnerships to which section 42(j)(5) applies | | 12a(1) | |
| | (2) Other than on line 12a(1) | | 12a(2) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | | 12b | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | | 12c | |
| | d Credits related to other rental activities | | 12d | |
| | 13 Other credits | | 13 | |
| Investment Interest | 14a Interest expense on investment debts | | 14a | 274,100. |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | | 14b(1) | 681,206. |
| | (2) Investment expenses included on line 10 above | | 14b(2) | 338,970. |
| Self-Employment | 15a Net earnings (loss) from self-employment | | 15a | |
| | b Gross farming or fishing income | | 15b | |
| | c Gross nonfarm income | | 15c | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | | 16a | 4,609. |
| | b Adjusted gain or loss SEE STATEMENT 12 | | 16b | <24.> |
| | c Depletion (other than oil and gas) | | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | | 16e | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ SEE FOREIGN TAX WORKSHEET | | | |
| | b Gross income from all sources SEE STATEMENT 14 | | 17b | 7,663,377. |
| | c Gross income sourced at partner level | | 17c | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive ▶ (2) Listed categories (attach sch.) ▶ (3) General limitation ▶ | | 17d(3) | 103,887. |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense ▶ (2) Other ▶ | | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive ▶ (2) Listed categories (attach sch.) ▶ (3) General limitation ▶ | | 17f(3) | |
| | g Total foreign taxes (check one): ▶ Paid [X] Accrued [ ] | | 17g | 9,819. |
| | h Reduction in taxes available for credit (attach schedule) | | 17h | |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ b Amount ▶ | | 18b | |
| | 19 Tax-exempt interest income SEE STATEMENT 13 | | 19 | 15,006. |
| | 20 Other tax-exempt income | | 20 | |
| | 21 Nondeductible expenses | | 21 | |
| | 22 Distributions of money (cash and marketable securities) | | 22 | 25,251,355. |
| | 23 Distributions of property other than money | | 23 | |
| | 24 Other items and amounts required to be reported separately to partners (attach schedule) | | | |

JWA

Form 1065 (2001)

111021
01-02-02



16151002 795629 3481A 2001.06000 J & J FERNANDEZ VENTURES L 3481A 1

Form 1065 (2001) J & J FERNANDEZ VENTURES, L.P. 33-0883605 Page 4

**Analysis of Net Income (Loss)**

| | | |
|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b | 1 | 6,937,382. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | 1,178. | | | | | |
| b Limited partners | | | | | | 6,936,204. |

**Schedule L** **Balance Sheets per Books** (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | STATEMENT 15 | 535,000. | | 950,000. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | STATEMENT 16 | 58,553,002. | | 57,811,491. |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 59,088,002. | | 58,761,491. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | 17,972,456. |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | 59,088,002. | | 40,789,035. |
| 22 Total liabilities and capital | | 59,088,002. | | 58,761,491. |

**Schedule M-1** **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 6,952,388. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ 15,006. | 15,006. |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ b Travel and entertainment $ | | 8 Add lines 6 and 7 | 15,006. |
| | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 6,937,382. |
| 5 Add lines 1 through 4 | 6,952,388. | | |

**Schedule M-2** **Analysis of Partners' Capital Accounts** (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 59,088,002. | 6 Distributions: a Cash | 25,251,355. |
| 2 Capital contributed during year | | b Property | |
| 3 Net income (loss) per books | 6,952,388. | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | 25,251,355. |
| 5 Add lines 1 through 4 | 66,040,390. | 9 Balance at end of year. Subtract line 8 from line 5 | 40,789,035. |

Form **8825** Department of the Treasury Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions on page 2.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

**2001**

Name: J & J FERNANDEZ VENTURES, L.P.

Employer identification number: 33-0883605

1 Show the kind and location of each property. See page 2 for additional properties.

A

B

C

D

| | | Properties: A | B | C | D |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

| | | |
|---|---|---|
| 17 Total gross rents. Add gross rents from line 2, columns A through H | 17 | |
| 18 Total expenses. Add total expenses from line 16, columns A through H | 18 | ( ) |
| 19 Net gain (loss) from Form 4797, Part II, line 18, from the disposition of property from rental real estate activities | 19 | |
| 20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | <360.> |

b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) Employer identification number |
|---|---|
| ARDEN INSTITUTIONAL ADVISERS | 13-3981122 |

| | | |
|---|---|---|
| 21 Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter the result here and on: • Form 1065 or 1120S: Schedule K, line 2, or • Form 1065-B: Part I, line 4 | 21 | <360.> |

JWA 120141 10-23-01 For Paperwork Reduction Act Notice, see page 2 of form. Form 8825 (2001)



16151002 795629 3481A 2001.06000 J & J FERNANDEZ VENTURES L 3481A 1

DOJ-000171

1 Show the kind and location of each property.

E

F

G

H

| | | Properties E | Properties F | Properties G | Properties H |
|---|---|---|---|---|---|
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

Name: J & J FERNANDEZ VENTURES, L.P. I.D. Number 33-0883605

## Income (Loss) From Other Rental Activities

1 Show the kind and location of each rental property.

A ARDEN INSTITUTIONAL ADVISERS

B

C

D

| Rental Income | | Properties A | B | C | D |
|---|---|---|---|---|---|
| 2 Gross rents | 2 | <101.> | | | |
| **Rental Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | 0. | | | |

| | | |
|---|---|---|
| 17 Total gross rents. Add gross rents from line 2, columns A through D | 17 | <101.> |
| 18 Total expenses. Add total expenses from line 16, columns A through D | 18 | |
| 19 Net gain (loss) from Form 4797, Part II, line 18, from disposition of property from other rental activities | 19 | |
| 20 Net income (loss) from other rental(s) | 20 | <101.> |

Name: J & J FERNANDEZ VENTURES, L.P. I.D. Number 33-0883605

## Royalty Income (Loss)

1 Show the kind and location of each rental property.

A ARDEN INSTITUTIONAL ADVISERS

B

C

D

| Royalty Income | | Properties A | B | C | D |
|---|---|---|---|---|---|
| 2 Gross royalty income (loss) | 2 | 1. | | | |
| **Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | 0. | | | |

| | | |
|---|---|---|
| 17 Total gross royalties. Add gross royalties from line 2, columns A through D | 17 | 1. |
| 18 Total expenses. Add total expenses from line 16, columns A through D | 18 | |
| 19 Net royalty income (loss) | 19 | 1. |

**SCHEDULE D (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1065.

OMB No. 1545-0099
**2001**

Name of partnership: J & J FERNANDEZ VENTURES, L.P.
Employer identification number: 33-0883605

**Part I** Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss) ((d) minus (e)) |
|---|---|---|---|---|---|
| 1 | | | | | |
| SEE STATEMENT 17 | | | | | 3,468,992. |

| | | |
|---|---|---|
| 2 Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | |
| 3 Short-term capital gain (loss) from like-kind exchanges from Form 8824 | 3 | |
| 4 Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts | 4 | <199,023.> |
| 5 **Net short-term capital gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 4d or 7 | 5 | 3,269,969. |

**Part II** Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| 6 CSFB | | | | | | |
| 404704-SCHEDULE | | | | | | |
| ATTACHED | | | | | 3,157,650. | |

| | | | |
|---|---|---|---|
| 7 Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 7 | | |
| 8 Long-term capital gain (loss) from like-kind exchanges from Form 8824 | 8 | | |
| 9 Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts | 9 | 169,183. | |
| 10 Capital gain distributions | 10 | | |
| 11 Combine lines 6 through 10 in column (g). Enter here and on Form 1065, Schedule K, line 4e(2) or 7 | 11 | | |
| 12 **Net long-term capital gain or (loss).** Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 4e(1) or 7 | 12 | 3,326,833. | |

* 28% rate gain or (loss) includes all "collectibles gains and losses" (as defined in the instructions).

JWA **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.** **Schedule D (Form 1065) 2001**

111171
12-31-01



16151002 795629 3481A 2001.06000 J & J FERNANDEZ VENTURES L 3481A 1

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| J & J FERNANDEZ VENTURES, L.P. | 33-0883605 |
| a Name of foreign country or U.S. possession | |
| b Total gross income sourced at shareholder/partner level | |
| c Total gross income sourced at corporate/partnership level: | |
| (1) General limitation income | 103,887. |
| (2) Passive source | |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| d Deductions allocated and apportioned at shareholder/partner level: | |
| (1) Interest expense | |
| (2) Other | |
| e Deductions allocated and apportioned at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| f Total foreign taxes - [X] Paid [ ] Accrued | 9,819. |
| g Reduction in taxes available for credit | |

130451
07-19-01

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| J & J FERNANDEZ VENTURES, L.P. | 33-0883605 |

| | |
|---|---|
| a Name of foreign country or U.S. possession | |
| b Total gross income sourced at shareholder/partner level | |
| c Total gross income sourced at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| d Deductions allocated and apportioned at shareholder/partner level: | |
| (1) Interest expense | |
| (2) Other | |
| e Deductions allocated and apportioned at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| f Total foreign taxes - ☐ Paid ☐ Accrued | |
| g Reduction in taxes available for credit | |

130451
07-19-01

Form **4797**
Department of the Treasury
Internal Revenue Service (99)

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**
▶ **Attach to your tax return.**

OMB No. 1545-0184
**2001**
Attachment Sequence No. **27**

Name(s) shown on return: J & J FERNANDEZ VENTURES, L.P.
Identifying number: 33-0883605

1 Enter the gross proceeds from sales or exchanges reported to you for 2001 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ..... 1

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 PASSTHROUGH FROM ARDEN INSTITUTIONAL ADVISERS | | | | | | |
| | | | | | | 6,705. |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39 | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | 7 | 6,705. |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.
**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.
**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions): | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 15, and skip lines 11 and 12 below.
**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

## Part II Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7 | 11 | ( ) |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 Gain, if any, from line 31 | 13 | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) | 17 | |
| 18 Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows: | 18 | |

a **For all except individual returns.** Enter the gain or (loss) from line 18 on the return being filed.
b **For individual returns:**
(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form1040), line 22. Identify as from "Form 4797, line 18b(1)." See instructions ..... 18b(1)
(2) Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 ..... 18b(2)

**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. | ▶ | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (Note: See line 1 before completing.) | 20 | | | | |
| 21 Cost or other basis plus expense of sale | 21 | | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 If section 1245 property: | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the smaller of line 24 or 25a | 25b | | | | |
| 26 If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 | 26a | | | | |
| b Applicable percentage multiplied by the smaller of line 24 or line 26a | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the smaller of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage | 27b | | | | |
| c Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 If section 1254 property: | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 28a | | | | |
| b Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 If section 1255 property: | | | | | |
| a Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b Enter the smaller of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

**Part IV** **Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less** (See instructions.)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See instructions for where to report | 35 | | |

Form **6781**
Department of the Treasury
Internal Revenue Service

# Gains and Losses From Section 1256 Contracts and Straddles

▶ Attach to your tax return.

OMB No. 1545-0644
**2001**
Attachment Sequence No. 82

Name(s) shown on tax return: J & J FERNANDEZ VENTURES, L.P.

Identifying number: 33-0883605

Check all applicable boxes.
A ☐ Mixed straddle election
B ☐ Straddle-by-straddle identification election
C ☐ Mixed straddle account election
D ☐ Net section 1256 contracts loss election

## Part I Section 1256 Contracts Marked to Market

| (a) Identification of account | (b) (Loss) | (c) Gain |
|---|---|---|
| 1 | | |
| | | |
| SEE STATEMENT 18 | | |

| Line | Description | Line No. | Amount |
|---|---|---|---|
| 2 | Add the amounts on line 1 in columns (b) and (c) | 2 | (b) ( 22,271.) (c) 15,806. |
| 3 | Net gain or (loss). Combine line 2, columns (b) and (c) | 3 | <6,465.> |
| 4 | Form 1099-B adjustments. See instructions and attach schedule | 4 | |
| 5 | Combine lines 3 and 4 | 5 | <6,465.> |
| | **Note:** *If line 5 shows a net gain, skip line 6 and enter the gain on line 7. Partnerships and S corporations, see instructions.* | | |
| 6 | If you have a net section 1256 contracts loss and you checked box D above, enter the amount to be carried back | 6 | |
| 7 | Subtract line 6 from line 5 | 7 | |
| 8 | Short-term capital gain or (loss). Multiply line 7 by 40% (.40). Enter here and include on the appropriate line of Schedule D | 8 | |
| 9 | Long-term capital gain or (loss). Multiply line 7 by 60% (.60). Enter here and include on the appropriate line of Schedule D | 9 | |

## Part II Gains and Losses From Straddles. Attach a separate schedule listing each straddle and its components.

### Section A - Losses From Straddles

| | (a) Description of property | (b) Date entered into or acquired / (c) Date closed out or sold Mo. Day Yr. | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Loss. If column (e) is more than (d), enter difference. Otherwise, enter -0- | (g) Unrecognized gain on offsetting positions | (h) Recognized loss. If column (f) is more than (g), enter difference. Otherwise, enter -0- | * (i) 28% rate loss |
|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | |
| | | | | | | | | |

| Line | Description | Line No. | Amount (h) | Amount (i) |
|---|---|---|---|---|
| 11 a | Enter the short-term portion of losses from line 10, column (h), here and include on the appropriate line of Schedule D | 11a | ( ) | |
| b | Enter the long-term portion of losses from line 10, columns (h) and (i), here and include on the appropriate line of Schedule D | 11b | ( ) | ( ) |

### Section B - Gains From Straddles

| | (a) Description of property | (b) Date entered into or acquired / (c) Date closed out or sold Mo. Day Yr. | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Gain. If column (d) is more than (e), enter difference. Otherwise, enter -0- | * (g) 28% rate gain |
|---|---|---|---|---|---|---|
| 12 | | | | | | |
| | | | | | | |

| Line | Description | Line No. | Amount (f) | Amount (g) |
|---|---|---|---|---|
| 13 a | Enter short-term portion of gains from line 12, column (f), here and include on Schedule D | 13a | | |
| b | Enter long-term portion of gains from line 12, columns (f) and (g), here and include on Schedule D | 13b | | |

## Part III Unrecognized Gains From Positions Held on Last Day of Tax Year. Memo Entry Only

| | (a) Description of property | (b) Date acquired Mo. Day Yr. | (c) Fair market value on last business day of tax year | (d) Cost or other basis as adjusted | (e) Unrecognized gain. If column (c) is more than (d), enter difference. Otherwise, enter -0- |
|---|---|---|---|---|---|
| 14 | | | | | |
| | | | | | |

*** 28% rate gain or loss includes all "collectibles gains and losses" and up to 50% of the eligible gain on qualified small business stock.** See Instructions for Schedule D (Form 1040).

| FORM 1065 | INCOME (LOSS) FROM OTHER PARTNERSHIPS, ETC. | STATEMENT 1 |
|---|---|---|

| NAME AND ADDRESS | EMPLOYER ID | AMOUNT |
|---|---|---|
| GROWTH EQUITY PARTNERS II<br>466 LEXINGTON AVE., 12TH FLOOR<br>NEW YORK, NY 10017 | 13-4105644 | <106.> |
| TELECOM MEDIA TECH. PRIV. EQUITY FUND<br>466 LEXINGTON AVE., 12TH FLOOR<br>NEW YORK, NY 10017 | 52-2239719 | <185.> |
| ARDEN INSTITUTIONAL ADVISERS<br>350 PARK AVE., 29TH FLOOR<br>NEW YORK, NY 10022 | 13-3981122 | 192,063. |
| HEALTHTECH LONG/SHORT INV. LP<br>466 LEXINGTON AVE., 12TH FLOOR<br>NEW YORK, NY 10017 | 13-3859861 | 14,787. |
| GLOBAL DIVERSIFIED INV. LP II<br>466 LEXINGTON AVE., 12TH FLOOR<br>NEW YORK, NY 10017 | 13-4062223 | 84,246. |
| INTERNATIONAL MARKET LONG/SHORT LP I<br>466 LEXINGTON AVE., 12TH FLOOR<br>NEW YORK, NY 10017 | 13-4143653 | 121,849. |
| ARGYLL FILM PARTNERS, LLC<br>1600 ROSECRANS AVE., BLDG. 1, 3RD FLOOR<br>MANHATTAN BEACH, CA 90266 | 33-0871294 | <19,088.> |
| EL PASO ENERGY PARTNERS<br>P. O. BOX 480927<br>DENVER, CO 80248 | 76-0396023 | <22,708.> |
| DIVERSIFIED PARTNERS II, LP<br>466 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | 06-1618070 | 734. |
| TOTAL TO FORM 1065, LINE 4 | | 371,592. |

| FORM 1065 | TAX EXPENSE | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CALIFORNIA TAXES - BASED ON INCOME | 800. |
| TOTAL TO FORM 1065, LINE 14 | 800. |

J & J FERNANDEZ VENTURES L.P. 33-0883605

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BANK SERVICE CHARGES | 603. |
| DEPOSITORY FEES | 91. |
| INVESTMENT MANAGEMENT | 80,672. |
| PROFESSIONAL FEES | 5,820. |
| TAXES | 101. |
| TOTAL TO FORM 1065, LINE 20 | 87,287. |

| SCHEDULE K | NET INCOME (LOSS) FROM RENTAL REAL ESTATE | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ARDEN INSTITUTIONAL ADVISERS | <360.> |
| TOTAL TO SCHEDULE K, LINE 2 | <360.> |

| SCHEDULE K | NET INCOME (LOSS) FROM OTHER RENTAL ACTIVITIES | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | INCOME | EXPENSES | NET AMOUNT |
|---|---|---|---|
| ARDEN INSTITUTIONAL ADVISERS | <101.> | 0. | <101.> |
| TOTALS TO SCHEDULE K, LINE 3 | <101.> | 0. | <101.> |

| SCHEDULE K | INTEREST INCOME | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | U.S. BONDS | OTHER |
|---|---|---|
| CSFB-017241 | | 229. |
| CSFB-404704 | | 351,647. |
| LESS: ACCRUED INTEREST PURCHASED | | <112,808.> |
| CSFB-810461 | | 151. |
| CSFB-005567 | | 75. |
| CSFB-002250 | | 151. |
| CSFB-002268 | | 75. |
| CSFB-300679 | | 75. |
| INTEREST PASSED THROUGH FROM GROWTH EQUITY PARTNERS II | | 4,282. |
| INTEREST PASSED THROUGH FROM TELECOM MEDIA TECH. PRIV. EQUITY F | | 4,939. |

| | | |
|---|---|---|
| INTEREST PASSED THROUGH FROM ARDEN INSTITUTIONAL ADVISERS | | 25,340. |
| INTEREST PASSED THROUGH FROM HEALTHTECH LONG/SHORT INV. LP | | 2,849. |
| INTEREST PASSED THROUGH FROM GLOBAL DIVERSIFIED INV. LP II | | 12,447. |
| INTEREST PASSED THROUGH FROM SPROUT INVESTMENT PARTNERS LP | | 6,005. |
| INTEREST PASSED THROUGH FROM INTERNATIONAL MARKET LONG/SHORT LP | | 1,520. |
| INTEREST PASSED THROUGH FROM DIVERSIFIED PARTNERS II, LP | | 5,869. |
| TOTAL TO SCHEDULE K, LINE 4A | | 302,846. |

| SCHEDULE K | DIVIDEND INCOME | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CSFB-001740 | 695. |
| CSFB-004057 | 1,565. |
| CSFB-023417 | 18,464. |
| CSFB-400008 | 546. |
| CSFB-404704 | 236,578. |
| CSFB-600169 | 554. |
| CSFB-850053 | 2,686. |
| CSFB-810461 | 45,367. |
| CSFB-005567 | 10,020. |
| CSFB-002250 | 27,778. |
| CSFB-002268 | 9,370. |
| CSFB-300679 | 2,171. |
| DIVIDENDS PASSED THROUGH FROM GROWTH EQUITY PARTNERS II | 18. |
| DIVIDENDS PASSED THROUGH FROM TELECOM MEDIA TECH. PRIV. EQUITY | 43. |
| DIVIDENDS PASSED THROUGH FROM ARDEN INSTITUTIONAL ADVISERS | 1,643. |
| DIVIDENDS PASSED THROUGH FROM HEALTHTECH LONG/SHORT INV. LP | 4,272. |
| DIVIDENDS PASSED THROUGH FROM GLOBAL DIVERSIFIED INV. LP II | 13,300. |
| DIVIDENDS PASSED THROUGH FROM SPROUT INVESTMENT PARTNERS LP | 428. |
| DIVIDENDS PASSED THROUGH FROM INTERNATIONAL MARKET LONG/SHORT L | 2,622. |
| DIVIDENDS PASSED THROUGH FROM ARGYLL FILM PARTNERS, LLC | 33. |
| DIVIDENDS PASSED THROUGH FROM DIVERSIFIED PARTNERS II, LP | 6. |
| TOTAL TO SCHEDULE K, LINE 4B | 378,159. |

| SCHEDULE K | OTHER PORTFOLIO INCOME (LOSS) | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER PORTFOLIO INC. PASSED THROUGH FROM ARDEN INSTITUTIONAL ADV | <1.> |
| OTHER PORTFOLIO INC. PASSED THROUGH FROM GLOBAL DIVERSIFIED INV. | 201. |
| TOTAL TO SCHEDULE K, LINE 4F | 200. |

| SCHEDULE K | OTHER INCOME (LOSS) | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | <6,465.> |
| OTHER INCOME (LOSS) PASSED THROUGH FROM HEALTHTECH LONG/SHORT IN | <931.> |
| OTHER INCOME (LOSS) PASSED THROUGH FROM DIVERSIFIED PARTNERS II, | <77.> |
| TOTAL TO SCHEDULE K, LINE 7 | <7,473.> |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | 50% LIMIT | 30% LIMIT | 20% LIMIT |
|---|---|---|---|
| CONTRIBS. PASSED THROUGH FROM GROWTH EQUITY PARTNERS II | 6. | | |
| CONTRIBS. PASSED THROUGH FROM ARDEN INSTITUTIONAL ADVISERS | 7. | | |
| TOTALS TO SCHEDULE K, LINE 8 | 13. | | |

| SCHEDULE K | DEDUCTIONS RELATED TO PORTFOLIO INCOME | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO DEDUCTIONS PASSED THROUGH FROM GROWTH EQUITY PARTNERS | 41,307. |
| PORTFOLIO DEDUCTIONS PASSED THROUGH FROM TELECOM MEDIA TECH. PRI | 62,662. |
| PORTFOLIO DEDUCTIONS PASSED THROUGH FROM ARDEN INSTITUTIONAL ADV | 5,688. |

| | |
|---|---|
| PORTFOLIO DEDUCTIONS PASSED THROUGH FROM HEALTHTECH LONG/SHORT I | 87,980. |
| PORTFOLIO DEDUCTIONS PASSED THROUGH FROM GLOBAL DIVERSIFIED INV. | 17,679. |
| PORTFOLIO DEDUCTIONS PASSED THROUGH FROM SPROUT INVESTMENT PARTN | 61,581. |
| PORTFOLIO DEDUCTIONS PASSED THROUGH FROM INTERNATIONAL MARKET LO | 5,591. |
| PORTFOLIO DEDUCTIONS PASSED THROUGH FROM DIVERSIFIED PARTNERS II | 56,482. |
| TOTAL TO SCHEDULE K, LINE 10 | 338,970. |

SCHEDULE K — ADJUSTED GAIN OR LOSS — STATEMENT 12

| DESCRIPTION | TOTAL AMOUNT | 25%/28% RATE AMOUNT |
|---|---|---|
| AMT BASIS ADJUSTMENT FROM PASSTHROUGH | <24.> | |
| TOTAL TO SCHEDULE K, LINE 16B | <24.> | |
| ADJUSTED GAIN OR LOSS ALLOCABLE TO: | | |
| SHORT-TERM CAPITAL GAIN OR LOSS | | |
| LONG-TERM CAPITAL GAIN OR LOSS | <24.> | |
| SECTION 1231 GAIN OR LOSS | | |
| ORDINARY GAIN OR LOSS | | |
| UNRECAPTURED SECTION 1250 GAIN - 25% RATE | | |

SCHEDULE K — TAX-EXEMPT INTEREST INCOME — STATEMENT 13

| DESCRIPTION | AMOUNT |
|---|---|
| CSFB-404704 | 15,000. |
| TAX-EXEMPT INTEREST - PASSTHROUGH | 6. |
| TOTAL TO SCHEDULE K, LINE 19 | 15,006. |

J & J FERNANDEZ VENTURES, L.P. 33-0883605

| SCHEDULE K | GROSS INCOME FROM ALL SOURCES | STATEMENT 14 |
|---|---|---|

| INCOME TYPE | TOTAL |
|---|---|
| DIVIDENDS/DISTRIBUTIONS | 378,159. |
| INTEREST | 302,846. |
| CAPITAL GAINS | 6,596,802. |
| TRADE OR BUSINESS | 0. |
| RENT/ROYALTY | <460.> |
| STATE/LOCAL REFUNDS | 0. |
| PARTNERSHIP/S CORPORATION | 371,592. |
| TRUST/ESTATE | 0. |
| OTHER INCOME | <568.> |
| NONTAXABLE INCOME | 15,006. |
| TOTAL TO SCHEDULE K, LINE 17B | 7,663,377. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 15 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| NOTE RECEIVABLE | 535,000. | 950,000. |
| TOTAL TO SCHEDULE L, LINE 6 | 535,000. | 950,000. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 16 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| INVESTED ASSETS | 97,480,092. | 64,282,998. |
| BOOK/FMV ADJUSTMENT | <38,927,090.> | <6,471,507.> |
| TOTAL TO SCHEDULE L, LINE 8 | 58,553,002. | 57,811,491. |

SCHEDULE D SHORT-TERM CAPITAL GAINS AND LOSSES STATEMENT 17

| DESCRIPTION | DATE ACQUIRED | DATE SOLD | SALES PRICE | COST OR BASIS | GAIN OR LOSS |
|---|---|---|---|---|---|
| CSFB 404704-SCHEDULE ATTACHED | | | 0. | 0. | 4,001,728. |
| CSFB 810461-SCHEDULE ATTACHED | | | 0. | 0. | 60,337. |
| CSFB 005567-SCHEDULE ATTACHED | | | 0. | 0. | <58,957.> |
| CSFB 002250-SCHEDULE ATTACHED | | | 0. | 0. | <252,104.> |
| CSFB 002268-SCHEDULE ATTACHED | | | 0. | 0. | <170,688.> |
| CSFB 300679-SCHEDULE ATTACHED | | | 0. | 0. | <111,324.> |
| TOTAL TO SCHEDULE D, LINE 1 | | | | | 3,468,992. |

FORM 6781 SECTION 1256 CONTRACTS MARKED TO MARKET STATEMENT 18

| IDENTIFICATION OF ACCOUNT | GAIN OR (LOSS) |
|---|---|
| FROM ARDEN INSTITUTIONAL ADVISERS | 15,561. |
| FROM HEALTHTECH LONG/SHORT INV. LP | <15,861.> |
| FROM GLOBAL DIVERSIFIED INV. LP II | 245. |
| FROM INTERNATIONAL MARKET LONG/SHORT LP I | <6,410.> |
| TOTAL TO FORM 6781, LINE 3 | <6,465.> |

SCHEDULE K-1 DEDUCTIONS RELATED TO PORTFOLIO INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| PORTFOLIO DEDUCTIONS FROM PASSTHROUGH ENTITIES | 58. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 10 | 58. | |

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER INCOME FROM PASSTHROUGH ENTITIES | 0. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | <1.> | FORM 6781, LINE 1 |
| TOTAL TO SCHEDULE K-1, LINE 7 | <1.> | |

SCHEDULE K-1 TAX-EXEMPT INTEREST INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CSFB-404704 | 3. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TOTAL TO SCHEDULE K-1, LINE 19 | 3. | |

## SCHEDULE K-1 CHARITABLE CONTRIBUTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CHARITABLE CONTRIBUTIONS - SUBJECT TO 50 PERCENT LIMIT | 6. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 6. | |

## SCHEDULE K-1 DEDUCTIONS RELATED TO PORTFOLIO INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| PORTFOLIO DEDUCTIONS FROM PASSTHROUGH ENTITIES | 166,037. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 10 | 166,037. | |

## SCHEDULE K-1 OTHER PORTFOLIO INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER PORTFOLIO INCOME FROM PASSTHROUGH ENTITIES | 98. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 4F | 98. | |

## SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER INCOME FROM PASSTHROUGH ENTITIES | <494.> | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | <3,167.> | FORM 6781, LINE 1 |
| TOTAL TO SCHEDULE K-1, LINE 7 | <3,661.> | |

| SCHEDULE K-1 | ADJUSTED GAIN OR LOSS | | |
|---|---|---|---|
| ALLOCABLE PORTIONS | TOTAL AMOUNT | 25%/28% RATE AMOUNT | PARTNER INSTRUCTIONS |
| LONG-TERM CAPITAL GAIN OR LOSS | <12.> | | SEE FORM 1040 INSTRUCTIONS |
| TOTAL TO SCHEDULE K-1, LINE 16B | <12.> | | |

| SCHEDULE K-1 | TAX-EXEMPT INTEREST INCOME | |
|---|---|---|
| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
| CSFB-404704 | 7,347. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TAX-EXEMPT INTEREST - PASSTHROUGH | 3. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TOTAL TO SCHEDULE K-1, LINE 19 | 7,350. | |

SCHEDULE K-1 CHARITABLE CONTRIBUTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CHARITABLE CONTRIBUTIONS - SUBJECT TO 50 PERCENT LIMIT | 2. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 2. | |

SCHEDULE K-1 DEDUCTIONS RELATED TO PORTFOLIO INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| PORTFOLIO DEDUCTIONS FROM PASSTHROUGH ENTITIES | 43,219. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 10 | 43,219. | |

SCHEDULE K-1 OTHER PORTFOLIO INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER PORTFOLIO INCOME FROM PASSTHROUGH ENTITIES | 26. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 4F | 26. | |

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER INCOME FROM PASSTHROUGH ENTITIES | <128.> | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | <824.> | FORM 6781, LINE 1 |
| TOTAL TO SCHEDULE K-1, LINE 7 | <952.> | |