SCHEDULE K-1 ADJUSTED GAIN OR LOSS

| ALLOCABLE PORTIONS | TOTAL AMOUNT | 25%/28% RATE AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|---|
| LONG-TERM CAPITAL GAIN OR LOSS | <3.> | | SEE FORM 1040 INSTRUCTIONS |
| TOTAL TO SCHEDULE K-1, LINE 16B | <3.> | | |

SCHEDULE K-1 TAX-EXEMPT INTEREST INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CSFB-404704 | 1,913. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TAX-EXEMPT INTEREST - PASSTHROUGH | 1. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TOTAL TO SCHEDULE K-1, LINE 19 | 1,914. | |

| SCHEDULE K-1 | CHARITABLE CONTRIBUTIONS | |
|---|---|---|
| **DESCRIPTION** | **AMOUNT** | **PARTNER INSTRUCTIONS** |
| CHARITABLE CONTRIBUTIONS - SUBJECT TO 50 PERCENT LIMIT | 2. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 2. | |

| SCHEDULE K-1 | DEDUCTIONS RELATED TO PORTFOLIO INCOME | |
|---|---|---|
| **DESCRIPTION** | **AMOUNT** | **PARTNER INSTRUCTIONS** |
| PORTFOLIO DEDUCTIONS FROM PASSTHROUGH ENTITIES | 43,219. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 10 | 43,219. | |

| SCHEDULE K-1 | OTHER PORTFOLIO INCOME (LOSS) | |
|---|---|---|
| **DESCRIPTION** | **AMOUNT** | **PARTNER INSTRUCTIONS** |
| OTHER PORTFOLIO INCOME FROM PASSTHROUGH ENTITIES | 25. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 4F | 25. | |

| SCHEDULE K-1 | OTHER INCOME (LOSS) | |
|---|---|---|
| **DESCRIPTION** | **AMOUNT** | **PARTNER INSTRUCTIONS** |
| OTHER INCOME FROM PASSTHROUGH ENTITIES | <129.> | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | <824.> | FORM 6781, LINE 1 |
| TOTAL TO SCHEDULE K-1, LINE 7 | <953.> | |

J & J FERNANDEZ VENTURES, L.P. 33-0883605

SCHEDULE K-1 ADJUSTED GAIN OR LOSS

| ALLOCABLE PORTIONS | TOTAL AMOUNT | 25%/28% RATE AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|---|
| LONG-TERM CAPITAL GAIN OR LOSS | <3.> | | SEE FORM 1040 INSTRUCTIONS |
| TOTAL TO SCHEDULE K-1, LINE 16B | <3.> | | |

SCHEDULE K-1 TAX-EXEMPT INTEREST INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CSFB-404704 | 1,912. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TOTAL TO SCHEDULE K-1, LINE 19 | 1,912. | |

SCHEDULE K-1 CHARITABLE CONTRIBUTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CHARITABLE CONTRIBUTIONS - SUBJECT TO 50 PERCENT LIMIT | 1. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 1. | |

SCHEDULE K-1 DEDUCTIONS RELATED TO PORTFOLIO INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| PORTFOLIO DEDUCTIONS FROM PASSTHROUGH ENTITIES | 43,218. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 10 | 43,218. | |

SCHEDULE K-1 OTHER PORTFOLIO INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER PORTFOLIO INCOME FROM PASSTHROUGH ENTITIES | 26. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 4F | 26. | |

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER INCOME FROM PASSTHROUGH ENTITIES | <128.> | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | <825.> | FORM 6781, LINE 1 |
| TOTAL TO SCHEDULE K-1, LINE 7 | <953.> | |

SCHEDULE K-1 ADJUSTED GAIN OR LOSS

| ALLOCABLE PORTIONS | TOTAL AMOUNT | 25%/28% RATE AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|---|
| LONG-TERM CAPITAL GAIN OR LOSS | <3.> | | SEE FORM 1040 INSTRUCTIONS |
| TOTAL TO SCHEDULE K-1, LINE 16B | <3.> | | |

SCHEDULE K-1 TAX-EXEMPT INTEREST INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CSFB-404704 | 1,913. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TAX-EXEMPT INTEREST - PASSTHROUGH | 1. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TOTAL TO SCHEDULE K-1, LINE 19 | 1,914. | |

SCHEDULE K-1 CHARITABLE CONTRIBUTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CHARITABLE CONTRIBUTIONS - SUBJECT TO 50 PERCENT LIMIT | 2. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 2. | |

SCHEDULE K-1 DEDUCTIONS RELATED TO PORTFOLIO INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| PORTFOLIO DEDUCTIONS FROM PASSTHROUGH ENTITIES | 43,219. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 10 | 43,219. | |

SCHEDULE K-1 OTHER PORTFOLIO INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER PORTFOLIO INCOME FROM PASSTHROUGH ENTITIES | 25. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 4F | 25. | |

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER INCOME FROM PASSTHROUGH ENTITIES | <129.> | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | <824.> | FORM 6781, LINE 1 |
| TOTAL TO SCHEDULE K-1, LINE 7 | <953.> | |

SCHEDULE K-1 ADJUSTED GAIN OR LOSS

| ALLOCABLE PORTIONS | TOTAL AMOUNT | 25%/28% RATE AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|---|
| LONG-TERM CAPITAL GAIN OR LOSS | <3.> | | SEE FORM 1040 INSTRUCTIONS |
| TOTAL TO SCHEDULE K-1, LINE 16B | <3.> | | |

SCHEDULE K-1 TAX-EXEMPT INTEREST INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CSFB-404704 | 1,912. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TAX-EXEMPT INTEREST - PASSTHROUGH | 1. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TOTAL TO SCHEDULE K-1, LINE 19 | 1,913. | |

DIT|FIRST
ISE|BOSTON
ıldson, Lufkin & Jenrette
ırities Corporation
ıte of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

## ORTFOLIO HOLDINGS (continued)

ocks, Rights and Warrants (continued)

| Quantity | Description/ Security ID | Date Acquired/ Location | Unit Cost/ Cost Basis | Price/ Value | Unrealized Gain/Loss | Div/CapGain Option | Estimated Yield | Annual Income | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $394.28 | 94.41 |
| otal Stocks, Rights and Warrants | | | $854,909.38 | $485,076.60 | $369,832.78- | | | | |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Annual Income | % of Portfolio |
|---|---|---|---|---|---|
| | | | | $394.28 | 94.41 |
| 'otal -- All Securities | $854,909.38 | $485,076.60 | $369,832.78- | | |

**Disclosures and Other Information**

*Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities; estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Valuation information at the beginning of this statement.*

*Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends on other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmations for these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request. In dividend reinvestment transactions, we act as your agent and receive payment for order flow, the source and nature of which payment will be furnished to you upon your written request.*

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 01/18/01<br>02/13/01 | CLEU | .51350 | MCDATA CORP CL A | Short-term<br>MCDTA | 23.18<br>13.57 | 9.61- |
| 01/18/01<br>03/22/01 | SELL | 100 | KLA TENCOR CORP COM<br>FORMERLY KLA INSTR | Short-term<br>KLAC | 4,625.00<br>4,262.50 | 362.50- |
| 01/18/01<br>03/22/01 | SELL | 45 | KLA TENCOR CORP COM<br>FORMERLY KLA INSTR | Short-term<br>KLAC | 2,081.25<br>1,918.13 | 163.12- |
| 01/18/01<br>03/22/01 | SELL | 100 | LATTICE<br>SEMICONDUCTOR CORP | Short-term<br>LSCC | 2,500.00<br>1,977.04 | 522.96- |

IT | FIRST
SE | BOSTON
ldson, Lufkin & Jenrette
rities Corporation
e of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

# CHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE (continued)

| *Opening Date* / *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* / *Security ID* | *Cost Basis/* / *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 01/18/01 03/22/01 | SELL | 200 | LATTICE SEMICONDUCTOR CORP | Short-term LSCC | 5,000.00 3,954.08 | 1,045.92- |
| 01/18/01 03/22/01 | SELL | 27 | LATTICE SEMICONDUCTOR CORP | Short-term LSCC | 675.00 533.80 | 141.20- |
| 01/18/01 03/22/01 | SELL | 100 | LINEAR TECHNOLOGY CORP | Short-term LLTC | 6,450.00 4,642.28 | 1,807.72- |
| 01/18/01 03/22/01 | SELL | 71 | LINEAR TECHNOLOGY CORP | Short-term LLTC | 4,579.50 3,296.02 | 1,283.48- |
| 01/18/01 03/22/01 | SELL | 100 | XILINX INC | Short-term XLNX | 5,393.75 4,273.80 | 1,119.95- |
| 01/18/01 03/22/01 | SELL | 66 | XILINX INC | Short-term XLNX | 3,568.13 2,820.71 | 747.42- |
| 01/18/01 03/22/01 | SELL | 100 | FLEXTRONICS INTL LTD ORD SHS | Short-term FLEX | 3,556.25 2,151.40 | 1,404.85- |
| 01/18/01 03/27/01 | SELL | 61 | FLEXTRONICS INTL LTD ORD SHS | Short-term FLEX | 2,169.07 1,312.35 | 856.72- |
| 01/18/01 03/27/01 | SELL | 95 | CIENA CORP COM | Short-term CIEN | 9,571.25 5,320.03 | 4,251.22- |
| 01/18/01 03/27/01 | SELL | 200 | GLOBIX CORP COM | Short-term GBIX | 1,350.00 478.52 | 871.48- |
| 01/18/01 04/09/01 | SELL | 214 | GLOBIX CORP COM | Short-term GBIX | 1,444.50 512.02 | 932.48- |
| 01/18/01 04/09/01 | SELL | 113 | GLOBIX CORP COM | Short-term GBIX | 762.75 262.21 | 500.54- |
| 01/18/01 04/10/01 | SELL | 100 | EXODUS COMMUNICATIONS INC | Short-term EXDSQ | 2,287.50 154.27 | 2,133.23- |
| 01/18/01 06/22/01 | SELL | 200 | EXODUS COMMUNICATIONS INC | Short-term EXDSQ | 4,565.62 308.54 | 4,257.08- |
| 01/18/01 06/22/01 | SELL | 100 | EXODUS COMMUNICATIONS INC | Short-term EXDSQ | 2,287.50 154.27 | 2,133.23- |
| 01/18/01 06/22/01 | SELL | 100 | EXODUS COMMUNICATIONS INC | Short-term EXDSQ | 2,287.50 154.27 | 2,133.23- |
| 01/18/01 06/22/01 | SELL | 100 | EXODUS COMMUNICATIONS INC | Short-term EXDSQ | 2,287.50 154.27 | 2,133.23- |

IT|FIRST
SE|BOSTON
ldson, Lufkin & Jenrette
ities Corporation
e of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

# CHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| *Opening Date* *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* *Security ID* | *Cost Basis/* *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 01/18/01 06/22/01 | SELL | 100 | EXODUS COMMUNICATIONS INC | Short-term EXDSQ | 2,287.50 154.27 | 2,133.23- |
| 01/18/01 06/22/01 | SELL | 354 | EXODUS COMMUNICATIONS INC | Short-term EXDSQ | 8,097.75 546.12 | 7,551.63- |
| 01/18/01 06/22/01 | SELL | 483 | PALM INC COM ISIN#US6966421074 | Short-term PALM | 12,859.88 2,268.84 | 10,591.04- |
| 01/18/01 06/22/01 | SELL | 454 | PALM INC COM ISIN#US6966421074 | Short-term PALM | 12,087.75 2,132.62 | 9,955.13- |
| 01/18/01 06/22/01 | SELL | 100 | 3COM CORP | Short-term COMS | 1,031.25 480.92 | 550.33- |
| 01/18/01 06/22/01 | SELL | 555 | 3COM CORP | Short-term COMS | 5,723.44 2,669.11 | 3,054.33- |
| 01/18/01 08/23/01 | SELL | 500 | XO COMMUNICATIONS INC CL A COM | Short-term XOXO | 13,593.75 751.60 | 12,842.15- |
| 01/18/01 08/23/01 | SELL | 183 | XO COMMUNICATIONS INC CL A COM | Short-term XOXO | 4,975.31 275.09 | 4,700.22- |
| 01/18/01 08/29/01 | SELL | 135 | ANALOG DEVICES INC | Short-term ADI | 8,032.50 6,656.66 | 1,375.84- |
| 01/18/01 08/29/01 | SELL | 159 | KLA TENCOR CORP COM FORMERLY KLA INSTR | Short-term KLAC | 7,353.75 8,108.49 | 754.74 |
| 01/18/01 08/29/01 | SELL | 173 | LATTICE SEMICONDUCTOR CORP | Short-term LSCC | 4,325.00 3,991.56 | 333.44- |
| 01/18/01 08/29/01 | SELL | 91 | LATTICE SEMICONDUCTOR CORP | Short-term LSCC | 2,275.00 2,099.61 | 175.39- |
| 01/18/01 10/08/01 | SELL | 297 | CORNING INC COM | Short-term GLW | 20,752.88 2,232.88 | 18,520.00- |
| 01/18/01 10/09/01 | SELL | 557 | COGNOS INC | Short-term COGN | 14,899.75 8,466.01 | 6,433.74- |
| 01/18/01 10/09/01 | SELL | 253 | ORACLE CORP COM | Short-term ORCL | 8,538.75 3,487.48 | 5,051.27- |
| | | | | | | $111,324.17- |
| | | | | Grand Total Gain/Loss: | | $111,324.17- |

*The information provided is meant as a general guide and should not be relied upon in the preparation of tax returns. No one associated with Pershing is authorized to give tax advice.*

EDIT | FIRST
ISSE | BOSTON
naldson, Lufkin & Jenrette
curities Corporation
filiate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**Preferred Advisors**

## MESSAGES *(continued)*

RESOURCE CHECKING IS A FREE CHECK WRITING SERVICE THAT GIVES YOU CONVENIENT ACCESS TO YOUR BROKERAGE ACCOUNT ASSETS. FOR MORE INFORMATION OR AN APPLICATION PLEASE CONTACT YOUR CSFB ACCOUNT EXECUTIVE.

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

| *Opening Date / Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period / Security ID* | *Cost Basis/ Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 02/26/01<br>04/03/01 | SELL | 3,160 | WINSTAR COMMUNICATIONS INC | Short-term<br>WCIIQ | 37,525.00<br>1,086.41 | 36,438.59- |
| 02/26/01<br>04/04/01 | SELL | 860 | ARROW ELECTRS INC | Short-term<br>ARW | 23,589.80<br>18,312.92 | 5,276.88- |
| 02/27/01<br>04/04/01 | SELL | 340 | ARROW ELECTRS INC | Short-term<br>ARW | 9,214.00<br>7,239.99 | 1,974.01- |
| 03/05/01<br>04/04/01 | SELL | 220 | ARROW ELECTRS INC | Short-term<br>ARW | 6,223.80<br>4,684.71 | 1,539.09- |
| 01/22/01<br>04/04/01 | SELL | 1,580 | MICROCELL TELECOMMUNICATIONS | Short-term<br>MICT | 32,686.25<br>11,797.54 | 20,888.71- |
| 02/01/01<br>04/20/01 | SELL | 1,510 | VISX INC (DELAWARE) | Short-term<br>EYE | 20,201.38<br>35,967.29 | 15,765.91 |
| 01/25/01<br>05/17/01 | SELL | 1,150 | PEGASUS COMMUNICATIONS CORP | Short-term<br>PGTV | 32,403.55<br>25,645.00 | 6,758.55- |
| 02/01/01<br>05/17/01 | SELL | 130 | PEGASUS COMMUNICATIONS CORP | Short-term<br>PGTV | 3,496.25<br>2,899.00 | 597.25- |
| 01/22/01<br>06/21/01 | SELL | 1,680 | KNIGHT TRADING GROUP INC COM | Short-term<br>NITE | 33,390.00<br>15,000.55 | 18,389.45- |
| 02/09/01<br>06/21/01 | SELL | 30 | KNIGHT TRADING GROUP INC COM | Short-term<br>NITE | 585.00<br>267.87 | 317.13- |
| 02/12/01<br>06/21/01 | SELL | 400 | KNIGHT TRADING GROUP INC COM | Short-term<br>NITE | 8,007.19<br>3,571.56 | 4,435.63- |
| 03/05/01<br>06/21/01 | SELL | 210 | KNIGHT TRADING GROUP INC COM | Short-term<br>NITE | 3,556.88<br>1,875.07 | 1,681.81- |
| 01/24/01<br>06/28/01 | SELL | 1,760 | BELO CORP | Short-term<br>BLC | 32,331.20<br>33,111.41 | 780.21 |

CREDIT | FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation
an affiliate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| *Opening Date* *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* *Security ID* | *Cost Basis/* *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 04/16/01 06/28/01 | SELL | 50 | BELO CORP | Short-term BLC | 799.84 940.66 | 140.82 |
| 02/12/01 06/28/01 | SELL | 3,370 | E TRADE GROUP INC COM | Short-term ET | 41,594.23 22,350.18 | 19,244.05- |
| 03/02/01 06/28/01 | SELL | 110 | E TRADE GROUP INC COM | Short-term ET | 1,010.90 729.53 | 281.37- |
| 03/05/01 06/28/01 | SELL | 780 | E TRADE GROUP INC COM | Short-term ET | 7,261.80 5,173.04 | 2,088.76- |
| 01/22/01 07/13/01 | SELL | 960 | MANPOWER INC | Short-term MAN | 32,040.00 28,904.73 | 3,135.27- |
| 01/24/01 07/13/01 | SELL | 30 | MANPOWER INC | Short-term MAN | 997.50 903.27 | 94.23- |
| 03/05/01 07/13/01 | SELL | 210 | MANPOWER INC | Short-term MAN | 6,552.00 6,322.91 | 229.09- |
| 03/07/01 07/13/01 | SELL | 40 | MANPOWER INC | Short-term MAN | 1,276.00 1,204.37 | 71.63- |
| 01/22/01 07/17/01 | SELL | 1,870 | UNITED GLOBAL.COM CL A | Short-term UCOMA | 30,504.38 9,447.24 | 21,057.14- |
| 01/24/01 07/17/01 | SELL | 280 | UNITED GLOBAL.COM CL A | Short-term UCOMA | 4,405.77 1,414.56 | 2,991.21- |
| 04/12/01 07/17/01 | SELL | 490 | UNITED GLOBAL.COM CL A | Short-term UCOMA | 5,299.15 2,475.48 | 2,823.67- |
| 04/16/01 07/17/01 | SELL | 70 | UNITED GLOBAL.COM CL A | Short-term UCOMA | 756.88 353.64 | 403.24- |
| 07/03/01 07/17/01 | SELL | 690 | UNITED GLOBAL.COM CL A | Short-term UCOMA | 6,242.71 3,485.88 | 2,756.83- |
| 05/10/01 08/15/01 | SELL | 1,610 | KEMET CORP COM | Short-term KEM | 32,576.10 30,413.22 | 2,162.88- |
| 02/12/01 08/16/01 | SELL | 780 | WESTERN WIRELESS CORP CL-A | Short-term WWCA | 33,885.77 23,968.15 | 9,917.62- |
| 03/02/01 08/16/01 | SELL | 120 | WESTERN WIRELESS CORP CL-A | Short-term WWCA | 5,207.34 3,687.41 | 1,519.93- |
| 01/22/01 09/24/01 | SELL | 1,360 | METRIS COS INC COM | Short-term MXT | 34,163.88 32,364.87 | 1,799.01- |

EDIT | FIRST
SSE | BOSTON
naldson, Lufkin & Jenrette
curities Corporation
ffiliate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| *Opening Date* / *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* / *Security ID* | *Cost Basis/* / *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 02/09/01<br>09/24/01 | SELL | 30 | METRIS COS INC COM | Short-term<br>MXT | 741.60<br>713.93 | 27.67- |
| 02/12/01<br>09/24/01 | SELL | 280 | METRIS COS INC COM | Short-term<br>MXT | 7,075.04<br>6,663.36 | 411.68- |
| 04/11/01<br>09/27/01 | SELL | 840 | LABRANCHE & CO INC COM | Short-term<br>LAB | 27,005.75<br>17,650.41 | 9,355.34- |
| 06/28/01<br>09/27/01 | SELL | 140 | LABRANCHE & CO INC COM | Short-term<br>LAB | 4,183.20<br>2,941.74 | 1,241.46- |
| 07/03/01<br>09/27/01 | SELL | 40 | LABRANCHE & CO INC COM | Short-term<br>LAB | 1,155.20<br>840.50 | 314.70- |
| 07/20/01<br>09/27/01 | SELL | 40 | LABRANCHE & CO INC COM | Short-term<br>LAB | 1,093.01<br>840.49 | 252.52- |
| 04/26/01<br>09/28/01 | SELL | 1,370 | DOLLAR THRIFTY AUTOMOTIVE GROUP INC | Short-term<br>DTG | 30,222.61<br>13,449.42 | 16,773.19- |
| 04/30/01<br>09/28/01 | SELL | 60 | DOLLAR THRIFTY AUTOMOTIVE GROUP INC | Short-term<br>DTG | 1,338.00<br>589.03 | 748.97- |
| 01/25/01<br>10/25/01 | SELL | 550 | DIEBOLD INC | Short-term<br>DBD | 14,781.03<br>19,541.56 | 4,760.53 |
| 05/17/01<br>11/02/01 | SELL | 510 | ICN PHARMACEUTICALS INC COM NEW | Short-term<br>ICN | 14,354.61<br>12,660.34 | 1,694.27- |
| 01/24/01<br>11/05/01 | SELL | 1,090 | MYLAN LABORATORIES INC | Short-term<br>MYL | 24,184.38<br>40,874.78 | 16,690.40 |
| 01/25/01<br>11/06/01 | SELL | 170 | DIEBOLD INC | Short-term<br>DBD | 4,568.68<br>6,405.60 | 1,836.92 |
| 01/19/01<br>11/06/01 | SELL | 1,680 | VISHAY INTERTECHNOLOGY INC | Short-term<br>VSH | 30,975.00<br>31,378.71 | 403.71 |
| 01/22/01<br>11/06/01 | SELL | 100 | VISHAY INTERTECHNOLOGY INC | Short-term<br>VSH | 1,918.75<br>1,867.78 | 50.97- |
| 02/13/01<br>11/06/01 | SELL | 30 | VISHAY INTERTECHNOLOGY INC | Short-term<br>VSH | 569.76<br>560.33 | 9.43- |
| 08/23/01<br>11/13/01 | SELL | 2,160 | TOMMY HILFIGER CORP ORD | Short-term<br>TOM | 28,058.40<br>26,937.36 | 1,121.04- |
| 10/03/01<br>11/13/01 | SELL | 570 | TOMMY HILFIGER CORP ORD | Short-term<br>TOM | 5,329.50<br>7,108.47 | 1,778.97 |

CREDIT SUISSE | FIRST BOSTON
Donaldson, Lufkin & Jenrette Securities Corporation
an affiliate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| *Opening Date* *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* *Security ID* | *Cost Basis/* *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 06/29/01 11/16/01 | SELL | 220 | WATERS CORP COM | Short-term WAT | 5,969.88 8,120.07 | 2,150.19 |
| 07/03/01 11/16/01 | SELL | 350 | WATERS CORP COM | Short-term WAT | 9,240.00 12,918.29 | 3,678.29 |
| 01/19/01 11/19/01 | SELL | 970 | ALPHARMA INC CL A | Short-term ALO | 32,737.50 21,958.38 | 10,779.12- |
| 02/12/01 11/19/01 | SELL | 210 | ALPHARMA INC CL A | Short-term ALO | 7,299.60 4,753.88 | 2,545.72- |
| 04/24/01 11/19/01 | SELL | 420 | ALPHARMA INC CL A | Short-term ALO | 9,118.16 9,507.75 | 389.59 |
| 04/30/01 11/19/01 | SELL | 70 | ALPHARMA INC CL A | Short-term ALO | 1,610.00 1,584.62 | 25.38- |
| 01/31/01 11/26/01 | SELL | 120 | RURAL CELLULAR CORP CLASS A | Short-term RCCC | 5,975.97 3,004.00 | 2,971.97- |
| 05/24/01 11/26/01 | SELL | 880 | THREE-FIVE SYS INC | Short-term TFS | 15,704.21 13,836.94 | 1,867.27- |
| | | | | | | $170,688.19- |
| | | | | Grand Total Gain/Loss: | | $170,688.19- |

*The information provided is meant as a general guide and should not be relied upon in the preparation of tax returns. No one associated with Pershing is authorized to give tax advice.*

IT | FIRST
SE | BOSTON
ldson, Lufkin & Jenrette
ities Corporation
e of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

## ESSAGES *(continued)*

SECURITIES PURCHASED ON MARGIN ARE YOUR FINANCIAL ORGANIZATION'S AND PERSHING'S COLLATERAL FOR THE LOAN TO YOU. IF THE SECURITIES IN YOUR ACCOUNT DECLINE IN VALUE, SO DOES THE VALUE OF THE COLLATERAL SUPPORTING YOUR LOAN, AND, AS A RESULT, YOUR FINANCIAL ORGANIZATION OR PERSHING CAN TAKE ACTION, SUCH AS ISSUE A MARGIN CALL AND/OR SELL SECURITIES OR OTHER ASSETS IN ANY OF YOUR ACCOUNTS HELD WITH PERSHING IN ORDER TO MAINTAIN THE REQUIRED EQUITY IN THE ACCOUNT. IT IS IMPORTANT THAT YOU FULLY UNDERSTAND THE RISKS INVOLVED IN TRADING SECURITIES ON MARGIN. THESE RISKS INCLUDE THE FOLLOWING:

* YOU CAN LOSE MORE FUNDS THAN YOU DEPOSIT IN THE MARGIN ACCOUNT.
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN FORCE THE SALE OF SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S).
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN SELL YOUR SECURITIES OR OTHER ASSETS WITHOUT CONTACTING YOU.
* YOU ARE NOT ENTITLED TO CHOOSE WHICH SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S) ARE LIQUIDATED OR SOLD TO MEET A MARGIN CALL.
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN INCREASE ITS "HOUSE" MAINTENANCE MARGIN REQUIREMENTS AT ANY TIME AND IS NOT REQUIRED TO PROVIDE YOU ADVANCE WRITTEN NOTICE.
* YOU ARE NOT ENTITLED TO AN EXTENSION OF TIME ON A MARGIN CALL.

RESOURCE CHECKING IS A FREE CHECK WRITING SERVICE THAT GIVES YOU CONVENIENT ACCESS TO YOUR BROKERAGE ACCOUNT ASSETS. FOR MORE INFORMATION OR AN APPLICATION PLEASE CONTACT YOUR CSFB ACCOUNT EXECUTIVE.

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

| *Opening Date* / *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* / *Security ID* | *Cost Basis/* / *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 01/22/01<br>02/20/01 | SELL | 855 | TELLABS INC COM | Short-term<br>TLAB | 45,368.44<br>39,738.35 | 5,630.09- |
| 01/22/01<br>02/27/01 | SELL | 685 | ADOBE SYSTEMS INC DEL | Short-term<br>ADBE | 40,491.71<br>20,559.32 | 19,932.39- |

EDIT | FIRST
ISSE | BOSTON
naldson, Lufkin & Jenrette
curities Corporation
filiate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/06/01<br>02/27/01 | SELL | 215 | ADOBE SYSTEMS INC DEL | Short-term<br>ADBE | 9,451.88<br>6,452.92 | 2,998.96- |
| 01/22/01<br>02/27/01 | SELL | 1,845 | PALM INC COM ISIN#US6966421074 | Short-term<br>PALM | 45,663.75<br>37,240.59 | 8,423.16- |
| 01/29/01<br>03/02/01 | SELL | 680 | ORACLE CORP COM | Short-term<br>ORCL | 20,552.13<br>11,900.00 | 8,652.13- |
| 02/16/01<br>03/02/01 | SELL | 515 | ORACLE CORP COM | Short-term<br>ORCL | 12,348.73<br>9,012.50 | 3,336.23- |
| 01/22/01<br>03/09/01 | SELL | 1,575 | SUN MICROSYSTEMS INC | Short-term<br>SUNW | 47,688.62<br>28,399.46 | 19,289.16- |
| 01/22/01<br>03/19/01 | SELL | 1,005 | COMPUTER SCIENCES CORP | Short-term<br>CSC | 59,546.25<br>33,065.10 | 26,481.15- |
| 01/22/01<br>04/09/01 | SELL | 630 | TELLABS INC COM | Short-term<br>TLAB | 33,429.37<br>20,508.39 | 12,920.98- |
| 03/23/01<br>04/09/01 | SELL | 300 | TELLABS INC COM | Short-term<br>TLAB | 14,156.25<br>9,765.90 | 4,390.35- |
| 01/22/01<br>04/24/01 | CLEU | .16640 | WILLIAMS COMM INC COM | Short-term<br>WCG | .64<br>.76 | .12 |
| 01/22/01<br>04/25/01 | SELL | 1,291 | WILLIAMS COMM INC COM | Short-term<br>WCG | 4,947.80<br>5,551.30 | 603.50 |
| 01/22/01<br>05/04/01 | SELL | 390 | GUIDANT CORP COM | Short-term<br>GDT | 18,013.13<br>14,438.07 | 3,575.06- |
| 02/14/01<br>05/04/01 | SELL | 435 | GUIDANT CORP COM | Short-term<br>GDT | 22,594.64<br>16,104.01 | 6,490.63- |
| 03/15/01<br>06/13/01 | CLEU | .60000 | WORLDCOM INC GA NEW MCI GROUP COM | Short-term<br>MCIT | 10.22<br>11.23 | 1.01 |
| 03/15/01<br>06/14/01 | SELL | 48.40000 | WORLDCOM INC GA NEW MCI GROUP COM | Short-term<br>MCIT | 824.78<br>876.10 | 51.32 |
| 03/30/01<br>06/14/01 | SELL | 38.20000 | WORLDCOM INC GA NEW MCI GROUP COM | Short-term<br>MCIT | 700.18<br>691.46 | 8.72- |
| 05/31/01<br>06/14/01 | SELL | 44.40000 | WORLDCOM INC GA NEW MCI GROUP COM | Short-term<br>MCIT | 753.63<br>803.69 | 50.06 |
| 03/15/01<br>06/22/01 | SELL | 1,225 | WORLDCOM INC GA NEW WORLDCOM GROUP COM | Short-term<br>WCOM | 20,630.55<br>17,645.27 | 2,985.28- |

DIT | FIRST
SE | BOSTON
ıldson, Lufkin & Jenrette
rities Corporation
te of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**Preferred Advisors**

## CHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| *Opening Date* / *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* / *Security ID* | *Cost Basis/* / *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 03/30/01<br>06/22/01 | SELL | 955 | WORLDCOM INC GA NEW<br>WORLDCOM GROUP COM | Short-term<br>WCOM | 17,299.37<br>13,756.11 | 3,543.26- |
| 05/31/01<br>06/22/01 | SELL | 1,110 | WORLDCOM INC GA NEW<br>WORLDCOM GROUP COM | Short-term<br>WCOM | 18,619.98<br>15,988.77 | 2,631.21- |
| 01/22/01<br>07/24/01 | SELL | 1,180 | LOWES COS INC | Short-term<br>LOW | 27,471.87<br>44,542.05 | 17,070.18 |
| 01/22/01<br>08/03/01 | SELL | 1,020 | LOWES COS INC | Short-term<br>LOW | 23,746.88<br>37,434.00 | 13,687.12 |
| 01/22/01<br>08/13/01 | SELL | 1,435 | QWEST COMMUNICATIONS<br>INTL INC COM | Short-term<br>Q | 62,332.81<br>35,041.27 | 27,291.54- |
| 01/22/01<br>08/20/01 | SELL | 1,145 | ENRON CORP | Short-term<br>ENE | 84,157.50<br>41,921.54 | 42,235.96- |
| 01/22/01<br>08/31/01 | SELL | 75.50000 | ZIMMER HLDGS INC<br>COM | Short-term<br>ZMH | 2,425.70<br>2,004.90 | 420.80- |
| 02/15/01<br>08/31/01 | SELL | 32.50000 | ZIMMER HLDGS INC<br>COM | Short-term<br>ZMH | 985.60<br>863.03 | 122.57- |
| 06/06/01<br>09/26/01 | SELL | 320 | AES CORP | Short-term<br>AES | 13,670.40<br>3,856.00 | 9,814.40- |
| 08/13/01<br>09/26/01 | SELL | 415 | AES CORP | Short-term<br>AES | 14,852.39<br>5,000.75 | 9,851.64- |
| 01/22/01<br>10/02/01 | SELL | 1,040 | EMERSON ELECTRIC CO<br>COM | Short-term<br>EMR | 74,295.00<br>48,338.78 | 25,956.22- |
| 01/22/01<br>10/12/01 | CLEU | .10000 | CHEVRONTEXACO CORP<br>COM | Short-term<br>CVX | 7.64<br>9.32 | 1.68 |
| 01/22/01<br>11/14/01 | SELL | 670 | HCA INC COM | Short-term<br>HCA | 24,361.20<br>25,896.24 | 1,535.04 |
| 01/22/01<br>11/23/01 | SELL | 1,245 | AOL TIME WARNER INC<br>COM | Short-term<br>AOL | 66,483.00<br>45,980.09 | 20,502.91- |
| 01/22/01<br>12/26/01 | SELL | 1,570 | WILLIAMS COS INC<br>COM | Short-term<br>WMB | 55,398.44<br>37,778.91 | 17,619.53- |
| | | | | | | **$252,104.30-** |
| | | | | **Grand Total Gain/Loss:** | | **$252,104.30-** |

*The information provided is meant as a general guide and should not be relied upon in the preparation of tax returns. No one associated with Pershing is authorized to give tax advice.*

DIT | FIRST
SSE | BOSTON
aldson, Lufkin & Jenrette
urities Corporation
ate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

## ORTFOLIO HOLDINGS *(continued)*

**Disclosures and Other Information**

*Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Valuation information at the beginning of this statement.*

*Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends on other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmations for these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request. In dividend reinvestment transactions, we act as your agent and receive payment for order flow, the source and nature of which payment will be furnished to you upon your written request.*

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 01/18/01<br>03/08/01 | SELL | 572 | CONAGRA FOODS INC | Short-term<br>CAG | 13,799.50<br>10,911.82 | 2,887.68- |
| 01/18/01<br>03/08/01 | SELL | 410 | SCHERING-PLOUGH CORP | Short-term<br>SGP | 21,935.00<br>15,604.35 | 6,330.65- |
| 01/18/01<br>03/30/01 | CLEU | .50000 | CABLEVISION SYS CORP<br>RAINBOW MEDIA GROUP | Short-term<br>RMG | 11.35<br>12.07 | .72 |
| 01/18/01<br>07/23/01 | SELL | 472 | AMERICAN GEN CORP<br>*MER* EFF 8/29/01 | Short-term<br>026351106 | 17,877.00<br>21,478.36 | 3,601.36 |
| 01/18/01<br>07/23/01 | SELL | 16 | CABLEVISION SYS CORP<br>RAINBOW MEDIA GROUP | Short-term<br>RMG | 363.07<br>431.96 | 68.89 |
| 01/18/01<br>07/23/01 | SELL | 63 | CHUBB CORP | Short-term<br>CB | 4,307.62<br>4,286.00 | 21.62- |
| 01/18/01<br>07/24/01 | SELL | 119 | AMGEN INC | Short-term<br>AMGN | 7,318.50<br>6,743.73 | 574.77- |
| 01/18/01<br>07/24/01 | SELL | 50 | CABLEVISION SYS CORP<br>RAINBOW MEDIA GROUP | Short-term<br>RMG | 1,134.58<br>1,311.46 | 176.88 |
| 01/18/01<br>07/24/01 | SELL | 113 | CHUBB CORP | Short-term<br>CB | 7,726.38<br>7,665.49 | 60.89- |

CREDIT SUISSE | FIRST BOSTON
Donaldson, Lufkin & Jenrette Securities Corporation
an affiliate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| *Opening Date* / *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* / *Security ID* | *Cost Basis/* / *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 01/18/01 07/24/01 | SELL | 231 | EMERSON ELECTRIC CO COM | Short-term EMR | 16,891.88 12,650.51 | 4,241.37- |
| 01/18/01 07/25/01 | SELL | 57 | CABLEVISION SYS CORP RAINBOW MEDIA GROUP | Short-term RMG | 1,293.43 1,455.54 | 162.11 |
| 01/18/01 10/15/01 | SELL | 674 | NORTEL NETWORKS CORP NEW COM | Short-term NT | 24,137.63 3,884.33 | 20,253.30- |
| 01/18/01 10/15/01 | SELL | 524 | SUN MICROSYSTEMS INC | Short-term SUNW | 18,209.00 5,039.83 | 13,169.17- |
| 03/02/01 10/16/01 | SELL | 468 | US BANCORP DEL COM NEW | Short-term USB | 11,140.55 8,025.03 | 3,115.52- |
| 03/09/01 10/16/01 | SELL | 346 | US BANCORP DEL COM NEW | Short-term USB | 7,919.25 5,933.04 | 1,986.21- |
| 01/18/01 10/17/01 | SELL | 366 | SOLECTRON CORP COM | Short-term SLR | 14,749.80 5,415.92 | 9,333.88- |
| 01/18/01 11/01/01 | SELL | 90 | TYCO INTL LTD NEW | Short-term TYC | 5,456.25 4,464.00 | 992.25- |
| 01/18/01 12/11/01 | CLEU | .28000 | SANMINA SCI CORP COM | Short-term SANM | 6.78 6.72 | .06- |
| | | | | | | $58,957.41- |
| | | | | Grand Total Gain/Loss: | | $58,957.41- |

*The information provided is meant as a general guide and should not be relied upon in the preparation of tax returns. No one associated with Pershing is authorized to give tax advice.*

## MESSAGES

ANNUAL MARGIN DISCLOSURE STATEMENT

SECURITIES PURCHASED ON MARGIN ARE YOUR FINANCIAL ORGANIZATION'S AND PERSHING'S COLLATERAL FOR THE LOAN TO YOU. IF THE SECURITIES IN YOUR ACCOUNT DECLINE IN VALUE, SO DOES THE VALUE OF THE COLLATERAL SUPPORTING YOUR LOAN,

DIT | FIRST
SE | BOSTON
ldson, Lufkin & Jenrette
rities Corporation
te of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

## ESSAGES *(continued)*

AND, AS A RESULT, YOUR FINANCIAL ORGANIZATION OR PERSHING CAN TAKE ACTION, SUCH AS ISSUE A MARGIN CALL AND/OR SELL SECURITIES OR OTHER ASSETS IN ANY OF YOUR ACCOUNTS HELD WITH PERSHING IN ORDER TO MAINTAIN THE REQUIRED EQUITY IN THE ACCOUNT. IT IS IMPORTANT THAT YOU FULLY UNDERSTAND THE RISKS INVOLVED IN TRADING SECURITIES ON MARGIN. THESE RISKS INCLUDE THE FOLLOWING:

* YOU CAN LOSE MORE FUNDS THAN YOU DEPOSIT IN THE MARGIN ACCOUNT.
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN FORCE THE SALE OF SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S).
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN SELL YOUR SECURITIES OR OTHER ASSETS WITHOUT CONTACTING YOU.
* YOU ARE NOT ENTITLED TO CHOOSE WHICH SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S) ARE LIQUIDATED OR SOLD TO MEET A MARGIN CALL.
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN INCREASE ITS "HOUSE" MAINTENANCE MARGIN REQUIREMENTS AT ANY TIME AND IS NOT REQUIRED TO PROVIDE YOU ADVANCE WRITTEN NOTICE.
* YOU ARE NOT ENTITLED TO AN EXTENSION OF TIME ON A MARGIN CALL.

RESOURCE CHECKING IS A FREE CHECK WRITING SERVICE THAT GIVES YOU CONVENIENT ACCESS TO YOUR BROKERAGE ACCOUNT ASSETS. FOR MORE INFORMATION OR AN APPLICATION PLEASE CONTACT YOUR CSFB ACCOUNT EXECUTIVE.

CREDIT SUISSE | FIRST BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation
an affiliate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

Preferred Advisors

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 01/19/01<br>04/02/01 | SELL | 390 | ING GROEP N.V. ADR | Short-term<br>ING | 28,396.88<br>25,386.39 | 3,010.49- |
| 01/19/01<br>04/04/01 | SELL | 840 | ENTERGY CORP | Short-term<br>ETR | 29,977.50<br>33,390.00 | 3,412.50 |
| 01/19/01<br>04/04/01 | SELL | 510 | EXELON CORP COM | Short-term<br>EXC | 29,982.90<br>34,928.42 | 4,945.52 |
| 01/19/01<br>04/16/01 | CLEU | .80000 | TELEFONICA S A ADR<br>(FORMERLY) | Short-term<br>TEF | 45.98<br>42.20 | 3.78- |
| 01/19/01<br>06/01/01 | SELL | 115 | POWERGEN PLC SPON<br>ADR FINAL | Short-term<br>PWG | 4,822.81<br>4,692.00 | 130.81- |
| 01/19/01<br>06/01/01 | SELL | 600 | POWERGEN PLC SPON<br>ADR FINAL | Short-term<br>PWG | 25,200.00<br>24,480.00 | 720.00- |
| 01/19/01<br>06/28/01 | SELL | 450 | ALLSTATE CORP<br>ISIN#US0200021014 | Short-term<br>ALL | 15,553.13<br>20,026.40 | 4,473.27 |
| 01/19/01<br>06/28/01 | SELL | 400 | ALLSTATE CORP<br>ISIN#US0200021014 | Short-term<br>ALL | 13,825.00<br>17,801.24 | 3,976.24 |
| 01/19/01<br>07/27/01 | SELL | 660 | VERIZON<br>COMMUNICATIONS COM | Short-term<br>VZ | 36,630.00<br>36,972.41 | 342.41 |
| 04/25/01<br>08/13/01 | TNDG | 977 | IBP INC *MER* EFF<br>9/28/01 1OLD=2.381 | Short-term<br>449223106 | 15,248.62<br>29,310.00 | 14,061.38 |
| 01/19/01<br>09/28/01 | SELL | 1,250 | LOCKHEED MARTIN<br>CORP COM | Short-term<br>LMT | 39,200.00<br>55,452.25 | 16,252.25 |
| 04/25/01<br>10/12/01 | CLEU | .28300 | TYSON FOODS INC<br>CLASS A | Short-term<br>TSN | 1.86<br>2.82 | .96 |
| 01/19/01<br>10/22/01 | SELL | 1,415 | NATIONAL CITY CORP | Short-term<br>NCC | 39,620.00<br>38,231.74 | 1,388.26- |
| 04/17/01<br>11/05/01 | SELL | 890 | CLOROX CO<br>COM | Short-term<br>CLX | 28,273.43<br>34,445.40 | 6,171.97 |
| 01/19/01<br>11/05/01 | SELL | 915 | HEINZ H J COMPANY | Short-term<br>HNZ | 40,088.44<br>39,677.79 | 410.65- |
| 01/19/01<br>11/15/01 | SELL | 1,210 | MARKS & SPENCER LTD<br>SPONSORED ADR | Short-term<br>MASPY | 21,780.00<br>34,144.02 | 12,364.02 |
| | | | | | | $60,336.53 |

IT FIRST
E BOSTON
dson, Lufkin & Jenrette
ities Corporation
of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**Preferred Advisors**

## CHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| *Opening Date / Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period / Security ID* | *Cost Basis/ Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| | | | | **Grand Total Gain/Loss:** | | $60,336.53 |

*e information provided is meant as a general guide and should not be relied upon in the preparation of tax returns. No one associated with Pershing is authorized to give tax advice.*

## IESSAGES

ANNUAL MARGIN DISCLOSURE STATEMENT

SECURITIES PURCHASED ON MARGIN ARE YOUR FINANCIAL ORGANIZATION'S AND PERSHING'S COLLATERAL FOR THE LOAN TO YOU. IF THE SECURITIES IN YOUR ACCOUNT DECLINE IN VALUE, SO DOES THE VALUE OF THE COLLATERAL SUPPORTING YOUR LOAN, AND, AS A RESULT, YOUR FINANCIAL ORGANIZATION OR PERSHING CAN TAKE ACTION, SUCH AS ISSUE A MARGIN CALL AND/OR SELL SECURITIES OR OTHER ASSETS IN ANY OF YOUR ACCOUNTS HELD WITH PERSHING IN ORDER TO MAINTAIN THE REQUIRED EQUITY IN THE ACCOUNT. IT IS IMPORTANT THAT YOU FULLY UNDERSTAND THE RISKS INVOLVED IN TRADING SECURITIES ON MARGIN. THESE RISKS INCLUDE THE FOLLOWING:

* YOU CAN LOSE MORE FUNDS THAN YOU DEPOSIT IN THE MARGIN ACCOUNT.
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN FORCE THE SALE OF SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S).
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN SELL YOUR SECURITIES OR OTHER ASSETS WITHOUT CONTACTING YOU.
* YOU ARE NOT ENTITLED TO CHOOSE WHICH SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S) ARE LIQUIDATED OR SOLD TO MEET A MARGIN CALL.
* YOUR FINANCIAL ORGANIZATION OR PERSHING CAN INCREASE ITS "HOUSE" MAINTENANCE MARGIN REQUIREMENTS AT ANY TIME AND IS NOT REQUIRED TO PROVIDE YOU ADVANCE WRITTEN NOTICE.
* YOU ARE NOT ENTITLED TO AN EXTENSION OF TIME ON A MARGIN CALL.

RESOURCE CHECKING IS A FREE CHECK WRITING SERVICE THAT GIVES YOU CONVENIENT ACCESS TO YOUR BROKERAGE ACCOUNT ASSETS. FOR MORE INFORMATION OR AN APPLICATION

CREDIT SUISSE | FIRST BOSTON
Donaldson, Lufkin & Jenrette Securities Corporation
an affiliate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

# YOUR BROKERAGE ACCOUNT STATEMENT

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/06/01<br>02/09/01 | BUY | 380- | CALL 100<br>INVITROGE<br>05-19-01 @ 85.00 | Short-term<br>IUV-EQ | 280,240.50-<br>237,500.00- | 42,740.50 |
| 10/04/00<br>02/13/01 | BUY | 100- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 33,748.83-<br>4,375.00- | 29,373.83 |
| 10/04/00<br>02/13/01 | BUY | 100- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 29,998.96-<br>4,375.00- | 25,623.96 |
| 10/04/00<br>02/13/01 | BUY | 100- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 29,998.96-<br>4,375.00- | 25,623.96 |
| 10/05/00<br>02/13/01 | BUY | 50- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 14,999.48-<br>2,187.50- | 12,811.98 |
| 10/05/00<br>02/13/01 | BUY | 30- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 8,999.68-<br>1,125.00- | 7,874.68 |
| 10/05/00<br>02/13/01 | BUY | 20- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 6,249.78-<br>750.00- | 5,499.78 |
| 10/05/00<br>02/13/01 | BUY | 100- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 29,998.96-<br>3,750.00- | 26,248.96 |
| 10/24/00<br>02/13/01 | BUY | 430- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 134,370.34-<br>16,125.00- | 118,245.34 |
| 10/24/00<br>02/13/01 | BUY | 70- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 22,749.21-<br>2,625.00- | 20,124.21 |
| 10/27/00<br>02/13/01 | BUY | 125- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 56,248.07-<br>4,687.50- | 51,560.57 |
| 10/27/00<br>02/13/01 | BUY | 75- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 33,748.84-<br>2,812.50- | 30,936.34 |

EDIT FIRST
SSE BOSTON
aldson, Lufkin & Jenrette
urities Corporation
iate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

# CHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE (continued)

| Opening Date<br>Closing Date | Closing Transaction | Quantity | Security Description | Holding Period<br>Security ID | Cost Basis/<br>Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 10/27/00<br>02/13/01 | BUY | 225- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 101,246.53-<br>9,843.75- | 91,402.78 |
| 10/27/00<br>02/13/01 | BUY | 500- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 212,492.71-<br>21,875.00- | 190,617.71 |
| 10/30/00<br>02/13/01 | BUY | 30- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 14,624.50-<br>1,312.50- | 13,312.00 |
| 10/30/00<br>02/13/01 | BUY | 45- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 21,936.75-<br>1,968.75- | 19,968.00 |
| 02/13/01<br>02/14/01 | BUY | 125- | CALL 100<br>INVITROGE<br>05-19-01 @ 90.00 | Short-term<br>IUV-ER | 89,059.47-<br>75,000.00- | 14,059.47 |
| 10/30/00<br>02/17/01 | XOPTS | 100- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 48,748.33-<br>.00 | 48,748.33 |
| 10/31/00<br>02/17/01 | XOPTS | 200- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 147,495.00-<br>.00 | 147,495.00 |
| 10/31/00<br>02/17/01 | XOPTS | 50- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 34,373.83-<br>.00 | 34,373.83 |
| 10/31/00<br>02/17/01 | XOPTS | 50- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 34,998.81-<br>.00 | 34,998.81 |
| 10/31/00<br>02/17/01 | XOPTS | 100- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 72,497.54-<br>.00 | 72,497.54 |
| 10/31/00<br>02/17/01 | XOPTS | 100- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 70,047.62-<br>.00 | 70,047.62 |
| 11/01/00<br>02/17/01 | XOPTS | 100- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 54,998.12-<br>.00 | 54,998.12 |

CREDIT SUISSE | FIRST BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation
an affiliate of CREDIT SUISSE FIRST BOSTON CORPORATION

600 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO CA 94108-2704
(800) 227-4492

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

# YOUR BROKERAGE ACCOUNT STATEMENT

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE *(continued)*

| *Opening Date* / *Closing Date* | *Closing Transaction* | *Quantity* | *Security Description* | *Holding Period* / *Security ID* | *Cost Basis/* / *Proceeds* | *Realized G/L* |
|---|---|---|---|---|---|---|
| 11/01/00<br>02/17/01 | XOPTS | 160- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 85,997.07-<br>.00 | 85,997.07 |
| 11/01/00<br>02/17/01 | XOPTS | 20- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 11,249.62-<br>.00 | 11,249.62 |
| 11/01/00<br>02/17/01 | XOPTS | 20- | CALL 100<br>INVITROGE<br>02-17-01 @ 90.00 | Short-term<br>IUV-BR | 10,999.62-<br>.00 | 10,999.62 |
| 02/06/01<br>02/22/01 | BUY | 500- | CALL 100<br>INVITROGE<br>05-19-01 @ 85.00 | Short-term<br>IUV-EQ | 368,737.50-<br>318,750.00- | 49,987.50 |
| 02/06/01<br>02/22/01 | BUY | 320- | CALL 100<br>INVITROGE<br>05-19-01 @ 85.00 | Short-term<br>IUV-EQ | 235,992.00-<br>204,000.00- | 31,992.00 |
| 02/12/01<br>02/22/01 | BUY | 200- | CALL 100<br>INVITROGE<br>05-19-01 @ 85.00 | Short-term<br>IUV-EQ | 142,495.16-<br>127,500.00- | 14,995.16 |
| 02/12/01<br>02/22/01 | BUY | 180- | CALL 100<br>INVITROGE<br>05-19-01 @ 85.00 | Short-term<br>IUV-EQ | 130,495.57-<br>114,750.00- | 15,745.57 |
| 02/26/01<br>02/28/01 | BUY | 175- | CALL 100<br>INVITROGE<br>05-19-01 @ 90.00 | Short-term<br>IUV-ER | 131,245.55-<br>105,000.00- | 26,245.55 |
| 02/26/01<br>02/28/01 | BUY | 825- | CALL 100<br>INVITROGE<br>05-19-01 @ 90.00 | Short-term<br>IUV-ER | 608,416.87-<br>495,000.00- | 113,416.87 |
| 02/26/01<br>02/28/01 | BUY | 250- | CALL 100<br>INVITROGE<br>05-19-01 @ 90.00 | Short-term<br>IUV-ER | 181,243.85-<br>150,000.00- | 31,243.85 |
| 02/26/01<br>02/28/01 | BUY | 180- | CALL 100<br>INVITROGE<br>05-19-01 @ 90.00 | Short-term<br>IUV-ER | 130,495.58-<br>108,000.00- | 22,495.58 |
| 02/26/01<br>02/28/01 | BUY | 125- | CALL 100<br>INVITROGE<br>05-19-01 @ 90.00 | Short-term<br>IUV-ER | 89,059.48-<br>75,000.00- | 14,059.48 |