| | |
|---|---|
| CHARITABLE CONTRIBUTIONS | -1. |
| PORTFOLIO DEDUCTIONS | -49,116. |
| INTEREST EXPENSE ON INVESTMENT DEBTS | -25,413. |
| FOREIGN TAXES | -889. |
| TAX-EXEMPT INTEREST INCOME | 1,912. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 274,257. |

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| J & J FERNANDEZ VENTURES, L.P. | 33-0883605 |

| | |
|---|---|
| a Name of foreign country or U.S. possession | |
| b Total gross income sourced at shareholder/partner level | |
| c Total gross income sourced at corporate/partnership level: | |
| (1) General limitation income | 2,655. |
| (2) Passive source | |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| d Deductions allocated and apportioned at shareholder/partner level: | |
| (1) Interest expense | |
| (2) Other | |
| e Deductions allocated and apportioned at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| f Total foreign taxes - [X] Paid [ ] Accrued | 292. |
| g Reduction in taxes available for credit | |

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| J & J FERNANDEZ VENTURES, L.P. | 33-0883605 |

| | |
|---|---|
| **a** Name of foreign country or U.S. possession | |
| **b** Total gross income sourced at shareholder/partner level | |
| **c** Total gross income sourced at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | 12,923. |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| **d** Deductions allocated and apportioned at shareholder/partner level: | |
| (1) Interest expense | |
| (2) Other | |
| **e** Deductions allocated and apportioned at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | 4,980. |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| **f** Total foreign taxes - [X] Paid [ ] Accrued | 597. |
| **g** Reduction in taxes available for credit | |

SCHEDULE K-1 OTHER CREDITS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CREDIT FOR INCOME TAX WITHHELD | 99. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 13 | 99. | |

SCHEDULE K-1 CHARITABLE CONTRIBUTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CHARITABLE CONTRIBUTIONS - SUBJECT TO 50 PERCENT LIMIT | 2. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 2. | |

SCHEDULE K-1 DEDUCTIONS RELATED TO PORTFOLIO INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| PORTFOLIO DEDUCTIONS FROM PASSTHROUGH ENTITIES | 49,115. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 10 | 49,115. | |

SCHEDULE K-1 OTHER PORTFOLIO INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER PORTFOLIO INCOME FROM PASSTHROUGH ENTITIES | -964. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 4F | -964. | |

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | -4,876. | FORM 6781, LINE 1 |
| TOTAL TO SCHEDULE K-1, LINE 7 | -4,876. | |

SCHEDULE K-1 TAX-EXEMPT INTEREST INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CSFB-404704 | 1,913. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TOTAL TO SCHEDULE K-1, LINE 19 | 1,913. | |

SCHEDULE K-1 COLUMN C RECONCILIATION

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | -33,278. |
| RENTAL REAL ESTATE INCOME (LOSS) | -18. |
| INCOME (LOSS) FROM OTHER RENTAL ACTIVITES | -8. |
| INTEREST INCOME | 8,980. |
| DIVIDEND INCOME | 40,337. |
| ROYALTY INCOME | 7. |
| SHORT-TERM CAPITAL GAIN (LOSS) | -268,603. |
| LONG-TERM CAPITAL GAIN (LOSS) | 606,638. |
| OTHER PORTFOLIO INCOME | -964. |
| SECTION 1231 GAIN (LOSS) | -449. |
| OTHER INCOME (LOSS) | -4,876. |
| CHARITABLE CONTRIBUTIONS | -2. |
| PORTFOLIO DEDUCTIONS | -49,115. |
| INTEREST EXPENSE ON INVESTMENT DEBTS | -25,413. |
| FOREIGN TAXES | -891. |
| TAX-EXEMPT INTEREST INCOME | 1,913. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 274,258. |

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| J & J FERNANDEZ VENTURES, L.P. | 33-0883605 |

| | | |
|---|---|---|
| a | Name of foreign country or U.S. possession | |
| b | Total gross income sourced at shareholder/partner level | |
| c | Total gross income sourced at corporate/partnership level: | |
| | (1) General limitation income | 2,656. |
| | (2) Passive source | |
| | (3) High withholding tax interest | |
| | (4) Financial services income | |
| | (5) Shipping income | |
| | (6) Dividends from a DISC | |
| | (7) Distributions from an FSC | |
| | (8) Lump-sum distributions | |
| | (9) Section 901(j) income | |
| | (10) Income re-sourced by treaty | |
| | (11) U.S. source | |
| d | Deductions allocated and apportioned at shareholder/partner level: | |
| | (1) Interest expense | |
| | (2) Other | |
| e | Deductions allocated and apportioned at corporate/partnership level: | |
| | (1) General limitation income | |
| | (2) Passive source | |
| | (3) High withholding tax interest | |
| | (4) Financial services income | |
| | (5) Shipping income | |
| | (6) Dividends from a DISC | |
| | (7) Distributions from an FSC | |
| | (8) Lump-sum distributions | |
| | (9) Section 901(j) income | |
| | (10) Income re-sourced by treaty | |
| | (11) U.S. source | |
| f | Total foreign taxes - [X] Paid [ ] Accrued | 293. |
| g | Reduction in taxes available for credit | |

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| J & J FERNANDEZ VENTURES, L.P. | 33-0883605 |

| | |
|---|---|
| a Name of foreign country or U.S. possession | |
| b Total gross income sourced at shareholder/partner level | |
| c Total gross income sourced at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | 12,924. |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| d Deductions allocated and apportioned at shareholder/partner level: | |
| (1) Interest expense | |
| (2) Other | |
| e Deductions allocated and apportioned at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | 4,979. |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| f Total foreign taxes - [X] Paid [ ] Accrued | 598. |
| g Reduction in taxes available for credit | |

SCHEDULE K-1 OTHER CREDITS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CREDIT FOR INCOME TAX WITHHELD | 99. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 13 | 99. | |

SCHEDULE K-1 CHARITABLE CONTRIBUTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CHARITABLE CONTRIBUTIONS - SUBJECT TO 50 PERCENT LIMIT | 2. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 2. | |

SCHEDULE K-1 DEDUCTIONS RELATED TO PORTFOLIO INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| PORTFOLIO DEDUCTIONS FROM PASSTHROUGH ENTITIES | 49,115. | SEE PARTNER INSTRUCTIONS FOR SCHEDULE K-1 (FORM 1065) |
| TOTAL TO SCHEDULE K-1, LINE 10 | 49,115. | |

SCHEDULE K-1 OTHER PORTFOLIO INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OTHER PORTFOLIO INCOME FROM PASSTHROUGH ENTITIES | -964. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 4F | -964. | |

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| NET INCOME (LOSS) FROM FORM 6781, LINE 5 | -4,876. | FORM 6781, LINE 1 |
| TOTAL TO SCHEDULE K-1, LINE 7 | -4,876. | |

SCHEDULE K-1 ADJUSTED GAIN OR LOSS

| ALLOCABLE PORTIONS | TOTAL AMOUNT | 25%/28% RATE AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|---|
| LONG-TERM CAPITAL GAIN OR LOSS | -1. | | SEE FORM 1040 INSTRUCTIONS |
| TOTAL TO SCHEDULE K-1, LINE 16B | -1. | | |

SCHEDULE K-1 TAX-EXEMPT INTEREST INCOME

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CSFB-404704 | 1,912. | SEE PARTNER INSTRUCTIONS FOR K-1 (MAY BE TAXABLE BY STATE) |
| TOTAL TO SCHEDULE K-1, LINE 19 | 1,912. | |

SCHEDULE K-1 COLUMN C RECONCILIATION

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | -33,278. |
| RENTAL REAL ESTATE INCOME (LOSS) | -18. |
| INCOME (LOSS) FROM OTHER RENTAL ACTIVITES | -9. |
| INTEREST INCOME | 8,979. |
| DIVIDEND INCOME | 40,338. |
| ROYALTY INCOME | 7. |
| SHORT-TERM CAPITAL GAIN (LOSS) | -268,603. |
| LONG-TERM CAPITAL GAIN (LOSS) | 606,638. |
| OTHER PORTFOLIO INCOME | -964. |
| SECTION 1231 GAIN (LOSS) | -449. |
| OTHER INCOME (LOSS) | -4,876. |

| | |
|---|---|
| CHARITABLE CONTRIBUTIONS | -2. |
| PORTFOLIO DEDUCTIONS | -49,115. |
| INTEREST EXPENSE ON INVESTMENT DEBTS | -25,413. |
| FOREIGN TAXES | -889. |
| TAX-EXEMPT INTEREST INCOME | 1,912. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 274,258. |

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| J & J FERNANDEZ VENTURES, L.P. | 33-0883605 |

| | |
|---|---|
| **a** Name of foreign country or U.S. possession | |
| **b** Total gross income sourced at shareholder/partner level | |
| **c** Total gross income sourced at corporate/partnership level: | |
| (1) General limitation income | 2,656. |
| (2) Passive source | |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| **d** Deductions allocated and apportioned at shareholder/partner level: | |
| (1) Interest expense | |
| (2) Other | |
| **e** Deductions allocated and apportioned at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| **f** Total foreign taxes - [X] Paid [ ] Accrued | 292. |
| **g** Reduction in taxes available for credit | |

230451
05-01-02

## Foreign Taxes

| Name of partnership/corporation | Employer identification number |
|---|---|
| J & J FERNANDEZ VENTURES, L.P. | 33-0883605 |

| | |
|---|---|
| a Name of foreign country or U.S. possession | |
| b Total gross income sourced at shareholder/partner level | |
| c Total gross income sourced at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | 12,924. |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| d Deductions allocated and apportioned at shareholder/partner level: | |
| (1) Interest expense | |
| (2) Other | |
| e Deductions allocated and apportioned at corporate/partnership level: | |
| (1) General limitation income | |
| (2) Passive source | 4,980. |
| (3) High withholding tax interest | |
| (4) Financial services income | |
| (5) Shipping income | |
| (6) Dividends from a DISC | |
| (7) Distributions from an FSC | |
| (8) Lump-sum distributions | |
| (9) Section 901(j) income | |
| (10) Income re-sourced by treaty | |
| (11) U.S. source | |
| f Total foreign taxes - [X] Paid [ ] Accrued | 597. |
| g Reduction in taxes available for credit | |

230451
05-01-02

**The cost basis of securities positions acquired prior to the inception of the PORTFOLIO EVALUATION SERVICE, or delivered into this account subsequent to purchase, have been provided to PERSHING by your financial institution, and we make no representation as to the accuracy of such cost basis.**

'GMID: PPM0512P RUN TIME: 15:59:21 CSFB LLC RUN DATE: 04/09/03 PAGE 1

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2F9-005567 J&J FERNANDEZ VENTURES LP
---ACCOUNT CLOSED---
3930 SKYLINE RD

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 536.0000 | AOL TIME WARNER INC | 01/18/01 | 26440.88 | | | |
| CLOSE-> | | COM | 04/25/02 | 10355.52 | 16085.36- | L | 1 |
| OPEN--> | 512.0000 | ALCOA INC COM | 01/18/01 | 17568.00 | | | |
| CLOSE-> | | | 04/25/02 | 17630.41 | 62.41 | L | 1 |
| OPEN--> | 546.0000 | AMERICAN EXPRESS | 01/18/01 | 27300.00 | | | |
| CLOSE-> | | COMPANY | 04/25/02 | 23205.00 | 4095.00- | L | 1 |
| OPEN--> | 313.0000 | AMGEN INC | 01/18/01 | 19249.50 | | | |
| CLOSE-> | | | 04/25/02 | 17343.33 | 1906.17- | L | 1 |
| OPEN--> | 153.0000 | AVERY DENNISON CORP | 01/18/01 | 7936.88 | | | |
| CLOSE-> | | | 04/25/02 | 9883.80 | 1946.92 | L | 1 |
| OPEN--> | 235.0000 | BANK OF NEW YORK CO | 01/18/01 | 11764.69 | | | |
| CLOSE-> | | INC | 04/25/02 | 8666.80 | 3097.89- | L | 1 |

?GMID: PPM0512P RUN TIME: 15:59:21 CSFB LLC RUN DATE: 04/09/03 PAGE 2

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2F9-005567 J&J FERNANDEZ VENTURES LP
---ACCOUNT CLOSED---
3930 SKYLINE RD

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 370.0000 | BANK ONE CORP COM | 07/23/01 | 13810.47 | | | |
| CLOSE-> | | | 04/25/02 | 15277.30 | 1466.83 | S | 1 |
| OPEN--> | 574.0000 | BAXTER INTERNATIONAL | 01/18/01 | 24090.06 | | | |
| CLOSE-> | | INC | 04/25/02 | 32287.50 | 8197.44 | L | 1 |
| OPEN--> | 318.0000 | BELLSOUTH CORP | 01/08/02 | 12635.76 | | | |
| CLOSE-> | | | 04/25/02 | 10179.18 | 2456.58- | S | 1 |
| OPEN--> | 468.0000 | CVS CORP COM | 01/18/01 | 26295.75 | | | |
| CLOSE-> | | | 04/25/02 | 15467.40 | 10828.35- | L | 1 |
| OPEN--> | 247.0000 | CABLEVISION SYS CORP | 01/18/01 | 18593.95 | | | |
| CLOSE-> | | (NEW) NY GROUP CL A | 04/25/02 | 6076.20 | 12517.75- | L | 1 |
| OPEN--> | 269.0000 | CHEVRONTEXACO CORP | 10/29/01 | 23955.04 | | | |
| CLOSE-> | | COM | 04/25/02 | 23246.98 | 708.06- | S | 1 |
| OPEN--> | 789.0000 | CISCO SYSTEMS INC | 01/18/01 | 32715.02 | | | |
| CLOSE-> | | | 04/25/02 | 11416.83 | 21298.19- | L | 1 |
| OPEN--> | 336.0000 | CISCO SYSTEMS INC | 10/17/01 | 5691.94 | | | |
| CLOSE-> | | | 04/25/02 | 4861.92 | 830.02- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:59:21 CSFB LLC RUN DATE: 04/09/03 PAGE 3

REALIZED GAIN/LOSS REPORT

YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2F9-005567 J&J FERNANDEZ VENTURES LP
---ACCOUNT CLOSED---
3930 SKYLINE RD

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 462.0000 | CITIGROUP INC COM | 01/18/01 | 24890.25 | | | |
| CLOSE-> | | | 04/25/02 | 20189.40 | 4700.85- | L | 1 |
| OPEN--> | 209.0000 | COLGATE-PALMOLIVE CO | 01/18/01 | 12090.65 | | | |
| CLOSE-> | | | 04/25/02 | 11599.50 | 491.15- | L | 1 |
| OPEN--> | 499.0000 | CONOCO INC *MER* | 10/15/01 | 13561.02 | | | |
| CLOSE-> | | EFF 8-30-02 1 OLD | 04/25/02 | 14071.80 | 510.78 | S | 1 |
| OPEN--> | 364.0000 | COSTCO WHSL CORP NEW | 01/18/01 | 15310.75 | | | |
| CLOSE-> | | COM | 04/25/02 | 14438.06 | 872.69- | L | 1 |
| OPEN--> | 662.0000 | EXXON MOBIL CORP COM | 01/18/01 | 26417.94 | | | |
| CLOSE-> | | | 04/25/02 | 26863.96 | 446.02 | L | 1 |
| OPEN--> | 243.0000 | FLEETBOSTON | 03/07/01 | 9728.24 | | | |
| CLOSE-> | | FINANCIAL CORP | 04/25/02 | 8590.05 | 1138.19- | L | 1 |
| OPEN--> | 176.0000 | GENERAL DYNAMICS | 01/18/01 | 11990.00 | | | |
| CLOSE-> | | CORP COM | 04/25/02 | 17054.40 | 5064.40 | L | 1 |
| OPEN--> | 870.0000 | GENERAL ELECTRIC CO | 01/18/01 | 41760.00 | | | |
| CLOSE-> | | COM | 04/25/02 | 27918.30 | 13841.70- | L | 1 |

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2F9-005567 J&J FERNANDEZ VENTURES LP
---ACCOUNT CLOSED---
3930 SKYLINE RD

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 296.0000 | GENERAL MLS INC | 01/18/01 | 12173.00 | | | |
| CLOSE-> | | | 04/25/02 | 13417.68 | 1244.68 | L | 1 |
| OPEN--> | 431.0000 | HARTFORD FINL SVCS | 01/18/01 | 25159.63 | | | |
| CLOSE-> | | GROUP INC COM | 04/25/02 | 29310.33 | 4150.70 | L | 1 |
| OPEN--> | 734.0000 | INTEL CORP COM | 01/18/01 | 23474.49 | | | |
| CLOSE-> | | | 04/25/02 | 21337.38 | 2137.11- | L | 1 |
| OPEN--> | 300.0000 | INTERNATIONAL | 01/18/01 | 32512.50 | | | |
| CLOSE-> | | BUSINESS MACHS CORP | 04/25/02 | 25833.99 | 6678.51- | L | 1 |
| OPEN--> | 319.0000 | J P MORGAN CHASE & | 01/18/01 | 16249.06 | | | |
| CLOSE-> | | CO COM | 04/25/02 | 11219.23 | 5029.83- | L | 1 |
| OPEN--> | 293.0000 | JOHNSON & JOHNSON | 01/09/02 | 16790.25 | | | |
| CLOSE-> | | COM | 04/25/02 | 18681.68 | 1891.43 | S | 1 |
| OPEN--> | 224.0000 | ESTEE LAUDER | 01/18/01 | 9436.00 | | | |
| CLOSE-> | | COMPANIES INC CL A | 04/25/02 | 7958.72 | 1477.28- | L | 1 |
| OPEN--> | 112.0000 | MARSH & MCLENNAN | 07/24/01 | 10879.05 | | | |
| CLOSE-> | | COMPANIES INC COM | 04/25/02 | 11541.60 | 662.55 | S | 1 |

PGMID: PPM0512P RUN TIME: 15:59:21 CSFB LLC RUN DATE: 04/09/03 PAGE 5

REALIZED GAIN/LOSS REPORT

YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2F9-005567 J&J FERNANDEZ VENTURES LP
---ACCOUNT CLOSED---
3930 SKYLINE RD

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 175.0000 | MERRILL LYNCH & CO | 10/16/01 | 7983.69 | | | |
| CLOSE-> | | INC | 04/25/02 | 7404.25 | 579.44- | S | 1 |
| OPEN--> | 474.0000 | MICROSOFT CORP | 01/18/01 | 26484.75 | | | |
| CLOSE-> | | COM | 04/25/02 | 25444.32 | 1040.43- | L | 1 |
| OPEN--> | 245.0000 | NEXTEL COMMUNS INC | 01/18/01 | 8360.63 | | | |
| CLOSE-> | | CLASS A | 04/25/02 | 1286.25 | 7074.38- | L | 1 |
| OPEN--> | 269.0000 | OMNICOM GROUP INC | 01/18/01 | 24310.88 | | | |
| CLOSE-> | | COM | 04/25/02 | 25062.73 | 751.85 | L | 1 |
| OPEN--> | 869.0000 | ORACLE CORP COM | 01/18/01 | 29383.06 | | | |
| CLOSE-> | | | 04/25/02 | 9280.92 | 20102.14- | L | 1 |
| OPEN--> | 320.0000 | PFIZER INC | 03/09/01 | 13677.89 | | | |
| CLOSE-> | | | 04/25/02 | 12016.00 | 1661.89- | L | 1 |
| OPEN--> | 186.0000 | PFIZER INC | 07/24/01 | 7438.94 | | | |
| CLOSE-> | | | 04/25/02 | 6984.30 | 454.64- | S | 1 |
| OPEN--> | 276.0000 | PHARMACIA CORP | 01/18/01 | 15645.75 | | | |
| CLOSE-> | | | 04/25/02 | 11909.40 | 3736.35- | L | 1 |

PGMID: PPM0512P RUN TIME: 15:59:21 CSFB LLC RUN DATE: 04/09/03 PAGE 6

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2F9-005567 J&J FERNANDEZ VENTURES LP
---ACCOUNT CLOSED---
3930 SKYLINE RD

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 255.0000 | PROCTER & GAMBLE CO | 01/18/01 | 18328.13 | | | |
| CLOSE-> | | | 04/25/02 | 22784.25 | 4456.12 | L | 1 |
| OPEN--> | 224.0000 | SBC COMMUNICATIONS | 01/18/01 | 11438.00 | | | |
| CLOSE-> | | INC | 04/25/02 | 7067.20 | 4370.80- | L | 1 |
| OPEN--> | 329.0000 | SAINT PAUL COMPANIES | 07/23/01 | 13402.47 | | | |
| CLOSE-> | | INC | 04/25/02 | 15742.65 | 2340.18 | S | 1 |
| OPEN--> | 371.0000 | SANMINA SCI CORP | 01/18/01 | 8985.16 | | | |
| CLOSE-> | | COM | 04/25/02 | 4069.87 | 4915.29- | L | 1 |
| OPEN--> | 406.0000 | SCIENTIFIC ATLANTA | 01/18/01 | 21873.25 | | | |
| CLOSE-> | | INC COM | 04/25/02 | 8327.06 | 13546.19- | L | 1 |
| OPEN--> | 569.0000 | SPRINT CORP | 01/18/01 | 15754.19 | | | |
| CLOSE-> | | (FON GROUP) | 04/25/02 | 9559.20 | 6194.99- | L | 1 |
| OPEN--> | 531.0000 | SYSCO CORP | 01/18/01 | 13474.13 | | | |
| CLOSE-> | | | 04/25/02 | 15388.38 | 1914.25 | L | 1 |
| OPEN--> | 238.0000 | TEXAS INSTRUMENTS | 01/18/01 | 12197.50 | | | |
| CLOSE-> | | INC | 04/25/02 | 7411.32 | 4786.18- | L | 1 |

CSFB LLC
REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2F9-005567 J&J FERNANDEZ VENTURES LP
---ACCOUNT CLOSED---
3930 SKYLINE RD

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 114.0000 | UNITED TECHNOLOGIES | 07/24/01 | 8507.67 | | | |
| CLOSE-> | | CORP DEL COM | 04/25/02 | 7838.64 | 669.03- | S | 1 |
| OPEN--> | 190.0000 | VERIZON | 10/17/01 | 10007.60 | | | |
| CLOSE-> | | COMMUNICATIONS COM | 04/25/02 | 7805.20 | 2202.40- | S | 1 |
| OPEN--> | 327.0000 | WAL MART STORES INC | 01/18/01 | 17750.48 | | | |
| CLOSE-> | | | 04/25/02 | 18518.01 | 767.53 | L | 1 |
| OPEN--> | 285.0000 | WYETH | 01/18/01 | 15660.75 | | | |
| CLOSE-> | | | 04/25/02 | 17467.65 | 1806.90 | L | 1 |
| OPEN--> | 156.0000 | ALLTEL CORP | 01/18/01 | 10608.00 | | | |
| CLOSE-> | | | 01/09/02 | 9034.54 | 1573.46- | S | 1 |
| OPEN--> | 105.0000 | PHARMACIA CORP | 01/18/01 | 5952.19 | | | |
| CLOSE-> | | | 01/09/02 | 4326.88 | 1625.31- | S | 1 |
| OPEN--> | 94.0000 | ALLTEL CORP | 01/18/01 | 6392.00 | | | |
| CLOSE-> | | | 01/08/02 | 5560.55 | 831.45- | S | 1 |
| OPEN--> | 230.0000 | MERCK & CO INC | 01/18/01 | 19291.25 | | | |
| CLOSE-> | | | 01/08/02 | 13425.08 | 5866.17- | S | 1 |

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2F9-005567 J&J FERNANDEZ VENTURES LP
---ACCOUNT CLOSED---
3930 SKYLINE RD

| QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|
| REALIZED SHORT: | 10,924.79- | UNREALIZED | SHORT: | N/A | | |
| LONG: | 142,815.44- | | LONG: | N/A | | |

The cost basis of securities positions acquired prior to the inception of the PORTFOLIO EVALUATION SERVICE, or delivered into this account subsequent to purchase, have been provided to PERSHING by your financial institution, and we make no representation as to the accuracy of such cost basis.

PGMID: PPM0512P RUN TIME: 15:58:19 CSFB LLC RUN DATE: 04/09/03 PAGE 1

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003852 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 870.0000 | ADVANCED MARKETING | 05/09/02 | 21576.00 | | | |
| CLOSE-> | | SER INC | 10/09/02 | 12324.00 | 9252.00- | S | 1 |
| OPEN--> | 1020.0000 | BENIHANA INC COM | 05/09/02 | 18505.37 | | | |
| CLOSE-> | | NEW | 10/09/02 | 12591.00 | 5914.37- | S | 1 |
| OPEN--> | 153.0000 | BENIHANA INC CLASS A | 05/09/02 | 3205.27 | | | |
| CLOSE-> | | | 10/09/02 | 1987.62 | 1217.65- | S | 1 |
| OPEN--> | 690.0000 | CACI INTL INC CLASS | 05/09/02 | 22117.50 | | | |
| CLOSE-> | | A | 10/09/02 | 23756.70 | 1639.20 | S | 1 |
| OPEN--> | 810.0000 | CAMECO CORP | 05/09/02 | 21432.60 | | | |
| CLOSE-> | | | 10/09/02 | 14960.70 | 6471.90- | S | 1 |
| OPEN--> | 2864.0000 | CRAY INC COM | 06/20/02 | 11385.55 | | | |
| CLOSE-> | | | 10/09/02 | 9737.60 | 1647.95- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:58:19 CSFB LLC RUN DATE: 04/09/03 PAGE 2

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003852 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 919.0000 | CRAY INC COM | 06/21/02 | 3602.66 | | | |
| CLOSE-> | | | 10/09/02 | 3124.60 | 478.06- | S | 1 |
| OPEN--> | 318.0000 | CRAY INC COM | 07/02/02 | 1303.80 | | | |
| CLOSE-> | | | 10/09/02 | 1081.20 | 222.60- | S | 1 |
| OPEN--> | 282.0000 | CRAY INC COM | 07/10/02 | 1155.97 | | | |
| CLOSE-> | | | 10/09/02 | 958.80 | 197.17- | S | 1 |
| OPEN--> | 1020.0000 | DELTA + PINE LD CO | 05/09/02 | 21603.60 | | | |
| CLOSE-> | | COM | 10/09/02 | 18781.20 | 2822.40- | S | 1 |
| OPEN--> | 900.0000 | DORAL FINL CORP COM | 05/09/02 | 21666.00 | | | |
| CLOSE-> | | ISIN#PR25811P1005 | 10/09/02 | 21924.00 | 258.00 | S | 1 |
| OPEN--> | 890.0000 | DREXLER TECHNOLOGY | 05/09/02 | 21720.20 | | | |
| CLOSE-> | | | 10/09/02 | 13973.50 | 7746.70- | S | 1 |
| OPEN--> | 300.0000 | FLIR SYSTEMS INC | 07/31/02 | 12105.72 | | | |
| CLOSE-> | | | 10/09/02 | 9021.00 | 3084.72- | S | 1 |
| OPEN--> | 200.0000 | FLIR SYSTEMS INC | 08/15/02 | 7584.28 | | | |
| CLOSE-> | | | 10/09/02 | 6014.00 | 1570.28- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:58:19

CSFB LLC
REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

RUN DATE: 04/09/03 PAGE 3

ACCOUNT: 2A9-003852 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 300.0000 | FTI CONSULTING INC | 05/09/02 | 10281.00 | | | |
| CLOSE-> | | COM | 10/09/02 | 10680.00 | 399.00 | S | 1 |
| OPEN--> | 2340.0000 | FOAMEX INTL INC | 05/09/02 | 21565.00 | | | |
| CLOSE-> | | | 10/09/02 | 6048.00 | 15517.00- | S | 1 |
| OPEN--> | 1130.0000 | HAVERTY FURNITURE | 05/09/02 | 21469.50 | | | |
| CLOSE-> | | COS INC COM | 10/09/02 | 10848.00 | 10621.50- | S | 1 |
| OPEN--> | 540.0000 | ICU MED INC COM | 05/09/02 | 21124.20 | | | |
| CLOSE-> | | ISIN#US44930G1076 | 10/09/02 | 18387.54 | 2736.66- | S | 1 |
| OPEN--> | 870.0000 | INTERMAGNETICS GEN | 05/09/02 | 21571.50 | | | |
| CLOSE-> | | CORP | 10/09/02 | 13711.20 | 7860.30- | S | 1 |
| OPEN--> | 189.0000 | INTERPOOL INC | 07/08/02 | 3288.94 | | | |
| CLOSE-> | | | 10/09/02 | 2286.90 | 1002.04- | S | 1 |
| OPEN--> | 314.0000 | INTERPOOL INC | 07/10/02 | 5517.77 | | | |
| CLOSE-> | | | 10/09/02 | 3799.40 | 1718.37- | S | 1 |
| OPEN--> | 330.0000 | LEHMAN BROTHERS | 05/09/02 | 21281.70 | | | |
| CLOSE-> | | HOLDINGS INC COMMON | 10/09/02 | 14411.10 | 6870.60- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:58:19 CSFB LLC RUN DATE: 04/09/03 PAGE 4

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003852 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 710.0000 | MARTEK BIOSCIENCES | 05/09/02 | 21239.90 | | | |
| CLOSE-> | | CORP COM | 10/09/02 | 10520.20 | 10719.70- | S | 1 |
| OPEN--> | 770.0000 | MULTIMEDIA GAMES INC | 05/09/02 | 21350.40 | | | |
| CLOSE-> | | | 10/09/02 | 15812.70 | 5537.70- | S | 1 |
| OPEN--> | 1250.0000 | NAVIGANT INTL INC | 05/09/02 | 21562.20 | | | |
| CLOSE-> | | COM | 10/09/02 | 12623.00 | 8939.20- | S | 1 |
| OPEN--> | 650.0000 | PHOTRONICS INC | 05/09/02 | 21257.00 | | | |
| CLOSE-> | | | 10/09/02 | 5102.50 | 16154.50- | S | 1 |
| OPEN--> | 900.0000 | PLANAR SYSTEMS INC | 05/09/02 | 21824.10 | | | |
| CLOSE-> | | | 10/09/02 | 11080.00 | 10744.10- | S | 1 |
| OPEN--> | 1600.0000 | PLATO LEARNING INC | 05/09/02 | 21029.80 | | | |
| CLOSE-> | | COM | 10/09/02 | 11017.26 | 10012.54- | S | 1 |
| OPEN--> | 300.0000 | PLATO LEARNING INC | 07/02/02 | 2799.60 | | | |
| CLOSE-> | | COM | 10/09/02 | 2065.74 | 733.86- | S | 1 |
| OPEN--> | 280.0000 | POLARIS INDUSTRIES | 05/09/02 | 21058.80 | | | |
| CLOSE-> | | INC COM | 10/09/02 | 16324.00 | 4734.80- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:58:19 CSFB LLC RUN DATE: 04/09/03 PAGE 5

REALIZED GAIN/LOSS REPORT

YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003852 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 1000.0000 | R&G FINL CORP CL B | 05/09/02 | 21680.00 | | | |
| CLOSE-> | | | 10/09/02 | 19501.00 | 2179.00- | S | 1 |
| OPEN--> | 1800.0000 | RICHARDSON ELECTRS | 05/09/02 | 21575.00 | | | |
| CLOSE-> | | | 10/09/02 | 10668.00 | 10907.00- | S | 1 |
| OPEN--> | 680.0000 | ROGERS CORP | 05/09/02 | 21328.00 | | | |
| CLOSE-> | | | 10/09/02 | 15300.00 | 6028.00- | S | 1 |
| OPEN--> | 1310.0000 | TIER TECHNOLOGIES | 05/09/02 | 21518.40 | | | |
| CLOSE-> | | INC CL-B | 10/09/02 | 21615.00 | 96.60 | S | 1 |
| OPEN--> | 1550.0000 | TRIKON TECH INC COM | 05/09/02 | 21650.00 | | | |
| CLOSE-> | | NEW | 10/09/02 | 5125.50 | 16524.50- | S | 1 |
| OPEN--> | 620.0000 | VARIAN INC COM | 05/09/02 | 21421.00 | | | |
| CLOSE-> | | | 10/09/02 | 16497.00 | 4924.00- | S | 1 |
| OPEN--> | 680.0000 | VEECO INSTRS INC DEL | 05/09/02 | 21298.60 | | | |
| CLOSE-> | | COM | 10/09/02 | 6568.80 | 14729.80- | S | 1 |
| OPEN--> | 100.0000 | FTI CONSULTING INC | 05/09/02 | 3427.00 | | | |
| CLOSE-> | | COM | 08/08/02 | 4045.00 | 618.00 | S | 1 |

?GMID: PPM0512P RUN TIME: 15:58:19 CSFB LLC RUN DATE: 04/09/03 PAGE 6

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ıCCOUNT: 2A9-003852 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| )PEN--> | 230.0000 | FTI CONSULTING INC | 05/09/02 | 7882.10 | | | |
| :LOSE-> | | COM | 08/06/02 | 9280.98 | 1398.88 | S | 1 |
| )PEN--> | 161.0000 | SECURE COMPUTING | 05/09/02 | 2252.88 | | | |
| :LOSE-> | | CORP | 07/11/02 | 1046.50 | 1206.38- | S | 1 |
| )PEN--> | 37.0000 | SECURE COMPUTING | 05/09/02 | 517.74 | | | |
| :LOSE-> | | CORP | 07/05/02 | 292.30 | 225.44- | S | 1 |
| )PEN--> | 251.0000 | SECURE COMPUTING | 05/09/02 | 3512.24 | | | |
| :LOSE-> | | CORP | 06/28/02 | 1962.49 | 1549.75- | S | 1 |
| )PEN--> | 601.0000 | SECURE COMPUTING | 05/09/02 | 8409.80 | | | |
| :LOSE-> | | CORP | 06/27/02 | 4703.31 | 3706.49- | S | 1 |
| )PEN--> | 251.0000 | SECURE COMPUTING | 05/09/02 | 3512.24 | | | |
| :LOSE-> | | CORP | 06/19/02 | 2117.26 | 1394.98- | S | 1 |
| )PEN--> | 229.0000 | SECURE COMPUTING | 05/09/02 | 3204.40 | | | |
| :LOSE-> | | CORP | 06/18/02 | 2018.34 | 1186.06- | S | 1 |

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003852 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|
| REALIZED SHORT: | 214,680.39- | UNREALIZED | SHORT: | N/A | | |
| LONG: | 0.00 | | LONG: | N/A | | |

The cost basis of securities positions acquired prior to the inception of the PORTFOLIO EVALUATION SERVICE, or delivered into this account subsequent to purchase, have been provided to PERSHING by your financial institution, and we make no representation as to the accuracy of such cost basis.

PGMID: PPM0512P RUN TIME: 15:57:27 CSFB LLC RUN DATE: 04/09/03 PAGE 1

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 940.0000 | ACE LTD ORD | 05/08/02 | 34075.00 | | | |
| CLOSE-> | | ISIN#KYG0070K1031 | 10/08/02 | 27523.20 | 6551.80- | S | 1 |
| OPEN--> | 645.0000 | AFFILIATED COMPUTER | 05/08/02 | 34185.00 | | | |
| CLOSE-> | | SVCS INC CL A | 10/08/02 | 23689.85 | 10495.15- | S | 1 |
| OPEN--> | 550.0000 | ALLERGAN INC. | 05/08/02 | 32243.07 | | | |
| CLOSE-> | | | 10/08/02 | 30277.50 | 1965.57- | S | 1 |
| OPEN--> | 460.0000 | BANK OF AMERICA COM | 05/08/02 | 34233.20 | | | |
| CLOSE-> | | | 10/08/02 | 26726.00 | 7507.20- | S | 1 |
| OPEN--> | 460.0000 | BARR LABS INC | 05/08/02 | 30590.00 | | | |
| CLOSE-> | | | 10/08/02 | 26845.60 | 3744.40- | S | 1 |
| OPEN--> | 1155.0000 | BELLSOUTH CORP | 05/08/02 | 34361.25 | | | |
| CLOSE-> | | | 10/08/02 | 24405.15 | 9956.10- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:57:27 CSFB LLC RUN DATE: 04/09/03 PAGE 2

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 650.0000 | BLACK & DECKER CORP | 09/10/02 | 29308.50 | | | |
| CLOSE-> | | COM | 10/08/02 | 26305.50 | 3003.00- | S | 1 |
| OPEN--> | 650.0000 | BLOCK H & R INC | 05/08/02 | 29932.50 | | | |
| CLOSE-> | | | 10/08/02 | 27326.00 | 2606.50- | S | 1 |
| OPEN--> | 775.0000 | BOEING CO COM | 05/08/02 | 33557.50 | | | |
| CLOSE-> | | | 10/08/02 | 24846.50 | 8711.00- | S | 1 |
| OPEN--> | 480.0000 | CARDINAL HEALTH INC | 05/08/02 | 33480.00 | | | |
| CLOSE-> | | COM | 10/08/02 | 30446.40 | 3033.60- | S | 1 |
| OPEN--> | 795.0000 | CITIGROUP INC COM | 05/08/02 | 32416.82 | | | |
| CLOSE-> | | | 10/08/02 | 22140.75 | 10276.07- | S | 1 |
| OPEN--> | 720.0000 | CLOROX CO | 05/08/02 | 33458.40 | | | |
| CLOSE-> | | COM | 10/08/02 | 29570.40 | 3888.00- | S | 1 |
| OPEN--> | 515.0000 | DOMINION RES INC VA | 05/08/02 | 33500.75 | | | |
| CLOSE-> | | COM | 10/08/02 | 20342.50 | 13158.25- | S | 1 |
| OPEN--> | 595.0000 | EXELON CORP COM | 05/08/02 | 33558.00 | | | |
| CLOSE-> | | | 10/08/02 | 27929.30 | 5628.70- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:57:27

CSFB LLC
REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

RUN DATE: 04/09/03 PAGE 3

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 855.0000 | EXXON MOBIL CORP COM | 05/08/02 | 33216.75 | | | |
| CLOSE-> | | | 10/08/02 | 28360.35 | 4856.40- | S | 1 |
| OPEN--> | 420.0000 | FNMA COM | 05/08/02 | 33671.40 | | | |
| CLOSE-> | | | 10/08/02 | 27312.60 | 6358.80- | S | 1 |
| OPEN--> | 855.0000 | FEDERATED DEPARTMENT | 05/08/02 | 34413.75 | | | |
| CLOSE-> | | STORES INC DEL | 10/08/02 | 24889.05 | 9524.70- | S | 1 |
| OPEN--> | 880.0000 | FIRST DATA CORP | 05/08/02 | 33673.20 | | | |
| CLOSE-> | | COMMON | 10/08/02 | 23522.40 | 10150.80- | S | 1 |
| OPEN--> | 785.0000 | FIRST TENN NATL CORP | 07/16/02 | 28364.48 | | | |
| CLOSE-> | | | 10/08/02 | 24986.55 | 3377.93- | S | 1 |
| OPEN--> | 480.0000 | GOLDEN WEST FINL | 05/08/02 | 33552.00 | | | |
| CLOSE-> | | CORP DEL | 10/08/02 | 28824.00 | 4728.00- | S | 1 |
| OPEN--> | 620.0000 | GRAINGER WW INC | 05/08/02 | 33573.00 | | | |
| CLOSE-> | | | 10/08/02 | 25372.80 | 8200.20- | S | 1 |
| OPEN--> | 1155.0000 | HEALTH NET INC COM | 05/08/02 | 33691.35 | | | |
| CLOSE-> | | | 10/08/02 | 25236.75 | 8454.60- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:57:27 CSFB LLC RUN DATE: 04/09/03 PAGE 4

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 1820.0000 | HEWLETT-PACKARD CO | 05/08/02 | 34580.00 | | | |
| CLOSE-> | | COM | 10/08/02 | 21080.80 | 13499.20- | S | 1 |
| OPEN--> | 555.0000 | JOHNSON & JOHNSON | 05/08/02 | 33621.90 | | | |
| CLOSE-> | | COM | 10/08/02 | 32395.35 | 1226.55- | S | 1 |
| OPEN--> | 520.0000 | KIMBERLY CLARK CORP | 05/08/02 | 33644.00 | | | |
| CLOSE-> | | | 10/08/02 | 28891.20 | 4752.80- | S | 1 |
| OPEN--> | 1200.0000 | KING PHARMACEUTICALS | 05/08/02 | 34560.00 | | | |
| CLOSE-> | | INC COM | 10/08/02 | 19284.00 | 15276.00- | S | 1 |
| OPEN--> | 485.0000 | LENNAR CORP | 05/08/02 | 27451.00 | | | |
| CLOSE-> | | | 10/08/02 | 25317.00 | 2134.00- | S | 1 |
| OPEN--> | 545.0000 | LEXMARK INTL | 10/02/02 | 26651.21 | | | |
| CLOSE-> | | INC CL A | 10/08/02 | 24770.25 | 1880.96- | S | 1 |
| OPEN--> | 745.0000 | LINCOLN NATL CORP | 05/08/02 | 33636.75 | | | |
| CLOSE-> | | IND | 10/08/02 | 19451.95 | 14184.80- | S | 1 |
| OPEN--> | 1020.0000 | LIZ CLAIBORNE | 09/10/02 | 29238.81 | | | |
| CLOSE-> | | INCORPORATED | 10/08/02 | 25265.40 | 3973.41- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:57:27 CSFB LLC RUN DATE: 04/09/03 PAGE 5

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 470.0000 | MGIC INVESTMENT | 05/08/02 | 34075.00 | | | |
| CLOSE-> | | CORPORATION | 10/08/02 | 17549.80 | 16525.20- | S | 1 |
| OPEN--> | 460.0000 | MAGNA INTERNATIONAL | 05/08/02 | 34224.00 | | | |
| CLOSE-> | | INC CLASS A | 10/08/02 | 23768.20 | 10455.80- | S | 1 |
| OPEN--> | 2375.0000 | MOTOROLA INC | 08/13/02 | 28207.16 | | | |
| CLOSE-> | | | 10/08/02 | 21588.75 | 6618.41- | S | 1 |
| OPEN--> | 905.0000 | MYLAN LABORATORIES | 05/08/02 | 23801.50 | | | |
| CLOSE-> | | INC | 10/08/02 | 29014.30 | 5212.80 | S | 1 |
| OPEN--> | 925.0000 | OCCIDENTAL PETROLEUM | 10/02/02 | 26686.25 | | | |
| CLOSE-> | | CORP | 10/08/02 | 26529.00 | 157.25- | S | 1 |
| OPEN--> | 1720.0000 | OFFICE DEPOT INC | 05/08/02 | 33540.00 | | | |
| CLOSE-> | | COM | 10/08/02 | 19470.40 | 14069.60- | S | 1 |
| OPEN--> | 1000.0000 | OLD REPUBLIC INTL | 05/08/02 | 33720.00 | | | |
| CLOSE-> | | CORP | 10/08/02 | 27300.00 | 6420.00- | S | 1 |
| OPEN--> | 700.0000 | PENTAIR INC | 05/08/02 | 33950.00 | | | |
| CLOSE-> | | | 10/08/02 | 24864.00 | 9086.00- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:57:27 CSFB LLC RUN DATE: 04/09/03 PAGE 6

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 1155.0000 | PEPSI BOTTLING GROUP | 05/08/02 | 34072.50 | | | |
| CLOSE-> | | INC COM | 10/08/02 | 30044.20 | 4028.30- | S | 1 |
| OPEN--> | 570.0000 | PRAXAIR INC | 05/08/02 | 33858.00 | | | |
| CLOSE-> | | | 10/08/02 | 29828.10 | 4029.90- | S | 1 |
| OPEN--> | 365.0000 | PROCTER & GAMBLE CO | 05/08/02 | 33197.57 | | | |
| CLOSE-> | | | 10/08/02 | 32974.10 | 223.47- | S | 1 |
| OPEN--> | 355.0000 | QUEST DIAGNOSTICS | 05/08/02 | 33991.25 | | | |
| CLOSE-> | | INC_COM | 10/08/02 | 17916.85 | 16074.40- | S | 1 |
| OPEN--> | 995.0000 | SYMANTEC CORP | 05/08/02 | 34665.80 | | | |
| CLOSE-> | | | 10/08/02 | 30924.60 | 3741.20- | S | 1 |
| OPEN--> | 935.0000 | TALBOTS INC COMMON | 05/08/02 | 33753.50 | | | |
| CLOSE-> | | STOCK | 10/08/02 | 27147.75 | 6605.75- | S | 1 |
| OPEN--> | 270.0000 | 3M CO COM | 05/08/02 | 33912.00 | | | |
| CLOSE-> | | | 10/08/02 | 31020.30 | 2891.70- | S | 1 |
| OPEN--> | 490.0000 | UNITED TECHNOLOGIES | 05/08/02 | 33908.00 | | | |
| CLOSE-> | | CORP DEL COM | 10/08/02 | 25004.70 | 8903.30- | S | 1 |

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 380.0000 | UNITEDHEALTH GROUP | 05/08/02 | 33649.00 | | | |
| CLOSE-> | | INC COM | 10/08/02 | 34792.80 | 1143.80 | S | 1 |
| OPEN--> | 675.0000 | V F CORP | 08/13/02 | 28771.40 | | | |
| CLOSE-> | | | 10/08/02 | 22464.25 | 6307.15- | S | 1 |
| OPEN--> | 880.0000 | WASHINGTON MUTUAL | 05/08/02 | 33668.80 | | | |
| CLOSE-> | | INC | 10/08/02 | 25965.60 | 7703.20- | S | 1 |
| OPEN--> | 440.0000 | WHIRLPOOL CORP | 05/08/02 | 33514.80 | | | |
| CLOSE-> | | | 10/08/02 | 19047.60 | 14467.20- | S | 1 |
| OPEN--> | 70.0000 | BARR LABS INC | 05/08/02 | 4655.00 | | | |
| CLOSE-> | | | 10/02/02 | 4298.00 | 357.00- | S | 1 |
| OPEN--> | 100.0000 | BLOCK H & R INC | 05/08/02 | 4605.00 | | | |
| CLOSE-> | | | 10/02/02 | 4236.00 | 369.00- | S | 1 |
| OPEN--> | 563.0000 | CONOCOPHILLIPS | 05/08/02 | 33500.73 | | | |
| CLOSE-> | | | 10/02/02 | 27084.80 | 6415.93- | S | 1 |
| OPEN--> | 110.0000 | LENNAR CORP | 05/08/02 | 6226.00 | | | |
| CLOSE-> | | | 10/02/02 | 6270.00 | 44.00 | S | 1 |

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 635.0000 | ELECTRONIC DATA SYS | 05/08/02 | 34131.25 | | | |
| CLOSE-> | | CORP NEW | 09/24/02 | 6667.56 | 27463.69- | S | 1 |
| OPEN--> | 345.0000 | GENERAL DYNAMICS | 05/08/02 | 33792.75 | | | |
| CLOSE-> | | CORP COM | 09/10/02 | 27772.16 | 6020.59- | S | 1 |
| OPEN--> | 820.0000 | MERRILL LYNCH & CO | 05/08/02 | 35014.00 | | | |
| CLOSE-> | | INC | 09/10/02 | 29560.92 | 5453.08- | S | 1 |
| OPEN--> | 34.0000 | TRAVELERS PPTY CAS | 05/08/02 | 678.59 | | | |
| CLOSE-> | | CORP NEW CL A | 09/10/02 | 473.62 | 204.97- | S | 1 |
| OPEN--> | 70.0000 | TRAVELERS PPTY CAS | 05/08/02 | 1507.65 | | | |
| CLOSE-> | | CORP NEW CL B | 09/10/02 | 989.80 | 517.85- | S | 1 |
| OPEN--> | 0.5785 | CONOCOPHILLIPS | 05/08/02 | 34.42 | | | |
| CLOSE-> | | | 09/06/02 | 30.00 | 4.42- | S | 1 |
| OPEN--> | 0.3472 | TRAVELERS PPTY CAS | 05/08/02 | 6.93 | | | |
| CLOSE-> | | CORP NEW CL A | 08/26/02 | 5.24 | 1.69- | S | 1 |
| OPEN--> | 0.5690 | TRAVELERS PPTY CAS | 05/08/02 | 12.26 | | | |
| CLOSE-> | | CORP NEW CL B | 08/26/02 | 9.10 | 3.16- | S | 1 |

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 122.0000 | ADVANCED MED OPTICS | 05/08/02 | 1167.30 | | | |
| CLOSE-> | | INC COM | 08/13/02 | 1195.60 | 28.30 | S | 1 |
| OPEN--> | 430.0000 | MYLAN LABORATORIES | 05/08/02 | 11309.00 | | | |
| CLOSE-> | | INC | 08/13/02 | 13885.90 | 2576.90 | S | 1 |
| OPEN--> | 1695.0000 | SCIENTIFIC ATLANTA | 05/08/02 | 35256.00 | | | |
| CLOSE-> | | INC COM | 08/13/02 | 21720.07 | 13535.93- | S | 1 |
| OPEN--> | 7.0000 | SMUCKER J M CO COM | 05/08/02 | 251.21 | | | |
| CLOSE-> | | NEW | 08/13/02 | 249.34 | 1.87- | S | 1 |
| OPEN--> | 615.0000 | TXU CORP COM STK | 05/08/02 | 33486.75 | | | |
| CLOSE-> | | | 08/13/02 | 27775.74 | 5711.01- | S | 1 |
| OPEN--> | 555.0000 | LEHMAN BROTHERS | 05/08/02 | 35381.25 | | | |
| CLOSE-> | | HOLDINGS INC COMMON | 07/16/02 | 31496.36 | 3884.89- | S | 1 |
| OPEN--> | 0.2221 | ADVANCED MED OPTICS | 05/08/02 | 2.13 | | | |
| CLOSE-> | | INC COM | 07/05/02 | 2.22 | 0.09 | S | 1 |
| OPEN--> | 0.3000 | SMUCKER J M CO COM | 05/08/02 | 10.77 | | | |
| CLOSE-> | | NEW | 06/06/02 | 10.56 | 0.21- | S | 1 |

PGMID: PRMOL12P RUN TIME: 15:57:27

CSFB LLC
REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

RUN DATE: 04/09/03 PAGE 10

ACCOUNT: 2A9-003845 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| QUANTITY/PAR | | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|---|
| REALIZED | SHORT: | 402,351.72- | UNREALIZED | SHORT: | | N/A | | |
| | LONG: | 0.00 | | LONG: | | N/A | | |

The cost basis of securities positions acquired prior to the inception of the PORTFOLIO EVALUATION SERVICE, or delivered into this account subsequent to purchase, have been provided to PERSHING by your financial institution, and we make no representation as to the accuracy of such cost basis.

PGMID: PPM0512P RUN TIME: 15:57:13 CSFB LLC RUN DATE: 04/09/03 PAGE 1

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003837 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 2104.0000 | ADC TELECOMMUNCTNS | 05/10/02 | 7702.53 | | | |
| CLOSE-> | | INC | 06/17/02 | 5428.32 | 2274.21- | S | 1 |
| OPEN--> | 8261.0000 | ADC TELECOMMUNCTNS | 05/10/02 | 30242.69 | | | |
| CLOSE-> | | INC | 06/17/02 | 21313.38 | 8929.31- | S | 1 |
| OPEN--> | 555.0000 | AMERICAN | 05/10/02 | 37823.25 | | | |
| CLOSE-> | | INTERNATIONAL GROUP | 06/17/02 | 38272.80 | 449.55 | S | 1 |
| OPEN--> | 1097.0000 | AMERICAN POWER | 05/10/02 | 14417.10 | | | |
| CLOSE-> | | CONVERSION CORP COM | 06/17/02 | 14359.73 | 57.37- | S | 1 |
| OPEN--> | 1783.0000 | AMERICAN POWER | 05/10/02 | 23432.72 | | | |
| CLOSE-> | | CONVERSION CORP COM | 06/17/02 | 23339.47 | 93.25- | S | 1 |
| OPEN--> | 795.0000 | BEST BUY COMPANY INC | 05/22/02 | 37143.59 | | | |
| CLOSE-> | | | 06/17/02 | 33437.70 | 3705.89- | S | 1 |

PGMID: PPM0512P RUN TIME: 15:57:13 CSFB LLC RUN DATE: 04/09/03 PAGE 2

REALIZED GAIN/LOSS REPORT

YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003837 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 560.0000 | CARDINAL HEALTH INC | 05/10/02 | 37570.40 | | | |
| CLOSE-> | | COM | 06/17/02 | 36092.00 | 1478.40- | S | 1 |
| OPEN--> | 437.0000 | CONCORD EFS INC | 05/10/02 | 14281.16 | | | |
| CLOSE-> | | | 06/17/02 | 13898.12 | 383.04- | S | 1 |
| OPEN--> | 713.0000 | CONCORD EFS INC | 05/10/02 | 23300.84 | | | |
| CLOSE-> | | | 06/17/02 | 22675.88 | 624.96- | S | 1 |
| OPEN--> | 1520.0000 | DELL COMPUTER CORP | 05/10/02 | 37549.70 | | | |
| CLOSE-> | | | 06/17/02 | 40416.80 | 2867.10 | S | 1 |
| OPEN--> | 1630.0000 | DISNEY WALT COMPANY | 05/10/02 | 38011.60 | | | |
| CLOSE-> | | HOLDING CO | 06/17/02 | 35191.70 | 2819.90- | S | 1 |
| OPEN--> | 123.0000 | FREDDIE MAC | 10/15/01 | 8011.47 | | | |
| CLOSE-> | | | 06/17/02 | 7953.18 | 58.29- | S | 1 |
| OPEN--> | 455.0000 | FREDDIE MAC | 05/10/02 | 30020.90 | | | |
| CLOSE-> | | | 06/17/02 | 29420.30 | 600.60- | S | 1 |
| OPEN--> | 880.0000 | FISERV INC | 05/10/02 | 38558.15 | | | |
| CLOSE-> | | | 06/17/02 | 34648.40 | 3909.75- | S | 1 |

REALIZED GAIN/LOSS REPORT
YEAR TO DATE AS OF 12/31/02

ACCOUNT: 2A9-003837 J & J FERNANDEZ VENTURES L.P.
3930 SKYLINE ROAD
CARLSBAD CA 92008-2745

| | QUANTITY/PAR | SECURITY DESCRIPTION | TRADE DATE | AMOUNT | DSA/GAIN&LOSS | TERM | TYPE |
|---|---|---|---|---|---|---|---|
| OPEN--> | 830.0000 | HOME DEPOT INC COM | 05/10/02 | 38054.34 | | | |
| CLOSE-> | | | 06/17/02 | 32154.20 | 5900.14- | S | 1 |
| OPEN--> | 1170.0000 | INTERPUBLIC GROUP | 05/10/02 | 37369.80 | | | |
| CLOSE-> | | COS INC | 06/17/02 | 30958.20 | 6411.60- | S | 1 |
| OPEN--> | 965.0000 | INTUIT INCORPORATED | 05/10/02 | 39207.95 | | | |
| CLOSE-> | | COM | 06/17/02 | 45519.05 | 6311.10 | S | 1 |
| OPEN--> | 9240.0000 | JDS UNIPHASE CORP | 05/10/02 | 37051.58 | | | |
| CLOSE-> | | | 06/17/02 | 27165.60 | 9885.98- | S | 1 |
| OPEN--> | 1295.0000 | MICROCHIP TECHNOLOGY | 05/10/02 | 37538.60 | | | |
| CLOSE-> | | INC COM | 06/17/02 | 38855.00 | 1316.40 | S | 1 |
| OPEN--> | 2645.0000 | QUANTA SVCS INC COM | 05/10/02 | 37082.90 | | | |
| CLOSE-> | | | 06/17/02 | 34675.95 | 2406.95- | S | 1 |
| OPEN--> | 324.0000 | TARGET CORP | 01/18/01 | 11178.00 | | | |
| CLOSE-> | | | 06/17/02 | 12781.80 | 1603:80 | L | 1 |
| OPEN--> | 590.0000 | TARGET CORP | 05/10/02 | 24626.60 | | | |
| CLOSE-> | | | 06/17/02 | 23275.50 | 1351.10- | S | 1 |