# In the United States Court of Federal Claims

Case Nos. 05-26T and 06-27T (Consolidated)
(Filed: June 15, 2006)

*****************************************************
J & J Fernandez Ventures, L.P., *
a California Limited Partnership, and *
JMJV Management Corporation as *
Tax Matters Partner and General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

On June 13, 2006, the Court held a preliminary status conference in case number 06-27T, and an oral argument in case number 05-26T. This Order confirms the matters decided at those hearings.

With no objections from the parties, **the Clerk of the Court is directed to consolidate case numbers 05-26T and 06-27T for all purposes, unless otherwise ordered by the Court.** The parties shall file all future filings in this matter using only the first case number 05-26T (Consolidated). **The Clerk of the Court is also directed to convert case number 05-26T to an electronically filed case.**

The record for the pending motions for summary judgment in case number 05-26T needs to be supplemented to reflect consolidation. **Defendant's Unopposed Motion to Supplement Record, filed in case number 06-27T on June 8, 2006, is GRANTED. The parties are ordered to file a supplemented Consolidated Statement of Uncontroverted Facts to reflect the additional facts relevant to case number 06-27T no later than July 5, 2006.**

On May 26, 2006, Plaintiffs made an additional deposit in an attempt to comply with the jurisdictional requirements of 26 U.S.C. § 6226(e). The additional deposit was less than the amount requested by the Defendant. The parties have agreed to resolve this issue among themselves, and to inform the Court when they have done so.

**Plaintiffs' Motion for Leave to Supplement Plaintiffs' Appendix to Brief in Support of Motion for Summary Judgment, Volume I, filed on April 10, 2006, is DENIED.** The documents Plaintiffs' seek to file, a series of electronic mail messages between employees of the Internal Revenue Service, are not relevant to the pending motions for summary judgment.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge