# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J & J Fernandez Ventures, L.P., a California Limited Partnership, and JMJV Management Corporation as Tax Matters Partner and General Partner, | § | |
| Plaintiffs, | § | Case Nos. 05-26T and 06-27T |
| v. | § | Judge Lawrence M. Baskir |
| United States of America, | § | |
| Defendant. | § | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 24, 2006, the parties hereby file this Joint Status Report and show the Court as follows:

1. The Internal Revenue Service issued a Final Partnership Administrative Adjustment for the tax year ending December 16, 1999 to J&J Fernandez Ventures, L.P. dated April 13, 2006 (the "1999 FPAA").

2. Under 26 U.S.C. § 6226(a), a tax matters partner has 90 days from the day that a final partnership administrative adjustment is mailed to the tax matters partner to file a petition for readjustment of partnership items. This 90 day period ended July 12, 2006 with respect to the 1999 FPAA.

3. Under 26 U.S.C. § 6226(b), a notice partner may, within 60 days after the close of the 90 day period in Section 6226(a), file a petition for readjustment of the partnership items for the same taxable year if the tax matters partner does not file a petition. This 60 day period ends September 11, 2006 with respect to the 1999 FPAA.

4. JMJV Management Corporation initially intended to file a petition for readjustment as tax matters partner for the 1999 FPAA by July 12, 2006 as noted in the Joint Status Report of June 2, 2006.

5. Due in part to the unavailability of the accountant, Larry Poster, CPA, to finalize computations for purposes of determining the amount of the jurisdictional deposit required in 26 U.S.C. § 6226(e) at the time the petition by the tax matters partner was due, JMJV decided not to file that petition within the 90 day period in 26 U.S.C. § 6226(a).

6. The Fernandez Family Trust intends to file that petition as notice partner under 26 U.S.C. § 6226(b) on or before September 11, 2006 with this court and will file a motion to

consolidate same with the other cases pending with this court shortly thereafter.

Respectfully submitted,

FOR PLAINTIFFS

/s/ M. Todd Welty
M. Todd Welty
Josh O. Ungerman

Meadows, Owens, Collier, Reed,
Cousins & Blau, L.L.P.
901 Main Street
Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com
jungerman@meadowsowens.com

August 3, 2006

FOR DEFENDANT

/s/ Grover Hartt
GROVER HARTT, III
Attorney of Record
Tax Division
U.S. Department of Justice
717 N. Hardwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (Fax)
EILEEN J. O'CONNOR
Assistant Attorney General

DAVID D. GUSTAFSON
Chief, Court of Fed. Claims Section
CYNTHIA E. MESSERSMITH
CHRISTOPHER R. EGAN
DAVID R. HOUSE
Of Counsel

August 3, 2006