United States Court of Federal Claims

| | | |
|---|---|---|
| **J & J FERNANDEZ VENTURES, L.P., a California Limited Partnership and JMJV MANAGEMENT CORPORATION as General Partner and as Tax Matters Partner,** | ) | **No. 06-27T** |
| **Plaintiffs,** | ) | **JUDGE BASKIR** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| **Defendant.** | ) | |

**NOTICE OF RELATED CASE AND MOTION TO RESET DISCOVERY DEADLINES**

J & J Fernandez Ventures, L.P. and JMJV Management Corporation ("Plaintiffs") file this Notice of Related Case and Motion to Reset Discovery Deadlines to notify the Court of an additional related case that will soon be filed in this Court and consolidated with this case and to request that the discovery deadlines set forth in the Court's Order of July 19, 2007 be suspended and reset. In support thereof, Plaintiffs show the Court as follows:

1. The Internal Revenue Service recently issued a Notice of Deficiency (the "NOD") dated October 4, 2007 to Joseph M. and Joan Fernandez for the tax year ending December 31, 2003. Mr. and Mrs.

Fernandez are parties to the current proceeding under 26 USC §§ 6226(c) and 6231(a)(2).

2. The NOD implicates a transaction related to the current proceeding that has not been previously identified by the Government in any of the three Notices of Final Partnership Administrative Adjustments ("FPAAs") that are the subject of these proceedings.

3. Essentially, the NOD disallows the basis claimed by the Fernandez Family Trust (the "Trust") on the sale of stock in 2003 and imposes penalties. The basis claimed by the Trust on the 2003 sale was premised on transactions that are at issue in the current proceeding.

4. Mr. and Mrs. Fernandez paid the full amount of tax, penalty and interest due under the NOD to the IRS on December 20, 2007 and notified the IRS in writing at that time that they would be filing a claim for refund for the full amount. A copy of the NOD and the payment remitted by Mr. and Mrs. Fernandez is attached as Exhibit "A" to this Motion.

5. Plaintiffs' counsel is in the process of drafting the refund claim and expects to have it ready to file with the IRS on or before January 31, 2008. Upon denial of the refund claim, Mr. and Mrs.

Fernandez will file a lawsuit in the United States Court of Federal Claims (the "Refund Lawsuit"). Plaintiffs will request that the Court consolidate the Refund Lawsuit with the current case under Rule 42(a) on the basis that both cases involve common questions of both law and fact. *See* USCFCR Rule 42(a).

6. Plaintiffs Counsel have communicated with Defendant's Counsel about obtaining a quick denial of the refund claim so that the Refund Lawsuit can be quickly filed and consolidated with the current case.

7. The Court's Order issued July 19, 2007 sets forth a number of deadlines for discovery in this case.

8. The adjustments proposed by the Internal Revenue Service in the NOD will need to be factored into any discovery of the parties, including Plaintiffs' expert witness reports which are due April 1, 2008 under the Court's July 19, 2007 Order.

9. A scheduling order, including discovery deadlines, may be modified upon a showing of good cause. *See* USCFC Rule 16(b).

10. Plaintiffs believe that the Government's issuance of the NOD, which reflects its fourth set of proposed adjustments in this

case,[1] and the corresponding Refund Lawsuit necessitated by the issuance of that NOD, constitute good cause for amending the discovery deadlines set forth in the Court's July 19, 2007 Order.

11. Plaintiffs therefore request that the discovery deadlines set forth in the Court's Order of July 19, 2007 be suspended until the Refund Lawsuit is filed and that new discovery deadlines be issued following that date.

Respectfully submitted,

By: *__/s/ M. Todd Welty__* by
David E. Colmenero
M. Todd Welty
Texas Bar No. 00788642
MEADOWS, COLLIER, REED, COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com

ATTORNEY-IN-CHARGE FOR MOVANTS

January 4, 2008

---

[1] The Government has already issued three Notices of Final Partnership Administrative Adjustments, each of which is the subject of a separate lawsuit. All of these cases are currently consolidated in this proceeding.

**CERTIFICATE OF CONFERENCE**

I certify that on December 18, 2007, I contacted Grover Hartt and Chris Egan, counsel for the Defendant via e-mail regarding this Motion. Counsel responded that Defendant is opposed to the filing of this motion.

*/s/ David E. Colmenero*
David E. Colmenero

**CERTIFICATE OF SERVICE**

I certify that on January 4, 2007, I filed the above motion with the United States Court of Federal Claims ECF electronic filing system which will automatically deliver a copy of this document to Grover Hartt, counsel for Defendant.

*/s/ M. Todd Welty* by
David E. Colmenero
M. TODD WELTY