**MEADOWS, COLLIER, REED, COUSINS & BLAU, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowsowens.com

DAVID E. COLMENERO, P.C.
Partner

FAX (214) 747-3732
WATS (800) 451-0093
dcolmenero@meadowsowens.com

December 20, 2007

**BY HAND DELIVERY**

Internal Revenue Service
1100 Commerce St.
Dallas, Texas 75202

**Re: Joseph M. and Joan Fernandez**
**Social Security Nos. 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; 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**

Dear Sir or Madam:

Attached is check no. 8511 drawn on Union Bank of California, N.A. in the amount of $701,422.39 which we are remitting on behalf of Joseph M. and Joan Fernandez ("Taxpayers") with the above-referenced social security numbers as payment of tax, penalty and interest (the "Payment") in the following amounts:

| | 2003 |
|---|---|
| Tax | $391,886.00 |
| Penalty | $156,754.40 |
| Interest through Dec. 20, 2007 | $152,781.99 |
| | $701,422.39 |

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS, TX 75242
DEC 20 2007
PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
44103

This Payment is submitted as payment of the tax deficiency amount reflected in the notice of deficiency issued to Taxpayers dated October 4, 2007 (the "Notice") together with penaly and interest. A copy of the Notice is attached. I have also attached interest computations through December 20, 2007.

Taxpayers intend to file a claim for refund for the full amount of the Payment. Neither the Payment nor anything included herein should be regarded as a concession of the tax deficiency, penalty or interest reflected in or derived from the Notice, or of any assertions included in the Notice.

Please process the enclosed Payment in accordance with the above instructions. Feel free to call me if you have any questions or comments.

EXHIBIT
A

**Also, please date stamp the attached copy of this letter and check, and return to me.**

Yours very truly,

DAVID E. COLMENERO, P.C.

David E. Colmenero, President

DEC/esc
361399 F258 A401

Enclosures

cc: Joseph & Joan Fernandez

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
DALLAS TX

DEC 20 2007

PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
44103

INTERNAL REVENUE SERVICE
DEC 20 2007
THIS IS NOT AN OFFICIAL RECEIPT
44103

**THE FERNANDEZ FAMILY TRUST**
**U/T/A DTD 04/13/99**
JOSEPH M. FERNANDEZ, TRUSTEE
JOAN V. FERNANDEZ, TRUSTEE
P.O. BOX 1031
LA JOLLA, CA 92038-1031

**UNION BANK OF CALIFORNIA, N.A.**
LA JOLLA, CA 92037
16-49/1220

8511

12/14/2007

PAY TO THE ORDER OF United States Treasury $ **701,422.39

Seven Hundred One Thousand Four Hundred Twenty-Two and 39/100************************************************** DOLLARS

Details on Back.

Payment of tax penalty and interest for Notice
of Deficiency dated Oct. 4, 2007 for 2003 tax
year of Joe and Joan Fernandez

MEMO #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 & #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 (2003 Form 1040)

McKean Financial, Inc
Susan G. McKean, Pres
AUTHORIZED SIGNATURE

Security Features Included

[redacted]

**Department of the Treasury**
**Internal Revenue Service**
1222 Spruce Street
STOP 4020 STL
St. Louis, MO 63103

DATE OCT 4 2007

Joseph M. and Joan Fernandez
3930 Skyline Drive
Carlsbad, CA 92008

Letter 531 (DO)

Form Number: 1040

Taxpayer Identifying Number:
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
Person to Contact:
D. Collins
Telephone Number:
314-612-4314
Employee Identification Number:
43-15019
Refer Reply To:

Last Day to File a Petition with United States Tax Court: JAN 2 2008

| | |
|---|---|
| Tax Year Ended: | December 31, 2003 |
| Deficiency: Increase in Tax | $391,886.00 |
| Penalty Section IRC 6662(h) | $156,754.40 |

Dear Taxpayer:

NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your **NOTICE OF DEFICIENCY**, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court, 400 Second Street, NW, Washington, DC 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the

amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the allowable period for filing a petition with the Tax Court.

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

**NOTE:** If you are a C-corporation, section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on corporate underpayments in excess of $100,000.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer

Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency"*, for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,

***Linda E. Stiff***
Acting Commissioner
By Tim Conley

Tim Conley

Technical Services Territory Manager

**Enclosures:**
Explanation of tax changes
Waiver
Envelope
Notice 1214

IRS
Department of the Treasury
Internal Revenue Service
Notice 1214 (Rev. 1-2007)
Catalog Number 26162Z

# Helpful Contacts for Your "Notice of Deficiency"

Do you have questions/concerns about this "*Notice of Deficiency*?" **First, contact the person whose name and telephone number appear at the top of your letter.** This person can directly access your tax information and help you get answers.

Do you want assistance by a Taxpayer Advocate? The Taxpayer Advocate Service is an independent organization within the IRS whose employees assist taxpayers who are experiencing economic harm, who are seeking help in resolving tax problems that have not been resolved through normal channels, or who believe that an IRS system or procedure is not working as it should. You can reach TAS by calling their toll-free case intake line at 1-877-777-4778 or TTY/TTD 1-800-829-4059. You can also contact your Local Taxpayer Advocate, whose address and phone number are listed here.

ALABAMA
**Birmingham Office**
Taxpayer Advocate
801 Tom Martin Dr., Room 151-PR
Birmingham, AL 35211
(205) 912-5631

ALASKA
**Anchorage Office**
Taxpayer Advocate
949 East 36th Ave., Stop A-405
Anchorage, AK 99508
(907) 271-6877

ARIZONA
**Phoenix Office**
Taxpayer Advocate
210 E. Earll Drive, Stop 1005-PHX
Phoenix, AZ 85012-2623
(602) 207-8240

ARKANSAS
**Little Rock Office**
Taxpayer Advocate
700 West Capitol St., Stop 1005-LIT
Little Rock, AR 72201
(501) 396-5978

CALIFORNIA
**Laguna Niguel Office**
Taxpayer Advocate
24000 Avila Road, Stop 2000
Laguna Niguel, CA 92677
(949) 389-4804

**Los Angeles Office**
Taxpayer Advocate
300 N. Los Angeles St.
Stop 6710LA
Los Angeles, CA 90012
(213) 576-3140

**Oakland Office**
Taxpayer Advocate
1301 Clay St., Suite 1540S
Oakland, CA 94612
(510) 637-2703

**Sacramento Office**
(LTA located in Oakland, CA)
4330 Watt Ave. Stop SA5043
Sacramento, CA 95821
(916) 974-5007

**San Jose Office**
(LTA located in Oakland)
55 S. Market St., Stop 0004
San Jose, CA 95113
(408) 817-6850

COLORADO
**Denver Office**
Taxpayer Advocate
600 17th St., Stop 1005 DEN
Denver, CO 80202-2490
(303) 446-1012

CONNECTICUT
**Hartford Office**
Taxpayer Advocate
135 High St., Stop 219
Hartford, CT 06103
(860) 756-4555

DELAWARE
**Wilmington Office**
Taxpayer Advocate
1352 Marrows Rd., Suite 203
Newark, DE 19711-5445
302-286-1643

DISTRICT OF COLUMBIA
**Washington, DC Office**
Taxpayer Advocate
500 N. Capitol St. NW, Suite 1301-A
Washington, DC 20221
202-622-4300

FLORIDA
**Ft. Lauderdale Office**
Taxpayer Advocate
7850 SW 6th Court, Room 265
Plantation, FL 33324
(954) 423-7677

**Jacksonville Office**
Taxpayer Advocate
841 Prudential Dr., Suite 100
Stop: TA:Atlanta/Intl: JAX
Jacksonville, FL 32207
(904) 665-1000

GEORGIA
**Atlanta Office**
Taxpayer Advocate
401 W. Peachtree St., NW
Summit Building
Room 510, Stop 202-D
Atlanta, GA 30308
(404) 338-8099

HAWAII
**Honolulu Office**
Taxpayer Advocate
300 Ala Moana Blvd., #50089
Stop H-495 / Room 1-214
Honolulu, HI 96850
(808) 539-2870

IDAHO
**Boise Office**
Taxpayer Advocate
550 West Fort St., Box 041
Boise, ID 83724
(208) 387-2827

ILLINOIS
**Chicago Office**
Taxpayer Advocate
230 S. Dearborn St.
Room 2860 / Stop 1005-CHI
Chicago, IL 60604
(312) 566-3800

**Springfield Office**
Taxpayer Advocate
3101 Constitution Dr
Stop 1005-SPD
Springfield, IL 62704
(217) 862-6382

INDIANA
**Indianapolis Office**
Taxpayer Advocate
575 N. Pennsylvania St.
Room 581 / Stop TA770
Indianapolis, IN 46204
(317) 685-7840

IOWA
**Des Moines Office**
Taxpayer Advocate
210 Walnut St., Room 483, Stop 1005-DSM
Des Moines, IA 50309
(515) 564-6888

KANSAS
**Wichita Office**
Taxpayer Advocate
271 W. 3rd St., North
Stop 1005-WIC, Suite 2000
Wichita, KS 67202
(316) 352-7506

KENTUCKY
**Louisville Office**
Taxpayer Advocate
600 MLK Jr. Place
Room 325
Louisville, KY 40202
(502) 582-6030

LOUISIANA
**New Orleans Office**
Taxpayer Advocate
1555 Poydras St., Suite 220, Stop 2
New Orleans, LA 70112-3747
(504) 558-3001

MAINE
**Augusta Office**
Taxpayer Advocate
68 Sewall St., Room 313
Augusta, ME 04330
(207) 622-8528

MARYLAND
**Baltimore Office**
Taxpayer Advocate
31 Hopkins Plaza, Room 900
Baltimore, MD 21201
(410) 962-2082

MASSACHUSETTS
**Boston Office**
Taxpayer Advocate
JKF Bldg, 15 New Sudbury St., Room 725
Boston, MA 02203
(617) 316-2690

MICHIGAN
**Detroit Office**
Taxpayer Advocate
McNamara Federal Building
477 Michigan Ave., Room 1745, Stop 7
Detroit, MI 48226
(313) 628-3670

MINNESOTA
**St. Paul Office**
Taxpayer Advocate
Wells Fargo Place
30 E. 7th St., Suite 817
Stop 1005 STP
St. Paul, MN 55101
(651) 312-7999

Form **4089**
(Rev. January 1983)

Department of the Treasury – Internal Revenue Service

# Notice of Deficiency – Waiver

Symbols
SE:S:E:TS:MW:E5
OCT 4 2007

Name, SSN or EIN, and Address of Taxpayer(s)

Joseph & Joan Fernandez 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
3930 skyline Drive
Carlsbad, CA 92008

Kind of Tax

Income

☐ Copy to Authorized Representative

| Tax Year Ended | Deficiency Income Tax | Penalties Section IRC 6662(h) |
|---|---|---|
| December 31, 2003 | $3911,886.00 | $156,754.40 |

**See the attached explanation for the above deficiencies**

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

Your Signature ➡ ____________________ ____________ (Date signed)

Spouse's Signature, If A Joint Return Was Filed ➡ ____________________ ____________ (Date signed)

Taxpayer's Representative Sign Here ➡ ____________________ ____________ (Date signed)

Corporate Name: ____________________

Corporate Officers Sign Here ➡ ____________________ (Signature) (Title) (Date signed)

➡ ____________________ (Signature) (Title) (Date signed)

**Note:**

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign**

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, or a trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized sign.

**If you agree, please sign one copy and return it; keep the other copy for your records.**

| Form **4549-A** (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page ____ of ____ |
|---|---|---|---|
| Name and Address of Taxpayer<br>Joseph M. and Joan Fernandez<br>3930 Skyline Drive<br>Carlsbad, CA 92008 | Taxpayer Identification Number<br>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 | | Return Form No.:<br>1040 |
| | Person with whom examination changes were discussed. | Name and Title: | |

| | Period End 12/31/2003 | Period End | Period End |
|---|---|---|---|
| **1. Adjustments to Income** | | | |
| a. Capital gains or loss | 2,281,084 | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |
| f | | | |
| g | | | |
| h | | | |
| i | | | |
| j | | | |
| k | | | |
| l | | | |
| m | | | |
| n | | | |
| o | | | |
| p | | | |
| 2. **Total Adjustments** | 2,281,084 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (4,045,783) | | |
| 4. **Corrected Taxable Income** | (1,764,699) | | |
| Tax Method | | | |
| Filing Status | | | |
| 5. Tax | 0 00 | | |
| 6. **Additional Taxes / Alternative Minimum** | 393,636 | | |
| 7. Corrected Tax Liability | 393,636 | | |
| 8. **Less Credits** a. Child Tax Credit | 1,750 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. **Balance** *(Line 7 less total of Lines 8a thru 8d)* | 391,886 | | |
| 10. Plus Other Taxes a. Household Employment Tax | 3,084 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a thru 10d)* | 394,970 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 3,084 | | |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 14. Deficiency-Increase in Tax or *(Overassessment - Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a thru 13d)* | 391,886 | | |
| 15. Adjustments to Prepayment Credits-Increase *(Decrease)* | | | |
| 16. **Balance Due or (Overpayment)** - *(Line 14 adjusted by Line 15)* *(Excluding interest and penalties)* | 391,886 | | |

| Form 4549-A (Rev. March 2005) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | Page ____ of ____ |
|---|---|---|
| Name of Taxpayer | Taxpayer Identification Number | Return Form No.: |

| 17. Penalties/ Code Sections | Period End | Period End | Period End |
|---|---|---|---|
| a. Accuracy - IRC 6662(h) | 156,754.40 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total Penalties** | 156,754.40 | | |
| Underreporter attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underreporter attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underreporter attributable to Tax Motivated Transactions *(TMT)* Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | | | |
| 19. **Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 391,886.00 | | |
| b. Penalties *(Line 18)* - computed to | 156,754.40 | | |
| c. Interest *(IRC § 6601)* - computed to | 0.00 | | |
| d TMT Interest - computed to *(on TMT underpayment)* | | | |
| e. Amount due or refund - *(sum of Lines a, b. c and d)* | 548,634.40 | | |

**Other Information:**

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

EXPLANATION OF ADJUSTMENTS

1. It is determined that for the tax year 2003 you have additional long-term capital gain in the amount of $2,880,000. As a result, you have a net long-term capital gain of $5,759,347 for the tax year 2003, instead of a net long-term capital gain of $2,879,347, as reported on your tax return. Therefore, you have a net gain from capital transactions for the tax year 2003 of $2,278,084 instead of a net loss from capital transactions of $(601,916) as claimed on your return. See Exhibit A. Furthermore, your capital loss carryover from the tax year 2003 is $-0-. This determination is based on the following grounds:

A. As the grantors and substantial owners of The Fernandez Family Trust (Family Trust), you are required by I.R.C. § 671 to include 100% of the tax items of the Family Trust in computing your taxable income for the tax year 2003.

B. On the Family Trust's tax return for 2003, the Family Trust reported the sale of 60,000 shares of the common stock of Invitrogen Corporation (Invitrogen Shares), claiming a cost basis of $48 per share for purposes of computing gain or loss under I.R.C. § 1001.

C. You failed to substantiate that the Family Trust's adjusted tax basis in the Invitrogen Shares is more than zero ($-0-) per share.

D. For purposes of computing gain or loss on the sale of the Invitrogen Shares, the Family Trust's adjusted tax basis is zero ($-0-) per share instead of $48 per share as claimed on the Family Trust's tax return.

E. For the tax year 2003, the Family Trust recognizes additional long-term capital gain in the aggregate amount of $2,880,000 on the sale of the Invitrogen Shares.

F. As the substantial owners of the Family Trust, you are required to include 100% of the Family Trust's additional long-term capital gain of $2,880,000 in computing your taxable income for 2003.

2. As a result of the foregoing adjustments, the amount of your alternative minimum tax under I.R.C. § 55 is increased from $250 to $393,636 for the tax year 2003. See Exhibit B

3. As a result of the foregoing adjustments, the amount of your Child Tax Credit is increased from $250 to $1,750 for the tax year 2003. See Exhibit C.

4. It is determined that, for the tax year 2003, the 40% accuracy-related penalty or, alternatively, the 20% accuracy-related penalty provided by I.R.C. § 6662 applies to the underpayment of tax resulting from the foregoing adjustments for the following reasons:

A. Your underpayment of tax is attributable to a gross valuation misstatement under I.R.C. §§ 6662(a), 6662(e), and 6662(h). See Exhibit D.

B. Alternatively, your underpayment of tax is attributable to a substantial valuation misstatement under I.R.C. §§ 6662(a), 6662(b)(3), and 6662(e).

C. Alternatively, your underpayment of tax is attributable to negligence or disregard of rules or regulations under I.R.C. §§ 6662(a), 6662(b)(1), and 6662(c).

D. Alternatively, your underpayment of tax is attributable to a substantial understatement of income tax under I.R.C. §§ 6662(a), 6662(b)(2), and 6662(d).

Name of Taxpayer: Joseph M. & Joan Fernandez
Identification Number: 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 Total Exhibit A

# 2003 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | | |
|---|---|---|
| **Part I** | Short-Term Capital Gains and Losses—Assets Held One Year or Less | |
| 1 | Short-term capital gain or loss | (3.481.263.00) |
| 2 | Short-term capital loss carryover | 0.00 |
| 3 | Short Post-May 5 gain or (loss) | (4.163.090.00) |
| 4 | Net Short-term Gain or Loss (Add line 1 and 2) | (3.481.263.00) |
| **Part II** | Long-Term Capital Gains and Losses—Assets Held More Than One Year | |
| 5 | Long-term capital gain or loss | 5.759.347.00 |
| 6 | Long-term capital gain or loss carryover | 0.00 |
| 7 | Long Post-May 5 gain or (loss) | 5.607.002.00 |
| 8 | Net long-term Gain or Loss (Add line 5 and 6) | 5.759.347.00 |
| **Part III** | Taxable Gain or Deductible Loss | |
| 9 | Sum of lines 4 and 8 - Net Capital Gain or Loss | 2.278.084.00 |
| 10 | Sum of lines 3 and 7 | 1.443.912.00 |
| 11 | Capital loss limitation | 0.00 |
| 12 | Capital Gain or Loss - As Corrected | 2.278.084.00 |
| 13 | Capital Gain or Loss - Per Return | (3.000.00) |
| 14 | Line 12 less line 13 - Adjustment to Income | 2.281.084.00 |
| **CORRECTED CARRYOVER** | | |
| 15 | Short-term Carryover to Subsequent Year | 0.00 |
| 16 | Long-term Carryover to Subsequent Year | 0.00 |

Name of Taxpayer Joseph M. & Joan Fernandez
Identification Number: 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 Total Exhibit B

2003 - **Form 6251 – Alternative Minimum Tax Computation**

| | | |
|---|---|---|
| 1. | If filing Schedule A enter tax table income, otherwise adjusted gross income | (1,764,699.00) |
| 2. | Total adjustment and preferences | 478,255.00 |
| 3. | Net operating loss deduction | 4,243,519.00 |
| 4. | Alternative tax net operating loss deduction | (608,392.00) |
| 5. | Alternative minimum taxable income (combine lines 1 thru 4) | 2,348,683.00 |
| 6. | Exemption amount | 0.00 |
| 7. | Subtract line 6 from line 5 ( if 0 or less, enter 0) | 2,348,683.00 |
| 8. | If capital gains are reported, see line 30 from page 2<br>All others:<br>If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from result | 395,882.00 |
| 9. | Alternative minimum tax foreign tax credit | 2,246.00 |
| 10 | Tentative minimum tax. Subtract line 9 from line 8 | 393,636.00 |
| 11 | Regular tax before credits | 0.00 |
| 12 | Alternative minimum tax | 393.636.00 |

**Exemption Worksheet (Line 6)**

| | | |
|---|---|---|
| A. | Exemption amount based on filing status | 58,000.00 |
| B. | Alternative minimum taxable income | 2,348,683.00 |
| C. | Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separate) | 150,000.00 |
| D. | Subtract line C from Line B | 2,198,683.00 |
| E. | Multiply line D by 25% | 549,671.00 |
| F. | Subtract line E from line A (if zero or less, enter 0) | 0.00 |

Name of Taxpayer: Joseph M. & Joan Fernandez
Identification Number: 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

**2003 – Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates**

| | | Total |
|---|---|---|
| | | Exhibit B |
| 1. | Amount from Form 6251 report, line 7 | 2,348,683.00 |
| 2. | Amount from Schedule D line 26, or line 13 from worksheet (refigured for AMT) | 2,331,667.00 |
| 3. | Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. | Amount from line 2 if no Schedule D worksheet otherwise, the smaller of the sum of 2 or 3 or Schedule D worksheet line 10 | 2,331,667.00 |
| 5. | Smaller of line 1 or line 4 | 2,331,667.00 |
| 6. | Subtract line 5 from line 1 | 17,016.00 |
| 7. | If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%. Otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) from result | 4,424.00 |
| 8. | Amount from Schedule D line 30, or line 19 from worksheet (refigured for AMT) | 0.00 |
| 9. | Smallest of line 1 or line 2 | 2,331,667.00 |
| 10. | Smallest of line 8 or line 9 (not less than zero) | 0.00 |
| 11. | Amount from Schedule D line 43 (line 31 if line 43 is blank) or line 32 (line 20 if line 32 is blank) from the worksheet (refigured for AMT) | 1,497,495.00 |
| 12. | Smaller of line 10 or line 11 (not less than zero) | 0.00 |
| 13. | Multiply line 12 by 5% | 0.00 |
| 14. | Subtract line 12 from line 10 | 0.00 |
| 15. | Qualified 5-year gain from Schedule D line 35 (refigured for AMT) | 0.00 |
| 16. | Smaller of line 14 or line 15 | 0.00 |
| 17. | Multiply line 16 by 8% | 0.00 |
| 18. | Subtract line 16 from line 14 | 0.00 |
| 19. | Multiply line 18 by 10% | 0.00 |
| 20. | Subtract line 12 from line 11 | 1,497,495.00 |
| 21. | Subtract line 10 from line 9 | 2,331,667.00 |
| 22. | Smaller of line 20 or line 21 | 1,497,495.00 |
| 23. | Multiply line 22 by 15% | 224,624.00 |
| 24. | Subtract line 22 from line 21 | 834,172.00 |
| 25. | Multiply line 24 by 20% | 166,834.00 |
| 26. | Subtract line 9 from line 5 | 0.00 |
| 27. | Multiply line 26 by 25% | 0.00 |
| 28. | Total of lines 7, 13, 17, 19, 23, 25, and 27 | 395,882.00 |
| 29. | If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) from result | 654,131.00 |
| 30. | Smaller of line 28 or 29, enter here and on line 8 of Form 6251 report | 395,882.00 |

Name of Taxpayer: Joseph M. & Joan Fernandez
Identification Number: 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 Total Exhibit C

2003 - **Child Tax Credit and Form 8812 Additional Child Tax Credit**

| | |
|---|---|
| 1. Amount of credit based on qualifying children | 2,000.00 |
| 2. Advanced child tax credit | 250.00 |
| 3. Subtract line 2 from line 1 | 1,750.00 |
| 4. Modified AGI | (1,078,226.00) |
| 5. Limitation based on filing status ($110,000 if joint; $75,000 if single, head of household or qualifying widow(er); $55,000 if married filing separate) | 110,000.00 |
| 6. Subtract line 5 from line 4 (not less than 0) (If the result is not a multiple of $1,000 increase it to the next multiple of $1,000.) | 0.00 |
| 7. Multiply line 6 by .05 | 0.00 |
| 8. Subtract line 7 from line 3 (If 0 or less, no credit is allowed.) | 1,750.00 |
| 9. Corrected tax before allowable credits | 393,636.00 |
| 10. Credit limitation | 0.00 |
| 11. Subtract line 10 from line 9 | 393,636.00 |
| 12. Child Tax Credit (smaller of line 8 or 11) | 1,750.00 |

**Form 8812 - Additional Child Tax Credit**

| | |
|---|---|
| 1. Amount from line 3 above (or amount of credit after modified AGI reduction) | 1,750.00 |
| 2. Child Tax Credit allowed (line 12 above) | 1,750.00 |
| 3. Subtract line 2 from line 1 (If zero or less, no credit is allowed.) | 0.00 |
| 4. Total taxable earned income | 0.00 |
| 5. If the amount on line 4 is more than $10,500, subtract $10,500 from line 4 (If line 4 is less than $10,500, then set to zero.) | 0.00 |
| 6. Multiply the amount on line 5 by 10% | 0.00 |
| 7. Enter the total of the withheld social security and Medicare taxes | 0.00 |
| 8. One-half of self-employment tax, plus FICA tax on tips and uncollected social security, Medicare or RRTA taxes | 0.00 |
| 9. Total of line 7 and line 8 | 0.00 |
| 10. Earned income credit and excess social security & RRTA taxes withheld | 0.00 |
| 11. Subtract line 10 from line 9. (If zero or less, enter 0.) | 0.00 |
| 12. Larger of line 6 or line 11 | 0.00 |
| 13. Additional Child Tax Credit | 0.00 |

Name of Taxpayer: Joseph M & Joan Fernandez
Identification Number: 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 Total Exhibit D

## SUMMARY OF THE ACCURACY-RELATED PENALTY - IRC 6662

2003 - 20% PENALTY ISSUES - Section 6662(a) and 6662(b)

It has been determined that the underpayment of tax shown on line 5 below is attributable to one or more of the following elements of the accuracy-related penalty: (1) negligence or disregard of rules or regulations, (2) substantial understatement of income tax, or (3) substantial valuation overstatement, therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total tax computed with non-penalty adjustments and adjustments subject to penalty under Section 6662(b) | 3,084.00 |
| 2. Total tax computed with non-penalty adjustments only | 3,084.00 |
| 3. Line 1 less line 2 - Underpayment to which Section 6662(a) applies | 0.00 |
| 4. Allocable Prepayment Credits (other than EIC and Special Fuels Credits included in lines 1 & 2) | 0.00 |
| 5. Line 3 less line 4 - Underpayment subject to penalty | 0.00 |
| 6. Applicable penalty rate | 20.00% |
| 7. Line 5 multiplied by line 6 | 0.00 |
| 8. Previously assessed 20% Accuracy Penalty | 0.00 |
| 9. Line 7 less line 8 - 20% Accuracy-related penalty | 0.00 |

2003 - 40% PENALTY ISSUES - Section 6662(h)

It has been determined that the underpayment of tax shown on line 14 below is attributable to a gross valuation misstatement, therefore, an addition to tax is imposed as provided by Section 6662(h) of the Internal Revenue Code.

| | |
|---|---|
| 10. Total tax computed with non-penalty adjustments, adjustments subject to penalty under IRC 6662(a) and adjustments subject to penalty under IRC 6662(h) | 394,970.00 |
| 11. Total tax from line 1 above | 3,084.00 |
| 12. Line 10 less line 11 - Underpayment to which Section 6662(h) applies | 391,886.00 |
| 13. Allocable Prepayment Credits (other than EIC and Special Fuels Credits included in lines 10 & 11) | 0.00 |
| 14. Line 10 less line 11 - Underpayment subject to penalty | 391,886.00 |
| 15. Applicable penalty rate | 40.00% |
| 16. Line 14 multiplied by line 15 | 156,754.40 |
| 17. Previously assessed 40% Accuracy Penalty | 0.00 |
| 18. Line 16 less line 17 - 40% Accuracy-related penalty | 156,754.40 |
| 19. Line 9 plus line 18 - Total ACCURACY-RELATED PENALTY | 156,754.40 |

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2007.4
Taxpayer name...: 12-05-07
Taxpayer ID#....: Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 04-15-04 | 548,640.40 | 548,640.40 |
| Interest Computation Date | 12-20-07 | | 701,422.39 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 04-15-04 | | 548,640.40 | | 548,640.40 |
| Interest | 06-30-04 | 5.00 | 548,640.40 | 5,725.55 | 554,365.95 |
| Interest | 09-30-04 | 4.00 | 554,365.95 | 5,601.76 | 559,967.71 |
| Interest | 12-31-04 | 5.00 | 559,967.71 | 7,081.77 | 567,049.48 |
| Interest | 03-31-05 | 5.00 | 567,049.48 | 7,033.81 | 574,083.29 |
| Interest | 06-30-05 | 6.00 | 574,083.29 | 8,651.49 | 582,734.78 |
| Interest | 09-30-05 | 6.00 | 582,734.78 | 8,879.11 | 591,613.89 |
| Interest | 12-31-05 | 7.00 | 591,613.89 | 10,529.95 | 602,143.84 |
| Interest | 03-31-06 | 7.00 | 602,143.84 | 10,482.37 | 612,626.21 |
| Interest | 06-30-06 | 7.00 | 612,626.21 | 10,784.38 | 623,410.59 |
| Interest | 09-30-06 | 8.00 | 623,410.59 | 12,696.88 | 636,107.47 |
| Interest | 12-31-06 | 8.00 | 636,107.47 | 12,955.48 | 649,062.95 |
| Interest | 03-31-07 | 8.00 | 649,062.95 | 12,929.12 | 661,992.07 |
| Interest | 06-30-07 | 8.00 | 661,992.07 | 13,334.65 | 675,326.72 |
| Interest | 09-30-07 | 8.00 | 675,326.72 | 13,754.25 | 689,080.97 |
| Interest | 12-20-07 | 8.00 | 689,080.97 | 12,341.42 | 701,422.39 |

Summary as of 12-20-07

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 548,640.40 | 0.00 | 0.00 | 548,640.40 |
| Interest | 152,781.99 | 0.00 | 0.00 | 152,781.99 |
| Totals | 701,422.39 | 0.00 | 0.00 | 701,422.39 |

Prepared using: FEDERAL IRS interest rates
Table end date: 12-31-07 TVS Table